CO-386-online
10/03

# United States District Court
# For the District of Columbia

Brian Wrenn, et al.                )
                                   )
                                   )
                                   )
                                   )
          vs      Plaintiff        )          Civil Action No. __15-162__
                                   )
District of Columbia, et al.       )
                                   )
                                   )
                Defendant          )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Plaintiffs__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Second Amendment Foundation, Inc.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

                                   Attorney of Record
                                   /s/ Alan Gura
                                   _____
                                   Signature

__453449__                         Alan Gura
BAR IDENTIFICATION NO.             Print Name

                                   105 Oronoco Street, Suite 305
                                   Address

                                   Alexandria     VA        22314
                                   City           State     Zip Code

                                   703.835.9085
                                   Phone Number