IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRIAN WRENN, et al., | ) | Case No. 15-CV-162-FJS |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

MOTION FOR PRELIMINARY INJUNCTION

COME NOW the Plaintiffs, Brian Wrenn, Joshua Akery, Tyler Whidby, and the Second Amendment Foundation, Inc., by and through undersigned counsel, and move this Honorable Court for a Preliminary Injunction.

Counsel has conferred with Andrew Saindon, counsel for the Defendants, pursuant to Local Civil Rule 7(m). The Defendants are opposed to this motion.

Dated: February 6, 2015               Respectfully submitted,

                                      Alan Gura (D.C. Bar No. 453449)
                                      Gura & Possessky, PLLC
                                      105 Oronoco Street, Suite 305
                                      Alexandria, VA 22314
                                      703.835.9085/Fax 703.997.7665

                                  By: /s/ Alan Gura
                                      Alan Gura
                                      Attorney for Plaintiffs