IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN WRENN, et al., ) | Case No. 15-162-FJS |
| ) | |
| Plaintiffs, ) | **DECLARATION OF** |
| ) | **JOSHUA AKERY** |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF JOSHUA AKERY

I, Joshua Akery, am competent to state, and declare the following based on my personal knowledge:

1. I am a resident of the District of Columbia and a United States citizen over 21 years of age. I am fully qualified to possess handguns under federal and District of Columbia law, and I possess a handgun that is lawfully registered in the District of Columbia. I am licensed by Pennsylvania and Utah to carry a concealed handgun for self-defense.

2. I would carry a functional handgun in public for self-defense, but refrain from doing so because I fear arrest, prosecution, and fine, as I do not possess a license to publicly carry a handgun in the District of Columbia.

3. I have reviewed the requirements to obtain a handgun carry license from Washington, D.C. Police Chief Lanier. Apart from the "Good Reason" or "Other Proper Reason" requirement, I would be able to qualify for a Washington, D.C. license to carry a handgun.

4. I cannot "show a special need for self-protection, such as evidence of specific threats or previous attacks which demonstrate a special danger to [my] life." I cannot "[a]llege serious threats of death or serious bodily harm, any attacks on [myself], or any theft of property

from [my] person." I cannot "[a]llege that the threats are of a nature that the legal possession of a pistol is necessary as a reasonable precaution against the apprehended danger," and have made no police or court reports in Washington, D.C. relating to such threats.

5. I also do not have employment that "requires that the handling of large amounts of cash or other highly valuable objects that must be transported on [my] person," and I am not required "to provide protection of a family member who is physically or mentally incapacitated to a point where that family member cannot act in defense of himself or herself, or his or her property."

6. Nevertheless, I applied for a Washington, D.C. permit to carry a handgun. I did not attempt to allege a "Good Reason" or "Other Proper Reason" as defined by that form because I did not believe I met those requirements.

7. Exhibit B is a true and correct copy of a letter I received from the Metropolitan Police Department, denying my application for a license to carry a handgun.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 3rd day of February, 2015

_____
Joshua Akery