

# Concealed Carry Pistol License Application
## Notice of Denial

Metropolitan Police Department · Firearms Registration · 300 Indiana Ave, NW · Washington, DC 20001 · (202) 727-4275

## Applicant Information

| Wrenn | Brian | Alexander | |
|---|---|---|---|
| *Last Name* | *First Name* | *Middle Initial* | |
| 2887 Chancellors Way NE | Washington | DC | 20007 |
| *Home Street Address* | *City* | *State* | *ZIP Code* |

January 27, 2015

Dear applicant:

The Firearms Regulations Control Act of 1975, (D.C. Official Code § 7-2501 et seq.), and Chapter 23 (Guns and Other Weapons) of Title 24 (Public Space and Safety) of the District of Columbia Municipal Regulations (DCMR), establish the qualifications and procedures for the issuance of a license to carry a concealed pistol. Based on these criteria, your application has been **denied**. The applicant did not:

> Meet the basic eligibility requirements for registering a firearm or obtaining a license to carry a concealed pistol.

> Meet the standards of suitability required to obtain a concealed carry license.

XX    Demonstrate a good reason to fear injury to person or property, or other proper reason for a concealed carry license.

Specifically, the applicant did not meet the minimum requirement of showing: "a special need for self-protection distinguishable from the general community as supported by evidence of specific threats or previous attacks that demonstrate a special danger to the applicant's life," (D.C. Official Code § 7-2509.11(1)(A)) and therefore did not receive further consideration.

You may appeal this decision by submitting a written request to the Concealed Pistol Licensing Review Board to review the decision within fifteen (15) days after receipt of this notice. The request should be mailed to: *Office of the City Administrator, Concealed Pistol Licensing Review Board // 1350 Pennsylvania Avenue, NW, Suite 513 // Washington, DC 20004*. Details of this process are included in the enclosed materials.

Sincerely,

Colin Hall
Sergeant, Firearms Registration Section
Designee of the Chief, Metropolitan Police Department