

# Instructions for Submitting an Application for a Concealed Carry Pistol License

**Metropolitan Police Department · Firearms Registration Section**
300 Indiana Avenue, NW · Washington, DC 20001 · 202-727-4275 · www.mpdc.dc.gov

Pursuant to recent amendments to the Firearms Regulations Control Act of 1975 (D.C. Act 20-447), anyone wishing to carry a concealed pistol must submit an application to the Metropolitan Police Department, including proof of firearms training and the basis for requesting a concealed carry pistol license.

The requirements for a concealed carry pistol license are found in Title 24, Chapter 23, Sections 2332-2346 of the District of Columbia Municipal Regulations (included in this package). Applicants for a Concealed Carry Pistol License should review the applicable regulations to understand District requirements.

**Checklist for submission of a Concealed Carry Pistol License application:**

1. Complete the Concealed Carry Pistol License Application, including signing and dating the form.
2. In the **Statement of Eligibility** section of the application:
   - If you checked "Yes" to Question 16, then you must also submit firearm registration Form PD-219 and accompanying documents. This is available at on our website or you may call the Firearms Registration Section for assistance. <u>You may apply to register one handgun at the same time that you submit your Concealed Carry Pistol License application and you will not be charged the $13.00 firearm registration fee.</u>
   - If you checked "Yes" to Question 17, then you must:
     - Sign and date the Authorization to Disclose Mental Health Records section of the application; and
     - Submit a report <u>notarized under oath</u> from a registered psychologist or psychiatrist, with whom you have a bona fide patient relationship, stating that the psychologist or psychiatrist has examined you within six months of your application submission date and found you to no longer be suffering from any mental illness or condition that creates a substantial risk that you are a danger to yourself or others.
   - If you checked "Yes" to Question 18, then you must provide <u>two</u> or more of the following types of documentation:
     - Voter registration with current residence address.
     - Motor vehicle license or registration with current residence address.
     - Withholding and payment of individual income taxes indicating the address of the residence, such as: copies of certified District or state income tax returns, and copies of certified federal tax returns filed with the IRS.
     - Certified deed, lease, or rental agreement for real property indicating the current residence address.
     - Cancelled checks or receipts for mortgage or rental payments.
     - Utility bills and payment receipts with current residence address.
     - Copies of credit card or brokerage account statements mailed to the applicant at the current residence address.
     - Copy of bank account statement in the name of the applicant at the current residence address.
     - Copies of automobile insurance statements mailed to the applicant at the current residence address.

- If you checked "Yes" to Question 19, you must provide documentation, such as a valid business license or certificate of occupancy, that shows the name and address of the business.
- If you answered "Yes" to Question 20, then you must provide the same types of documentation as required for Questions 18 or 19 <u>and</u> proof of concealed carry permit/license issued by another state.

3. In the **Firearms Training Background** section of the application:
   - If you answered "Yes" to Questions 1, 2, <u>and</u> 3, the MPD-certified firearms instructor must submit the Certificate of Completion to the Firearms Registration Section, skip Questions 4 through 6.
   - If you answered "No" to any of the first three questions, you must answer Questions 4 through 6 and provide supporting documentation.
   - If you answered "Yes" to Question 4, then you must check the applicable box(es) in Question 5. All applicants <u>must</u> be trained on District of Columbia law on firearms and self-defense; you <u>cannot</u> request an exemption from it.
     - If you are requesting an exemption to the firearms training course requirements, Section 2336.3 of the regulations requires you to provide supporting documentation, such as:
       - Firearms training provided by the National Rifle Association
       - Retired law enforcement officer credentials
       - Armed special police officer license
       - DD Form 214 if it shows special training for marksmanship
       - Hunting license
   - If you answered "No" to Question 4, then you must complete the firearms training course requirements – including training on District of Columbia law on firearms and self-defense – within 45 days if your Concealed Carry Pistol License application is preliminarily approved by the Metropolitan Police Department. Please answer "Yes" to Question 6 in this section to indicate you understand this requirement.

4. In the **Basis for Request for a Concealed Carry Pistol** section of the application, you must demonstrate that either you have good reason to fear injury to yourself or your property, or you have another proper reason for carrying a concealed pistol. You must submit a personal statement and any evidence or documentation that supports the basis for your request. If you include any statements from a third party, <u>the statements must be made under oath and before a notary.</u>

Bring <u>all</u> the items noted above to the Firearms Registration Section at 300 Indiana Avenue, NW, Room 3058, Washington, DC 20001. The hours of operation are Monday through Friday, 9 a.m. to 5 p.m.  When you submit your application to the Firearms Registration Section, you will be photographed and fingerprinted (if your fingerprints are not already on file with the Metropolitan Police Department).

You may pay the $75 application fee by credit card, or a cashier's check, certified check, or money order payable to the D.C. Treasurer. If your fingerprints are not on file, you will be required to pay an additional $35. <u>No personal checks or cash are accepted</u>.

If you have any questions, please contact the Firearms Registration Section at 202-727-4275.