IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRIAN WRENN, et al., | ) | Case No. 15-162 |
| | ) | |
| Plaintiffs, | ) | **DECLARATION OF** |
| | ) | **ALAN GOTTLIEB** |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF ALAN GOTTLIEB

I, Alan Gottlieb, am competent to state, and declare the following based on my personal knowledge:

1. I am the Executive Vice President of the Second Amendment Foundation, Inc. (SAF).

2. SAF is a non-profit membership organization incorporated under the laws of Washington with its principal place of business in Bellevue, Washington.

3. SAF has over 650,000 members and supporters nationwide, including the District of Columbia.

4. The purposes of SAF include education, research, publishing and legal action focusing on the constitutional right to privately own and possess firearms, and the consequences of gun control.

5. The issues raised by, and consequences of, Defendants' policies, are of great interest to SAF's constituency.

6. Brian Wrenn, Joshua Akery, and Tyler Whidby are members of SAF. Countless other law-abiding, responsible adult SAF members, in the District of Columbia and throughout

the nation, would carry handguns for self-defense, but refrain from doing so because they fear arrest, prosecution, incarceration and fine at Defendants' hands for lack of a permit to carry a handgun recognized by Washington, D.C. authorities. These SAF members would qualify for and obtain a Washington, D.C. handgun carry license but for the "Good Reason" or "Other Proper Reason" requirement. They refrain from applying for a Washington, D.C. handgun carry license because doing so is futile without a "Good Reason" or "Other Proper Reason" beyond their Second Amendment interest in self-defense.

7. SAF is proud to bring this action on behalf of its members.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 3RD day of February, 2015.

_____
Alan Gottlieb