UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN WRENN, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 15-cv-00162 (FJS) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| Defendants. | ) |

ORDER

Upon consideration of the defendants' Consent Motion for Extension of Time, the Memorandum of Points and Authorities in Support thereof, opposing counsel's consent thereto, the entire record herein, and it appearing that the relief should be granted, it is hereby:

ORDERED, that the District's Consent Motion for Extension of Time be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that the District's response to the Complaint is due on or before two (2) weeks from the date of the Court's decision on plaintiffs' pending Motion for Preliminary Injunction.

SO ORDERED.

DATE: 2/12/2015

FREDERICK J. SCULLIN, JR.
Senior United States District Judge