# ACTS

OF

## THE CORPORATION

OF THE

## CITY OF WASHINGTON,

PASSED BY

### THE FIRST COUNCIL.

TO WHICH IS PREFIXED

### THE ACT OF INCORPORATION.

---

*PRINTED BY ORDER OF THE COUNCIL.*

---

### Washington:

PRINTED BY A. AND G. WAY.

1803.

Digitized by Google

Oath of office.  be paid them by the seller. Before they enter upon the duties of their office they shall take an oath before some justice of the peace for the faithful performance of their duty.

*Approved, November 23d, 1809.*

---

AN ACT making an appropriation for C street north, from 8th street to Pennsylvania avenue.

*Be it enacted by the first and second chambers of the city council of Washington,* That the sum of eighty dollars be, and the same is hereby appropriated for opening C street north, from 8th street to Pennsylvania avenue, out of any monies in the treasurer's hands not otherwise appropriated, and that the same be expended under the direction of the mayor.

Appropriation for C st. north.

*Approved, November 23d, 1809.*

---

AN ACT to suppress horse running and shooting, in certain cases, in the city of Washington.

Sec. 1. *BE it enacted by the first and second chambers of the city council of Washington,* That from and after the first of January next, it shall not be lawful for any person

19

to run an animal of the horse kind in any of the streets or avenues in the city of Washington, within three hundred yards of any house or building in said city, under a penalty of ten dollars for each offence. <span style="float:right">Horse-running in the streets prohibited.</span>

Sec. 2. *And be it enacted,* That if the owner of any horse shall permit any minor, slave, or other person, to run his horse in any street or avenue of the city, within three hundred yards of any house or building in said city, he shall incur the penalty of ten dollars for each offence, one half to go to the informer and the other half to the corporation, and any person shall be authorized to stop or seize any horse so running until the owner shall pay the above penalty. <span style="float:right">Owners of horses incur a penalty if they permit them to be run in the streets by slaves, &c.</span>

Sec. 3. *And be it enacted,* That if any slave shall be seen running any horse in any street or avenue of the city, within three hundred yards of any house or building, it shall be the duty of any constable to take such slave before a magistrate, and on his being convicted of such offence he shall be publicly whipped any number of lashes not exceeding thirty-nine. <span style="float:right">Slaves to be publicly whipped for running horses in the streets.</span>

Sec. 4. *And be it enacted,* That if any person or persons, from and after the first day of January next, shall shoot with a gun or other fire arms, within four hundred yards of any house in said city, or on the sabbath in any part of the city, shall forfeit and pay a fine of ten dollars, one half of said penalty to go to the informer and the other half to the use of the city. <span style="float:right">Shooting in the streets prohibited.</span>

*Approved, December 9th,* 1809.