UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
BRIAN WRENN, *et al.*,              )
                                    )
        Plaintiffs,             )
                                    )
v.                                  )    Civil Action No. 15-cv-00162 (FJS)
                                    )
DISTRICT OF COLUMBIA, *et al.*,     )
                                    )
        Defendants.             )
_____)

## ORDER

Upon consideration of the Plaintiffs' Motion for Preliminary Injunction, the Memoranda of Points and Authorities in Support thereof and the Defendants' Opposition thereto, the entire record herein, and it appearing that the relief should be denied, it is hereby:

ORDERED, that Plaintiffs' Motion for Preliminary Injunction is hereby DENIED.

SO ORDERED.

DATE: _____        _____
                                                                       FREDERICK J. SCULLIN, JR.
                                                                       Senior United States District Court Judge