UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN WRENN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 15-cv-00162 (FJS) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE

Defendants, by and through undersigned counsel, hereby respectfully note that, by Order dated March 26, 2015 (copy attached), the Ninth Circuit in *Peruta v. County of San Diego*, No. 10-56971, voted to rehear the case *en banc*, and vacated the panel opinion.

DATE: April 10, 2015

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

ELLEN A. EFROS
Deputy Attorney General
Public Interest Division

         /s/ Toni M. Jackson
TONI M. JACKSON
Chief, Equity Section
Bar Number 453765
Office of the Attorney General
One Judiciary Square
6th Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 442-9784
E-mail: toni.jackson@dc.gov

-2-

       /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Senior Assistant Attorney General
Equity Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 730-1470
E-mail: andy.saindon@dc.gov