IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN WRENN, et al., ) | Case No. 15-CV-162-FJS |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

NOTICE

PLEASE TAKE NOTICE that the Defendants, the District of Columbia and its Police Chief, Cathy Lanier, who are also the Defendants-Appellants in *Palmer* v. *District of Columbia*, D.C. Cir. No. 14-7180, have moved to voluntarily dismiss their appeal in that case.

The Defendants are acquiescing in this Court's judgment in *Palmer*, and removing all doubt that they are bound by the decision in that case which holds that there is, indeed, a right to carry handguns outside the home for self-defense.

Of course, Defendants continue to deny the community at large, including Plaintiffs, the ability to exercise this right. Plaintiffs renew their call for expedited consideration of their motion for a preliminary injunction.

Dated: April 2, 2015                                  Respectfully submitted,

                                                              Alan Gura (D.C. Bar No. 453449)
                                                              Gura & Possessky, PLLC
                                                              105 Oronoco Street, Suite 305
                                                              Alexandria, VA 22314
                                                              703.835.9085/Fax 703.997.7665

                                          By:   /s/ Alan Gura
                                                              Alan Gura
                                                              Attorney for Plaintiffs