IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN WRENN, et al., ) | Case No. 15-CV-162-FJS |
| Plaintiffs, ) | |
| v. ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| Defendants. ) | |

### DECLARATION OF LAWRENCE WESTBROOK POWERS

I, Lawrence Westbrook Powers, am competent to state, and declare the following based on my personal knowledge:

1. I am licensed by the D.C. Metropolitan Police Department as a firearms instructor.

2. On or about February 25, 2015, I applied for a Washington, D.C., permit to carry a concealed pistol. In addition to my application, I presented the District police with a copy of my unrestricted Maryland handgun carry license, and my 2014 Second Amendment Foundation membership card.

3. I also attempted to register a handgun in the District of Columbia, but I was told that I could not register a handgun owing to my lack of residence in the District of Columbia until my carry permit was approved. I later learned this was incorrect, and called the Police Department to clarify the matter, but was again told, incorrectly, that I could not register the handgun until I had a concealed carry permit.

4. Today, with the 90 day review period on my application having expired, I visited the District's Police Department to register my handgun and pick up my handgun carry license. I provided a copy of my 2015 Second Amendment Foundation membership card. I was finally

allowed to register my handgun. However, I was told that no handgun carry license would issue because the District is still "reviewing" the impact of this Court's decision. Exhibit A is a true and correct copy of a letter I received from the Metropolitan Police Department, confirming this additional "hold."

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 26th day of May, 2015

_____
Lawrence Westbrook Powers