

# Concealed Carry Pistol License Application
## Official Notice

Metropolitan Police Department · Firearms Registration · 300 Indiana Ave, NW · Washington, DC 20001 · (202) 727-4275

## Applicant Information

| Powers | Lawrence | W. |
|---|---|---|
| Last Name | First Name | Middle Initial |

| 3501 Ward Lane | Frederick | MD | 21704 |
|---|---|---|---|
| Home Street Address | City | State | ZIP Code |

May 26, 2015

Mr. Powers,

The Firearms Regulations Control Act of 1975, (D.C. Official Code § 7-2501 et seq.), and Chapter 23 (Guns and Other Weapons) of Title 24 (Public Space and Safety) of the District of Columbia Municipal Regulations (DCMR), establish the qualifications and procedures for the issuance of a license to carry a concealed pistol.

Your application was received on February 24, 2015 with a 90 day period expiring on May 26, 2015. The Metropolitan Police Department invokes the additional 90 day period provided by 24 DCMR Sec. 2340.1 to process your application. The District's attorneys to seek to clarify the scope of the May 18, 2015 Order in Wrenn v. District of Columbia, No. 15-162, invalidating key provisions of the concealed-carry law.

Thank you for your time and consideration in this matter. If you have any questions in reference to this notice please contact Sergeant Colin Hall at phone number 202-727-9889 or by email at colin.hall@dc.gov.

Sincerely,

Colin Hall
Sergeant, Firearms Registration Section
Designee of the Chief, Metropolitan Police Department