**UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

_____

**BRIAN WRENN, JOSHUA AKERY,
TYLER WHIDBY and SECOND AMENDMENT
FOUNDATION, INC.,**

                        **Plaintiffs,**

                v.                                    **15-CV-162
(FJS)**

**DISTRICT OF COLUMBIA and CATHY
L. LANIER,**

                        **Defendants.**

_____

**APPEARANCES**                                      **OF COUNSEL**

**GURA & POSSESSKY, PLLC**           **ALAN GURA, ESQ.**
105 Oronoco Street, Suite 305
Alexandria, Virginia 22314
Attorneys for Plaintiffs

**OFFICE OF THE ATTORNEY**         **ANDREW J. SAINDON, ESQ.**
**GENERAL FOR THE DISTRICT
OF COLUMBIA**
441 4th Street, NW
Sixth Floor South
Washington, DC 20001-2714
Attorneys for Defendants

**SCULLIN, Senior Judge**

## ORDER

On May 18, 2015, the Court issued a Memorandum-Decision and Order in which it granted

Plaintiffs' motion for a preliminary injunction. *See* Dkt. No. 13. On May 26, 2015, Defendants

filed a motion for an immediate administrative stay and for a stay pending appeal. *See* Dkt. No. 15.

On the same date, Plaintiffs filed a memorandum in opposition to Defendants' motion for an

immediate administrative appeal and noted that they would file papers in opposition to Defendants' motion for a stay pending appeal in due course. *See* Dkt. No. 16.

Having reviewed the parties' submissions and the applicable law, the Court hereby

**ORDERS** that Defendants' motion for an immediate administrative stay is **DENIED**; and the Court further

**ORDERS** that Plaintiffs shall file their papers in opposition to Defendants' motion for a stay pending appeal on or before **June 22, 2015**; and the Court further

**ORDERS** that Defendants shall file any papers in further support of their motion for a stay pending appeal on or before **June 26, 2015**; and the Court further

**ORDERS** that counsel shall appear for oral argument in support of, and in opposition to, Defendants' motion for a stay pending appeal on **July 7, 2015 at 11:00 a.m.**

**IT IS SO ORDERED.**

Dated: May 28, 2015
       Syracuse, New York

*[signature]*
Frederick J. Scullin, Jr.
Senior United States District Court Judge