UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRIAN WRENN, et al., )
)
    Plaintiffs, )
)
v. ) Civil Action No. 15-cv-00162 (FJS)
)
DISTRICT OF COLUMBIA, et al., )
)
    Defendants. )

## DECLARATION OF SERGEANT COLIN HALL

Pursuant to 28 U.S.C. § 1746, I, Colin Hall, declare and state as follows:

1. I am over the age of eighteen (18) years, competent to testify to the matters contained herein, and testify based on my personal knowledge and information.

2. I have been employed by the Metropolitan Police Department since 1998, and began work at the Security Officers Management Branch ("SOMB") in 2007. I am currently the supervisor for the Firearms Registration Unit ("FRU"), a position I assumed on October 7, 2007.

3. My duties include operation and supervision of the FRU and the Gun Control Section, including all staffing and all firearms-registration application procedures and renewals, and concealed-carry license application procedures.

4. I am responsible for maintaining MPD's firearms records and the firearms-registration database, and for preparing certified documents for criminal firearms cases and testifying in court to such documents and procedures.

5. I am familiar with the concealed-carry license application of Lawrence Westbrook Powers, and the declaration he filed in this case dated May 26, 2015.

6. MPD erroneously issued the letter attached to Mr. Powers' declaration.

7. On being informed by my counsel of this error, I immediately reviewed Mr. Powers' application, and MPD determined that he was qualified to receive a concealed-carry license in light of this Court's ruling.

8. I called Mr. Powers on Wednesday afternoon (the 27th) to inform him of this, and he came down to my office to pick up his license at approximately 4:30p.m.

9. Also on Wednesday afternoon, MPD determined that the named plaintiffs here—Brian Wrenn, Joshua Akery, and Tyler Whidby—were preliminarily approved to receive their concealed-carry licenses per 24 DCMR § 2336.4, so long as they complete the training requirements set forth in 24 DCMR §§ 2336.1 and 2336.2 within 45 days. I sent out letters so stating that to them the same day.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on 5/28/15

COLIN HALL