UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
BRIAN WRENN, *et al.*,              )
                                    )
        Plaintiffs,              )
                                    )
v.                                  )   Civil Action No. 15-00162 (FJS)
                                    )
DISTRICT OF COLUMBIA, *et al.*,     )
                                    )
        Defendants.              )
_____)

## ORDER

Upon consideration of the defendants' Motion to Expedite Schedule or, in the Alternative, to Retain the Current Schedule but Grant an Administrative Stay, the Memorandum of Points and Authorities in Support thereof, any Opposition thereto, the entire record herein, and it appearing that the relief should be granted, it is hereby:

ORDERED, that the District's Motion to Expedite Schedule or, in the Alternative, to Retain the Current Schedule but Grant an Administrative Stay be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that the Plaintiffs' response to the Motion to Stay Pending Appeal is due on or before June 3, 2015, and it is

FURTHER ORDERED, that the District's Reply be filed on or before June 8, 2014, and the Court will issue a ruling on the Motion promptly thereafter, no later than June 16, 2015.

SO ORDERED.


DATE: _____          _____
                                     FREDERICK J. SCULLIN, JR.
                                     Senior United States District Judge