UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
BRIAN WRENN, *et al.*, )
)
        Plaintiffs, )
)
v. ) Civil Action No. 15-00162 (FJS)
)
DISTRICT OF COLUMBIA, *et al.*, )
)
        Defendants. )
_____)

ORDER

Upon consideration of the defendants' Motion to Expedite Schedule or, in the Alternative, to Retain the Current Schedule but Grant an Administrative Stay, the Memorandum of Points and Authorities in Support thereof, any Opposition thereto, the entire record herein, and it appearing that the relief should be granted, it is hereby:

ORDERED, that the District's Motion to Expedite Schedule or, in the Alternative, to Retain the Current Schedule but Grant an Administrative Stay be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that the Court's Order of May 18, 2015 (Doc. 13) is hereby STAYED pending further Order of the Court.

      SO ORDERED.

DATE: _____                      _____
                                                                                FREDERICK J. SCULLIN, JR.
                                                                                Senior United States District Judge