UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN WRENN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 15- 00162 (FJS) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

PRAECIPE

Defendants, by and through undersigned counsel, hereby respectfully note the following:

An error in the legislative process has been identified, but it should not affect the instant matter. The License to Carry a Pistol Second Emergency Amendment Act of 2014 (Bill No. 20-1045) was enacted in December 2014 and expired on April 6, 2015. There was a gap in legislative authority between when that legislation expired and the temporary legislation (the License to Carry a Pistol Temporary Amendment Act of 2014, Bill No. 20-927) became effective on May 5, 2015. There also are some substantive differences between the Temporary Legislation (Bill No. 20-927, now in effect) and the Permanent Legislation (Bill No. 20-930, projected to become law on June 16, 2015).[1] However, the two provisions challenged in the instant matter—

---

[1] The License to Carry a Pistol Congressional Review Emergency Declaration Resolution of 2015 (PR No. 21-173) and the License to Carry a Pistol Congressional Review Emergency Amendment Act of 2015 (Bill No. 21-221) were introduced and approved unanimously at today's legislative session of the Council. *See* http://dccouncil.us/files/user_uploads/event_testimony/June_2_2015_Leg_Mtg.pdf. Assuming the legislation is signed by the Mayor, the Temporary Legislation (Bill No. 20-927) will be repealed, leaving only the Second Emergency Legislation (Bill No. 20-1045) in effect until the permanent legislation becomes effective on or about June 16.

D.C. Official Code §§ 22-4506(a) and 7-2509.11—are identical in both versions of the legislation, and the gap in legislative authority should not affect the instant litigation.

DATE: June 2, 2015

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

ELIZABETH SARAH GERE
Acting Deputy Attorney General
Public Interest Division

        /s/ Toni Michelle Jackson
TONI MICHELLE JACKSON
Chief, Equity Section
Bar Number 453765
Office of the Attorney General
One Judiciary Square
Sixth Floor South
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 442-9784
E-mail: toni.jackson@dc.gov

        /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Senior Assistant Attorney General
Equity Section
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 730-1470
E-mail: andy.saindon@dc.gov