**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

_____

**BRIAN WRENN, JOSHUA AKERY,**
**TYLER WHIDBY and SECOND AMENDMENT**
**FOUNDATION, INC.,**

                              **Plaintiffs,**

                    v.                                **1:15-CV-162**
                                                                  **(FJS)**

**DISTRICT OF COLUMBIA and CATHY**
**L. LANIER,**

                              **Defendants.**

_____

**APPEARANCES**                                     **OF COUNSEL**

**GURA & POSSESSKY, PLLC**          **ALAN GURA, ESQ.**
105 Oronoco Street, Suite 305
Alexandria, Virginia 22314
Attorneys for Plaintiffs

**OFFICE OF THE ATTORNEY**        **ANDREW J. SAINDON, ESQ.**
**GENERAL FOR THE DISTRICT**
**OF COLUMBIA**
441 4th Street, NW
Sixth Floor South
Washington, DC 20001-2714
Attorneys for Defendants

**SCULLIN, Senior Judge**

## ORDER

On May 18, 2015, the Court issued a Memorandum-Decision and Order in which it granted Plaintiffs' motion for a preliminary injunction. *See* Dkt. No. 13. On May 26, 2015, Defendants filed a motion for an immediate administrative stay and for a stay pending appeal. *See* Dkt. No. 15. In an Order dated May 28, 2015, the Court denied the motion for an immediate administrative stay

and set a briefing and hearing schedule for the motion for a stay pending appeal.  *See* Dkt. No. 17.

On June 1, 2015, Defendants filed a motion to expedite the briefing and hearing schedule for their motion for a stay pending appeal or, in the alternative, to retain the current schedule but grant an administrative stay.  *See* Dkt. No. 19.

Having reviewed Defendants' submissions and the applicable law, the Court hereby

**ORDERS** that Defendants' motion, *see* Dkt. No. 19, is **DENIED**.

**IT IS SO ORDERED.**

Dated: June 2, 2015
       Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Judge