IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN WRENN, et al., ) | Case No. 15-CV-162-FJS |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### DECLARATION OF JOSEPH TYRONE BROWN

I, Joseph Tyrone Brown, am competent to state, and declare the following based on my personal knowledge:

1. I reside in the District of Columbia, where I have registered several handguns.

2. I am an honorably-discharged Air Force veteran, currently employed by the United States Navy. In connection with that employment, I hold a "Top Secret" security clearance. I am licensed by the states of New Hampshire, Utah, Virginia, and Florida to carry a concealed handgun for self-defense.

3. On Thursday, May 21, 2015, I went to the District of Columbia's Metropolitan Police Department to apply for a D.C. permit to carry a concealed pistol. The officer at the permit office told me I needed to provide a "good reason" to apply for a permit. I informed the officer about this Court's injunction, but he said I still needed to provide a "good reason." I therefore applied, and gave as a "good reason" the fact that my agency has advised its employees, including me, that we have a heightened risk of terrorist attack.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 2nd day of June, 2015

_____
Joseph Tyrone Brown