IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRIAN WRENN, et al., | ) | Case No. 15-CV-162-FJS |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

DECLARATION OF GARRET HEBENSTREIT

I, Garret Hebenstreit, am competent to state, and declare the following based on my personal knowledge:

1. I reside in Ohio. I hold Ohio and Virginia licenses to carry a concealed handgun for self-defense. I want to obtain a D.C. concealed carry license so that I may carry a handgun for self-defense while visiting Washington, D.C.

2. Exhibit A is a true and correct copy of an email that I sent to Washington, D.C.'s Metropolitan Police Department on May 21, 2015.

3. Exhibit B is a true and correct copy of an email that I received in response from Sgt. Colin Hall.

4. I found Sgt. Hall's email to be less than encouraging, and therefore had decided to save my time and the costs involved with making the application.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the ___ day of June, 2015

_____
Garret Hebenstreit