**From:** Garret
**Sent:** Thursday, May 21, 2015 2:17 AM
**To:** 'mpd@dc.gov'
**Subject:** CCW Application

Hi there.  I've been working on your application for a concealed carry permit and wished to proceed pursuant to Judge Scullin's injunction recently ordered in Wrenn Vs. DC.  However, the application online still has the good/proper cause sections and accompanying affidavit to be notarized.  Do you have an updated application available or if not, can you please advise on how to proceed?

Thank you,
Garret Hebenstreit