**From:** Hall, Colin (MPD) [mailto:colin.hall@dc.gov]
**Sent:** Thursday, May 28, 2015 6:34 PM
**To:** Garret
**Cc:** Gibson, Edward (MPD)
**Subject:** Applying for Concealed Carry IQ#5

Hello Mr. Hebenstreit,


The application online is still the application that is being used for concealed carry licenses. You may choose to complete it in any manner you wish, and provide any information you wish. Applications are currently being accepted.  The District of Columbia is still reviewing and evaluating the court's order by Judge Scullin, and it's scope.  Once the District determines changes are needed to the application it will be updated online accordingly.



Thank you.


**Colin Hall
Sergeant
Gun Control/Firearms Registration Unit/Civilian Fingerprint Section
Metropolitan Police Department
202-727-9889-Desk
202-727-4275-main office**