311 Online    Agency Directory    Online Services    Accessibility



Search DC.gov

○ DC.gov ● mpdc.dc.gov

## Metropolitan Police Department

| Home | Services | Your Police District | In the Community | Safety & Prevention | Statistics & Data | Get Involved! | About MPDC |

**Metropolitan Police Department**



**Connect With Us**
300 Indiana Avenue, NW, Room
5059, Washington , DC 20001
Phone: (202) 727-9099
Fax: (202) 727-4106
TTY: 711
Email: mpd@dc.gov

   

Ask the Chief of Police
Agency Performance
**Language Support**
Amharic (አማርኛ)
Chinese (中文)
French (Français)
Korean (한국어)
Spanish (Español)
Vietnamese (Tiếng Việt)



Cathy L. Lanier
Chief of Police

🔊 Listen     SHARE 📧 ▼ ...    Text Resize

### Applying for a Concealed Carry Pistol License

On October 23, 2014, the Metropolitan Police Department began accepting applications for a Concealed Carry Pistol License, pursuant to amendments to the Firearms Control Act of 1975 (D.C. Official Code § 7-2501 et seq.) that were recently enacted by the Council of the District of Columbia, and emergency and proposed regulations issued by the Department on October 22, 2014 (a copy of which are below).

Recently, a court decision was issued which may affect the "good reason/proper reason" requirement for some concealed-carry applications (see "Wrenn Order" document, attached below).

Under District law, an applicant for a Concealed Carry Pistol License must include proof of firearms training, including 16 hours of training that covers numerous firearms safety topics, two hours of range training, and training on District of Columbia law on firearms and self-defense. An applicant who has already received firearms training may request a waiver from either the 16-hour training or the 2-hour training, or both. The applicant must provide supporting documentation with their waiver request. Please review the Instructions for Applying for a Concealed Carry License for additional information on the types of documentation required. However, all applicants must take the training on District law on firearms and self-defense; there are no waivers for this requirement.

Please note that applicants may submit their Concealed Carry Pistol License application to MPD without having completed the firearms training requirements. MPD will review the application and may issue a preliminary approval. The applicant will be notified and then have 45 days to complete the firearms training requirements.

Additionally, the Firearms Control Act requires applicants to explain their need for a Concealed Carry Pistol License by demonstrating either a good reason to fear injury to themselves or their property, or any other proper reason. The fact that an applicant lives or works in a high crime area, in and of itself, is not a sufficient reason for the issuance of a Concealed Carry Pistol License. Applicants must demonstrate their basis for requesting a Concealed Carry Permit by submitting a personal statement or supporting documentation or a notarized statement from a third party. Please review the Instructions for Applying for a Concealed Carry License for additional information on these requirements.  Further, all fees associated with the processing of applications for a Conceal Carry Pistol License are non-refundable, regardless of final determination.

- CCW Firearms Training Instructors Certified by the Metropolitan Police Department

Applicants should download and review the Emergency Regulations, the Application, and the Instructions for Applying for a License to Carry.

If applicants have any questions, please contact the **Firearms Registration Section** at **(202) 727-4275.**

**Attachment(s):**

**MPD Wants to Know**



**Have a recent experience with MPD?**
Grade us today.



**Report Suspicious Activity**



If you see something, say something.

**911 for Police Service**



Dial 911 to request police, fire and emergency medical services.

**Your Police District - PSA**

Work with your PSA team members to fight crime and disorder in your neighborhood.

| | | |
|---|---|---|
| 📄 Emergency Regulations (10/22/2014) | 280.85 KB |
| 📄 Emergency Regulations (1/20/2015) | 36.99 KB |
| 📄 Emergency & Proposed Rulemaking: Concealed Pistol License Review Board (1/21/2015) | 103.11 KB |
| 📄 Instructions for Applying for a License to Carry | 734.9 KB |
| 📄 Application | 418.96 KB |
| 📄 Wrenn Order (5/18/15) | 168.9 KB |

Twitter       Facebook       Mobile       Maps       Webcasts       RSS       Data       Subscribe

More Resources

★ ★ ★



**District News**

Mayor's Public Schedule
Citywide News
Citywide Calendar
Subscribe to Receive Emails
Subscribe to Text Alerts
Subscribe to Newsletters
Government Closures



**District Initiatives**

Green DC
Grade DC
Age-Friendly DC
Sustainable DC
Connect DC
Great Streets
72hours Emergency Planning



**About DC**

Open DC
Budget
Emancipation
Consumer Protection
Contracts
Property Quest
Track DC



**Contact Us**

Agency Directory
Call 311
Contact the Mayor
Contact Agency Directors
FOIA Requests
Report Website Problems
Send Feedback
Service Request Center

★ ★ ★   Accessibility       Privacy and Security       Terms and Conditions       About DC.Gov       ★ ★ ★


