**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

---

**BRIAN WRENN, JOSHUA AKERY,**
**TYLER WHIDBY, and SECOND AMENDMENT**
**FOUNDATION, INC.,**

                                **Plaintiffs,**

                                v.                               **1:15-CV-162**
                                                                         **(FJS)**

**DISTRICT OF COLUMBIA and CATHY**
**L. LANIER,**

                                **Defendants.**

---

| **APPEARANCES** | **OF COUNSEL** |
|---|---|
| **GURA & POSSESSKY, PLLC**<br>105 Oronoco Street, Suite 305<br>Alexandria, Virginia 22314<br>Attorneys for Plaintiffs | **ALAN GURA, ESQ.** |
| **OFFICE OF THE ATTORNEY**<br>**GENERAL FOR THE DISTRICT**<br>**OF COLUMBIA**<br>441 Fourth Street, N.W.<br>Sixth Floor South<br>Washington, D.C. 20001-2714<br>Attorneys for Defendants | **ANDREW J. SAINDON, ESQ.** |

**SCULLIN, Senior Judge**

## ORDER

    In light of developments since the Court filed its Memorandum-Decision and Order dated May 18, 2015, in particular the Order of the United States Court of Appeals for the District of Columbia Circuit filed on June 29, 2015, which granted Defendants' motion for a stay pending appeal, the Court hereby

**ORDERS** that Plaintiffs' motion to hold Defendants in contempt is **DENIED**; and the Court further

**ORDERS** that Defendants' motion for a stay pending appeal is **DENIED as moot**.

**IT IS SO ORDERED.**

Dated: July 6, 2015
      Syracuse, New York

                                                  Frederick J. Scullin, Jr.
                                                  Senior United States District Judge