# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 15-7057                                          September Term, 2014

1:15-cv-00162-FJS

Filed On: June 29, 2015

Brian Wrenn, et al.,

    Appellees

v.

District of Columbia and Cathy L. Lanier,

    Appellants

    **BEFORE:**   Henderson, Tatel, and Brown, Circuit Judges

### ORDER

Upon consideration of the motion for stay pending appeal, the opposition thereto, and the reply; and the administrative stay entered on June 12, 2015, it is

**ORDERED** that the administrative stay be dissolved. It is

**FURTHER ORDERED** that the motion for stay be granted and the district court's order filed May 18, 2015, granting appellees' motion for a preliminary injunction, be stayed pending further order of the court. Appellants have satisfied the requirements for a stay pending appeal. See Nken v. Holder, 556 U.S. 418, 434 (2009); D.C. Circuit Handbook of Practice and Internal Procedures 33 (2015). It is

**FURTHER ORDERED**, on the court's own motion, that consideration of this appeal be expedited in accordance with 28 U.S.C. § 1657(a). See D.C. Cir. Rule 47.2(a). The Clerk is directed to enter a briefing schedule and to calendar this case for oral argument on an appropriate date following the completion of briefing.

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

BY:   /s/
       Robert J. Cavello
       Deputy Clerk