IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRIAN WRENN, et al., | ) | Case No. 15-CV-162-FJS |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

MOTION TO EXTEND TIME TO RESPOND TO
DEFENDANTS' MOTION FOR CASE REASSIGNMENT

COME NOW the Plaintiffs, Brian Wrenn, Joshua Akery, Tyler Whidby, and the Second Amendment Foundation, Inc., by and through undersigned counsel, and move pursuant to Fed. R. Civ. P. 6(b) for an order extending the time to respond to Defendants' Motion for Case Reassignment (Dkt. 33), until fourteen (14) days after the issuance of the Court of Appeals' mandate in the present interlocutory appeal.

Counsel have met and conferred regarding this motion, Defendants are opposed to the motion.

Dated: October 26, 2015              Respectfully submitted,

                                     Alan Gura (D.C. Bar No. 453449)
                                     Gura & Possessky, PLLC
                                     105 Oronoco Street, Suite 305
                                     Alexandria, VA 22314
                                     703.835.9085/Fax 703.997.7665

                             By:   /s/ Alan Gura
                                     Alan Gura
                                     Attorney for Plaintiffs