# Alan Gura

| | |
|---|---|
| **From:** | Saindon, Andy (OAG) [andy.saindon@dc.gov] |
| **Sent:** | Friday, October 23, 2015 3:00 PM |
| **To:** | Alan Gura |
| **Subject:** | RE: Wrenn, Brian, et al v. DC, No. 15-cv-162 (FJS) |

Thanks. As to your question, it may make no immediate difference at all.

---

**From:** Alan Gura [mailto:alan@gurapossessky.com]
**Sent:** Friday, October 23, 2015 2:56 PM
**To:** Saindon, Andy (OAG)
**Subject:** RE: Wrenn, Brian, et al v. DC, No. 15-cv-162 (FJS)

I did just get your voicemail, and was meaning to respond.

Of course my clients oppose this. But while I could see why you want to pick a different judge, I have to ask--
What immediate difference would it make?
The case is on appeal and will be argued soon. It is the standard practice under such circumstances not to proceed in the district court at all – and I've got a long string cite of second amendment cases, in particular, where district court proceedings were stayed when there was an early interlocutory appeal touching on the merits, for obvious reasons.

---

**From:** Saindon, Andy (OAG) [mailto:andy.saindon@dc.gov]
**Sent:** Friday, October 23, 2015 2:35 PM
**To:** 'Alan Gura' (alan@gurapossessky.com)
**Subject:** Wrenn, Brian, et al v. DC, No. 15-cv-162 (FJS)

Alan, did you get my voicemail? We want to file a Motion for Case Reassignment, and I need to ask your consent. I assume you will not, but please let me know, so we can get this filed by COB. Thanks.

Andrew J. Saindon
Senior Assistant Attorney General
Office of the Attorney General for the District of Columbia
441 4th Street, NW
Sixth Floor, Suite 600S
Washington, DC 20001
(202) 724-6643
(202) 730-1470 (f)

***Confidentiality Notice***
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message.

***Metadata:***This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not intended to be viewed by a non-client recipient.