IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN WRENN, et al., ) | Case No. 15-CV-162-FJS |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

[PROPOSED] ORDER

This matter came before the Court on Plaintiffs' motion to extend time to respond to Defendants' motion for case reassignment.

Good cause having been shown, the motion is GRANTED.

Plaintiffs shall have until fourteen days from the date of the D.C. Circuit's mandate in the present interlocutory appeal, D.C. Cir. No. 15-7057, to respond to Defendants' motion for case reassignment.

This the ____ day of October, 2015.

_____
The Hon. Frederick J. Scullin, Jr.
United States District Judge