UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRIAN WRENN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 15-00162 (FJS) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

### **ORDER**

Upon consideration of the Plaintiffs' Motion for Extension of Time to Respond to the Defendants' Motion for Case Reassignment, the Memorandum of Points and Authorities in Support, the Opposition and the entire record, and it appearing that the relief should be denied, it is

ORDERED that the Plaintiffs' Motion for Extension of Time to Respond is DENIED, and it is

FURTHER ORDERED that the Plaintiffs shall file their response to the Defendants' Motion for Case Reassignment no later than November 9, 2015.

DATE: _____     _____
United States District Court Judge
Chair, Calendar and Case Management Committee