# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 15-7057

September Term, 2015
FILED ON: DECEMBER 15, 2015

BRIAN WRENN, ET AL.,
    APPELLEES

v.

DISTRICT OF COLUMBIA AND CATHY L. LANIER,
    APPELLANTS

Appeal from the United States District Court
for the District of Columbia
(No. 1:15-cv-00162)



Before: PILLARD, *Circuit Judge*, and SILBERMAN and SENTELLE, *Senior Circuit Judges*

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the order of the District Court appealed from in this cause be vacated, in accordance with the opinion of the court filed herein this date.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:  /s/

        Ken Meadows
        Deputy Clerk

Date: December 15, 2015

Opinion for the court filed by Senior Circuit Judge Sentelle.

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk