IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN WRENN, et al., ) | Case No. 15-CV-162 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

NOTICE OF CHANGE OF ADDRESS

Please take notice that the address of Plaintiffs' counsel has changed.

The new address is:

Gura & Possessky, PLLC
916 Prince Street, Suite 107
Alexandria, VA 22314

All other contact information remains unchanged.

Dated: February 8, 2016                                   Respectfully submitted,

                                                          Alan Gura (D.C. Bar No. 453449)
                                                          Gura & Possessky, PLLC
                                                          916 Prince Street, Suite 107
                                                          Alexandria, VA 22314
                                                          703.835.9085/Fax 703.997.7665

                                                  By:     /s/ Alan Gura
                                                          Alan Gura
                                                          Attorney for Plaintiffs