IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN WRENN, et al., ) | Case No. 15-CV-162 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

RESPONSE TO DEFENDANTS' MOTION TO REASSIGN CASE

On December 15, 2015, the D.C. Circuit held that Judge Scullin's notice of designation and assignment to this District Court did not extend to this matter. Accordingly, while Plaintiffs still maintain that Defendants' reassignment motion was not proper at the time it was filed, for the various reasons previously offered, reassignment is now mandated.

Accordingly, Plaintiffs join Defendants' motion to reassign this matter [Dkt. 33], for purposes of deciding the still-outstanding motion for a preliminary injunction, filed over a year ago.

Dated: February 8, 2016            Respectfully submitted,

                                           Alan Gura (D.C. Bar No. 453449)
                                           Gura & Possessky, PLLC
                                           916 Prince Street, Suite 107
                                           Alexandria, VA 22314
                                           703.835.9085/Fax 703.997.7665

                               By:   /s/ Alan Gura
                                           Alan Gura
                                           Attorney for Plaintiffs