AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Brian Wrenn, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:15-162-CKK |
| District of Columbia, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae Everytown for Gun Safety                                                                                           .

Date:   02/18/2016

s/ Deepak Gupta
*Attorney's signature*

Deepak Gupta (495451)
*Printed name and bar number*

Gupta Wessler PLLC
1735 20th Street, NW
Washington, DC 20009
*Address*

deepak@guptawessler.com
*E-mail address*

(202) 888-1741
*Telephone number*

(202) 888-7792
*FAX number*