# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BRIAN WRENN, et al.

*Plaintiffs,*

v.

DISTRICT OF COLUMBIA, et al.

*Defendants.*

Civil Action No. 15-162-CKK

# APPENDIX OF HISTORICAL LAWS
## OF *AMICUS CURIAE* EVERYTOWN FOR GUN SAFETY

DEEPAK GUPTA
JONATHAN E. TAYLOR
GUPTA WESSLER PLLC
1735 20th Street, NW
Washington, DC 20009
(202) 888-1741
*deepak@guptawessler.com*

J. ADAM SKAGGS
MARK ANTHONY FRASSETTO
EVERYTOWN FOR GUN SAFETY
P.O. Box 4184
New York, NY 10163

*Counsel for Amicus Curiae
Everytown for Gun Safety*

February 18, 2016

## Appendix of Historical Laws

### English statutes and royal proclamations

13 Edw. 1, 102 (1285)............................................................... App. 1

7 Edw. 2, 170 (1313)................................................................ App. 2

Statute of Northampton, 2 Edw. 3, 258, ch. 3 (1328) ............... App. 3

25 Edw. 3, 320, ch. 2, § 13 (1351) ........................................... App. 4

34 Edw. 3, 364, ch. 1 (1360)................................................... App. 10

7 Ric. 2, 35, ch. 13 (1383) ...................................................... App. 12

20 Ric. 2, 93, ch. 1 (1396) ...................................................... App. 15

Calendar of the Close Rolls, Henry IV (Jan. 30, 1409)........................ App. 17

### Early American enactments of the Statute of Northampton

1694 Mass. Laws 12, no. 6 ...................................................... App. 19

1786 Va. Laws 33, ch. 21 ........................................................ App. 22

1792 N.C. Laws 60, ch. 3......................................................... App. 23

1795 Mass. Laws 436, ch. 2 ................................................... App. 27

1801 Tenn. Laws 710, § 6 ...................................................... App. 28

1821 Me. Laws 285, ch. 76, § 1............................................... App. 29

1852 Del. Laws 330, ch. 97, § 13 ........................................... App. 35

1859 N.M. Laws 94, § 2 .......................................................... App. 43

### Other colonial-era American laws

1686 N.J. Laws 289, ch. 9 ...................................................... App. 48

### American good-cause variants of the Statute of Northampton

1836 Mass. Laws 750, § 16...................................................... App. 50

1838 Wisc. Laws 381, § 16 ..................................................... App. 54

1841 Me. Laws 709, ch. 169, § 16............................................ App. 55

1846 Mich. Laws 690, ch. 162, § 16......................................... App. 56

1847 Va. Laws 127, ch. 14, § 16 ............................................. App. 59

1851 Minn. Laws 526, ch. 112, § 18 ........................................ App. 62

1853 Or. Laws 218, ch. 16, § 17 ............................................. App. 66

1861 Pa. Laws 248, 250, § 6.................................................... App. 69

1870 W. Va. Laws 702, ch. 153, § 8 ........................................ App. 88

1871 Tex. Laws 1322, art. 6512............................................... App. 91

1873 Minn. Laws. 1025, § 17 ................................................. App. 94

1891 W. Va. Laws 915, ch. 148, § 7 ........................................ App. 95

**Southern "lash and pistol" laws**

1854 Ala. Laws 588, § 3272 ............................................................................. App. 97

1861 Ga. Laws 859, § 4413 ............................................................................. App. 101

**Post-Civil-War enactments of Northampton-style laws**

1869 N.M. Laws 312, § 1 ............................................................................. App. 102

1870 S.C. Laws 403, no. 288, § 4 ................................................................... App. 105

1871 Tenn. Laws 81, ch. 90, § 1 ................................................................... App. 108

1875 Wyo. Laws 352, ch. 52, § 1 ................................................................... App. 109

1881 Ark. Laws 490, ch. 53, § 1907 ............................................................. App. 110

1889 Ariz. Laws 16, ch. 13, § 1 ..................................................................... App. 111

1889 Idaho Laws 23, § 1 ............................................................................... App. 112

1901 Mich. Laws 687, § 8 ............................................................................. App. 113

1909 Tex. Laws 105 ..................................................................................... App. 115

**American municipal ordinances**

Nebraska City, Neb., Ordinance no. 7 (1872) ................................................. App. 116

Nashville, Tenn., Ordinance ch. 108 (1873) ................................................... App. 117

Los Angeles, Cal., Ordinance nos. 35-36 (1878) ............................................ App. 119

Salina, Kan., Ordinance no. 268 (1879) ......................................................... App. 120

La Crosse, Wis., Ordinance no. 14, § 15 (1880) ............................................. App. 121

Syracuse, N.Y., Ordinances ch. 27 (1885) ..................................................... App. 122

Dallas, Tex., Ordinance (1887) ..................................................................... App. 123

Checotah, Okla., Ordinance no. 11 (1890) ..................................................... App. 124

New Haven, Conn., Ordinances § 192 (1890) ................................................. App. 125

Rawlins, Wyo., Rev. Ordinances art. 7 (1893) ............................................... App. 126

Wichita, Kan., Ordinance no. 1641 (1899) ..................................................... App. 128

McKinney, Tex., Ordinance no. 20 (1899) ..................................................... App. 130

San Antonio, Tex., Ordinance ch. 10 (1899) ................................................. App. 131

Right of Tithes; and Patronage.

And if Debate hang in a Spiritual Court for the Right of Tithes, having his Original from the Right of the Patronage, and the Quantity of the same Tithes do pass the fourth part of the value of the Benefice, a Prohibition shall lie.

Pecuniary Penance.

Also if a Prelate enjoin Penance pecuniary to any Man for his Sin, if the Money be demanded before Prelates, a Prohibition shall lie.

Amends for Violence to a Clerk.

And if any lay violent Hands on a Clerk or Lay-Brother for the (¹) Peace broken, Amends shall be made before the King, and for the Excommunication before a Bishop or Prelate ; and if a Corporal Penance be enjoined, which (¹) the Offender will (¹) redeem by giving Money to the Prelate, or to the Party grieved, a Prohibition shall not lie.

Defamation.

In Causes of Defamation, Prelates may freely correct the King's Prohibition notwithstanding ; first enjoining a Corporal Penance, which, if the Party will redeem, the Prelate may lawfully receive the Money, though the Prohibition be shewed.

¹ *King's*            ² *if*            ³ *he may*

Item̄ si contencio sit (¹) de jure decimaꝝ, originē tiens de jure patronatus, & eaꝝ decimaꝝ q'ntitas excedat quartam partem ecctie, locū het Regia prohibicio.

Item si Prelatus imponat penā pecuniariam alicui ꝑ pc̄c̄o & petat illam pecuniam, locū het Regia ꝓhibicio, si coram Prelatis pecunia exigat'.

Item si quis manus violentes injec̄it in clicum, (¹) ꝑ (¹) pace Dn̄i Regis debent emende fieri coram Rege ; ꝑ exc̄oicacione vero coram (¹) Ep̄o, & si imponat' pena corporalis, quam si reus velit redim̄e dando Plato vel leso pecuniam potest, nec in rib̄ᵹ locus est ꝓhibic̄oi.

In diffamacionib̄ᵹ [libꝺa¹] corrigant Prelati regia prohibicione non obstante, [licet porrigat'.²]

¹ in Curia Christianitatis          ⁴ vel converrum,
² violata          ⁵ prelato vel          ⁵ libere
⁴ prius injungendo penam corporalem, quam si reus redim̄e velit libere recipiat prelatus pecuniam, licet prohibitio porrigatur.

---

## Statuta Civitatis London.

### STATUTES FOR THE CITY OF LONDON.

*Ex magno Rot. Stat. in Turr. Lond. m. 42, in Cedula.*

None shall walk the Streets armed, after Curfew, &c.

THESE be the Articles which Our Lord the King doth command to be well kept in his City of London, for the keeping and maintenance of his Peace.

First, Whereas many Evils, as Murders, Robberies, and Manslaughters have been committed heretofore in the City by Night and by Day, and People have been beaten and evil intreated, and divers other Mischances have befallen against his Peace ; It is enjoined that none be so hardy to be found going or wandering about the Streets of the City, after Curfew tolled at St. Martins le Grand, with Sword or Buckler, or other Arms for doing Mischief, or whereof evil suspicion might arise ; nor any in any other Manner, unless he be a great Man or other lawful Person of good repute, or their certain Messenger, having their Warrants to go from one to another, with Lanthern in hand.   And if any be found going about contrary to the Form aforesaid, unless he have cause to come late into the City, he shall be taken by the Keepers of the Peace and be put into the place of confinement appointed for such Offenders ; and on the morrow he shall be brought and presented before the Warden, or the Mayor of the City for the Time being, and before the Aldermen ; and according as they shall find that he hath offended, and as the Custom is, he shall be punished.

Taverns shall not be open after Curfew, &c.

And Whereas such Offenders as aforesaid going about by Night, do commonly resort and have their Meetings and hold their evil talk in Taverns more than elsewhere, and there do seek for shelter, lying in wait, and watching their time to do Mischief ; It is enjoined that none do keep a Tavern open for Wine or Ale, after the tolling of the aforesaid Curfew ; but they shall keep their Tavern shut after that hour, and none therein drinking or resorting ; Neither shall any Man admit others in his House except in common Taverns, for whom he will not be answerable unto the King's Peace. And if any Taverner be found doing the contrary, the first time he shall be put in pledge by his Tavern drinking cup, or by other good pledge there found, and be amerced forty-pence ; and if he be found a second time offending, he shall be amerced half a mark ; and the third time Ten Shillings ; and the fourth time he shall pay the whole Penalty double, that is to say, Twenty Shillings : And the fifth time he shall be forejudged of his Trade for ever.

*Ex magno Rot. Stat. in Turr. Lond. m. 42, in Cedula.*

CES sont les Articles le queux nr̄e Seign' le Rey Comaunde q̄ bien seient gardez en sa Citee de Loundres, p' sa pes garder & enteyntenir.   Primeremēt p' ceo q̄ multz des mals com des murdres, Robberyes, e homycides ont este fetz ca en arrere deinz la Citee de nuyt e de Jour, e gentz Batues e mal tretes, e aut̄ʒ div̄ses aventures de mal avenuz encontre sa pes ; Defendu est q̄ nul seit si hardi estre trove alaunt ne wacraunt p my les Ruwes de la Citee, aꝓ's Coeverfu psone a Seint Martyn le g'nt, a Espeye ne a Bokuyler ne a autre arme p' mal fere, ne dount mal supecion poet avenir ; ne en autre man̄e nule, sil ne seit g'nt Seign' ou altre prodome de bone conysaunce, ou lour ꝓeyn message q̄ de els serra garaunty q̄ vount li un a lautre p conduyte de Lumere.   E si nul seit trove alant encontre la fourme avauntdite, ou q̄ il seit encheson de tart venir en vyle, seit pꝛ̄s ple Gardeyns de la pes e seit mys en Le Tonel, la quel p' tiels meffesours est assigne, e Lendeneyn seit amene e ꝓsente devant le Gardeyn ou le Meyre de la Citee q̄ p' tens serra, e devant les Aldermans, e solong ceo q̄ il trove-ront q̄il eit trespasse e a ceo seit coustumers seit puny. E pur ceo q̄ tiels meffesours avauntditz, alant nutauntre, communalment ont lour Recet e lour Covynes, e font lour mauveyses purparlances en taverne plus q̄ aillours, e illockes querent umbrage attendanz e gaitant lor tens de mal fere ; Defendu est q̄ nul ne tiegne taverne overte de Vyn ne de Cerveyse aꝓ's le Coeverfu avauntdit ꝓsone ; mes q̄ il tiegne sa taverne clove aꝓ's cel houre, e nul leinz Bevaunt ne recettant ne en sa mesoun l̄os de Communes tavernes nul ne recett̄e p' quy il ne voillit estre respuignant a la pes le Rey. E si nul tav'ner seit trove q̄ autrement faceo, primere-ment seit degage p soen Hanap de la Tav̄ne, ou p altre bon gage leinz trove, e seit anꝷeye a quaraunte deniers ; E si altre fiez seit trove q̄ ceo faceo, seit anꝷeye a demy mark e a la tierce fiez a dys souz ; e a la quarte fiez paie tute la peyne double, cest asav̄ vynt souz. E la quynte fiez seit forsjugge del mestier p' tutz jourz.

**That none be molested for the Return of Piers de Gavaston.**

THE King to All who these Letters shall see or hear, Greeting. Know Ye that in our Parliament at Westminster, the Sunday next after the Feast of St. Matthew the Apostle, in the Seventh year of our Reign, for certain and expedient Causes, It was provided and granted by Us, and by the Archbishops, Bishops, Abbots, Priors, Earls, and Barons, and all the Commonalty of our Realm, there being at our command, with one accord assented and agreed, That no one, of what estate or condition soever he be, in any time to come be challenged, taken, nor imprisoned, hindered, molested, nor aggrieved, nor into judgement brought by Us, nor by any other at our Suit, nor at the Suit of any other whomsoever, in our Court nor elsewhere, by reason of the return of Monsieur Piers de Gavaston into England, nor of any Aid, Maintenance, Adherance, nor of any Counsel nor Receipt of him, nor Alliance made with him, or for him, by writing or otherwise, nor by reason of tarrying in his Company or Service in any time passed heretofore. And We will that this Grant and Accord be affirmed and established in all its Points, and that each of them be holden and kept for ever. In Witness whereof, &c. Given as above.

*Ex Rot. Pat. 7 Ed. II. P. 1. m. 14. in Cedula.*

LE Roy, a tuz ceux, q̃i cestes lͩes Vront, ou orront Salutz. Sachetz, q̃en nͬe plement, cõmence a Westmoustier le dimeynch p̃chein ap̃s la feste de Seint Matheu le Apostle, en lan de nͬe regne septime, p c̃teines & covenables enchesons, p'veu est & g̃nte p no⁰, & p - - Ercevesq̃s, Evesq̃s, Abbes, Priours, Contes & Barons, & tote la cõmunalte de nͬe roiaume, illoeq̃s a nͬe maundement, uniement assentuz & acorde; q̃ nul de quel estat, ou condicion q̃il soit, en nul temps avenir, soit chalange, p̃s, ne enp'sonetz, empeschez, molestez, ne grevez, nen jugement menez, p no⁰, ne p autre a nͬe suite, ne a suite Jautri, q̃i q̃il soit, en nͬe Court ne nulle p̃t aillors, p encheson du revenir de monͬ Piers de Gavastoñ en Englet̃re, ne de eide, meintenaunce, aerdaunce, ne de conseil, ne de recette de li, ne dalliaunce fait a li, ou por li, p escrit ou autrement, ne p' encheson de demorer en sa compaignie, ne en ͩvice, en nul temps passe cea en arrieres. E volons q̃ ce g̃nt & acord soit ferm & estable en touz ses pointz, & chescun de eux soit tenu & garde a p̃petuite. En tesmoigñ, &c. Doñ ut sup̃.

**De eodem negotio.**

* This follows on the Patent Roll immediately after the Article given in the Note in page 169. In the Old Printed Copies this Article is intituled " Ne quis occasionetur pro reditu Petri de Gavaston." It begins " Edwarde par la grace de dieu &c. as toutz ceux" and ends " Done a Westñ le vii. jour de Novembre lan de nostre reigne septime."

## Statutū sup' Aportam'to Armor'.*
### À STATUTE FORBIDDING BEARING OF ARMOUR.

**The King forbids the coming armed to Parliament, &c.**

THE King [to the Justices of his Bench,'] sendeth Greeting. Whereas of late before certain Persons deputed to treat upon sundry Debates had between Us and certain great Men of our Realm, amongst other things it was accorded, That in our next Parliament after, Provision [shall'] be made by Us, and the common assent of the Prelates, Earls, and Barons, that in all Parliaments, [Treatises,'] and other Assemblies, which should be made in the Realm of England [for ever,'] that every Man shall come without all Force and (¹) Armour, well and peaceably, to the Honour of Us, and the Peace of Us and our Realm; and now in our [next'] Parliament at Westminster, after the said Treatise, the Prelates, Earls, Barons, and the Commonalty of our Realm, there assembled [to take'] Advice of this Business, have said, that to Us it belongeth, and our part (*) is, through our Royal Seigniory, straitly to defend [Force*] of Armour, and all other Force against our Peace, at all Times when it shall please Us, and to punish them which shall do contrary, according to [our **] Laws and Usages of our Realm; and (**) hereunto they are bound to aid Us as their Sovereign Lord at all Seasons, when need shall be: We command you, that ye cause these Things to be read afore you in the said [Bench,**] and there to be enrolled. Given at Westminster, the thirtieth day of October.

And It was commanded to Sir Roger Brabazon and his Fellows, Justices assigned to hold the King's Pleas before him, that these things they do cause to be read before them, and there to be enrolled.

And It was commanded to the Justices of the Bench, that these things they do cause to be read before them in the said Bench, and there to be enrolled.

*Ex Rot. Pat. 7 Ed. II. P. 1. m. 14. in Cedula.*

LE Roy, au Lieutenant, le Tresorier, & as Barons del Eschekier, Salutz. Come nadguaires devant c̃teines psones deputees a treter s' ascun debatz, euz, entre no⁰ & ascun de g̃ntz de nͬe Roiaume, entre autres choses feust acordez, q̃ en nͬe p̃chein plement ap̃s, p'veaunce se feist p no⁰ & le cõmun assentement des Prelatz, Contes, & Barons, q̃ en touz plementz, tretementz, & autres assembletz, q̃ se ferront en roiaume Denglet̃re a tuz jours, q̃ home veigne santz tote force & saunz armes, bien & peisiblement al honur de no⁰, & a la pays de no⁰ & de nͬe roiaume; et ja en nͬe [pchein'] plement a Westñ ap̃s le dirz tretiz, les Prelatz, Contes, Barons, & la Cõmunalte de nͬe Roiaume illoeq̃s assemblez, eu avisement de ceste bosoigne, no⁰ aient dit q̃ a no⁰ apent, & devons p nͬe roiale Seignurie, defendre [portement'] darmes, & tote autre force contre nͬe pais, a totes les foiz q̃ nous plerra, & punir ceux q̃ contre vendront, selonc les leys & les usages de nͬe roiaume; E q̃ a ce sont il tenuz de no⁰ aider cõme leur bon Seign', totes les foiz q̃ mester ͧra ; Vo⁰ mandons q̃ cestes choses facetz lire devant vo⁰ en le dit Eschekier, & illoeq̃s enrouler. Doñ a Westñ le xxx. jour Doctobͬ.

¶ Et maunde est a Sire Rogier le Brabanzon & ses compaignons, Justices a les pletz le Roy devant lui tenir assignetz, q̃ cestes choses facent lire devant eux, & illoiq̃ enrouler.

¶ Et maunde est as Justices du Bank, q̃ cestes choses facent lire devant eux, en dit Bank, & illoeq̃ enrouler.

' in the Lieutenant, the Treasurer and the Barons of the Exchequer,
' should                                 ' Treatise                    * at all times,
› without                               * Old Translations omit.        ' taking
› it                                          * wearing                       ** the
** that                                   ** Exchequer

' Old Printed Copies omit.                                      ' fortement Old Printed Copies.

* This Title is in the Margin of the Roll.   In the Old Printed Copies this is intituled " Statutum de Defensione portandi Arma ;" and is ascribed to the Seventh Year of King Edward I.   The English Title is from the Old Translations.

*27 Ed. I. c. 3.*

Grandfather to our Lord the King that now is, wherein is contained, that Justices assigned to take Assises, if they be Laymen, shall make Deliverance; and if the one be a Clerk, and the other a Layman, that the Lay Judge, with another of the Country associate to him, shall deliver the Gaols: Wherefore it is enacted, That such ['Justices'] shall not be made against the Form of the said Statute; and that the Assises, Attaints, and Certifications be taken before the Justices commonly assigned, which should be good Men and lawful, having Knowledge of the Law, and none other, after the Form of another Statute made in the Time of the said [King Edward the First;'] and that the Oyers and Terminers shall not be granted but before Justices of the one Bench or the other, or the Justices Errants, and that for great [hurt,] or horrible Trespasses, and of the King's special Grace, after the Form of the Statute thereof ordained in Time of the said Grandfather, and none otherwise.

*Justices of Assise and Gaol-delivery.*

*Oyers and Terminers.*

III.

*Riding or going armed in Affray of the Peace.*

ITEM, It is enacted, That no Man great nor small, of what Condition soever he be, except the King's Servants in his presence, and his Ministers in executing of the King's Precepts, or of their Office, and such as be in their Company assisting them, and also ['upon a Cry made for Arms to keep the Peace, and the same in such places where such Acts happen,'] be so hardy to come before the King's Justices, or other of the King's Ministers doing their office, with force and arms, nor bring no force in affray of the peace, nor to go nor ride armed by night nor by day, in Fairs, Markets, nor in the presence of the Justices or other Ministers, nor in no part elsewhere, upon pain to forfeit their Armour to the King, and their Bodies to Prison at the King's pleasure. And that the King's Justices in their presence, Bailiffs, and other Ministers (') in their Bailiwicks, Lords of Franchises, and their Bailiffs in the same, and Mayors and Bailiffs of Cities and Boroughs, within the same Cities and Boroughs, and Borough-Holders, Constables, and Wardens of the Peace within their Wards, shall have Power to execute this Act. And that the Justices assigned, at their coming down into the Country, shall have Power to enquire how such Officers and Lords have exercised their Offices in this Case, and to punish them whom they find that have not done that which pertained to their Office.

IV.

*The Statute of Lincoln, 9 Edw. II. concerning Sheriffs, &c. confirmed.*

ITEM, Because the Peace cannot be well kept without good Ministers, as Sheriffs, Bailiffs, and Hundreders, which ought to do Execution as well of the King's Privities as of other Things touching our Lord the King and his People; It is ordained and established, That the Statute made in the time of King Edward, Father to the King that now is, at Lincoln, containing that Sheriffs, Hundreders, and Bailiffs shall be of such People as have Lands in the same Shires or Bailiwicks, shall be observed in all Points after the Form thereof; and that Sheriffs and Bailiffs of Fee shall cause their Counties and Bailiwicks to be kept by such as have Lands therein.

V.

*The Statute Westminster the Second, 13 Edw. I. chapter 39, concerning the Delivery of Writs to the Sheriff, confirmed.*

ITEM, Where it was ordained by the Statute of Westminster the Second, that they which will deliver their Writs to the Sheriff, shall deliver them in the full County, or in the Rere County, and that the Sheriff or under Sheriff shall thereupon make a Bill; It is accorded and established, that at what Time or Place in the County a Man doth deliver any Writ to the Sheriff or to the Under-Sheriff, that they shall receive the same Writs, and make a Bill, after the form contained in the same Statute, without taking any Thing therefore; and if they refuse to make a Bill, others that be present shall set to their Seals; and if the Sheriff or Under-Sheriff do not return the said Writs, they shall be punished after the form contained in the same Statute; and also the Justices of Assises shall have power to enquire thereof at every Man's Complaint, and to award Damages, as having respect to the Delay, and to the loss and peril that might happen

' *Commissions*
' *Grandfather*

: *upon a Proclamation of Dreit of Armes in time of Peace, and that in Places where such Deeds are: to be done,*—See Lib. Rub. Scac. West. fo. 132 b. a Writ reciting a Grant of K. Richard I. " qd Torecostita sint in Angl in v. placitis: Iñ Sar? & Wiltoñ : Iñ Warrewicñ & Kenelingworth: Iñ Stanford & Warneford : Iñ Bristoll: & Mireñ : Iñ Elie & Tykehull. Ita qd pax fre nie nō infringet, n' potestas Justiciariis minorabit' Nec de li. tectis nīis dēpnū inferet'." ' *of the King*

**COLUMN 2:**

nře Seign' le Roi qore est, en quele est contenuz q̄ les Justices as assises p̄ndre assignez sila soient lais, facent les deliurances; et si lun soit clerc, & lautre lais, q̄ le dit lais, associe a lui un autre du pais, facent la deliurance des gaols; p qoi acorde est & establi, q̄ tiels Justiceries ne soient mes g'ntees countre la forme du dit estatut, & q̄ les assises, atteintes, & edifications soient p'ses deuant les Justices cōmunement assignez, q̄ soient bones gentz & loialx & conissantz de la lei, & nemie autres; solonc la forme dun autre statut fait en temps meisme le ael; et q̄ les oiers & t'miners ne soient grantees forsq̄, ---- deuant les Justices de lun Baunk & de lautre, ou les Justices errantz; & ce p' led & orrible trespas, & de lespeciale g'ce le Roi, solonc forme de statut de ce ordene en temps meisme le ael; & nemie autrement.

Ensement acorde est & establi, q̄ nul, g'nt ne petit de quele condicion qil soit, sauue les s̄jantz le Roi en la p̄sence le Roi, & les Ministres le Roi, ensauntz execucion des mandementz le Roi, ou de lour office, & ceux qi sont en lour compaignies, eidantz as ditz ministres, & auxint au cri de fait d'armes de pees, & ce en lieux ou tielx faitz se ferront, soit si hardi de venir deuant les Justices le Roi, ou autres Ministres le Roi enfesant lour office, a force & armes; ne force mesner en affrai de la pees, ne de chivaucher ne daler arme, ne de nuit ne de jour, en faires, marchees, nen p̄sence des Justices, ne dautres Ministres, ne nule part aillours, sur peine de p̄dre lour armures au Roi & de lour corps a la prisone a la volunte le Roi. Et q̄ Justices le Roi en lour p̄sences, viscountes & autres Ministres le Roi en lour baillies, seign's des fraunchises & lour baillifs en yceles, & Meire & Baillifs des Citees & Burghs deinz meismes les Citees & Burghs, Burghaldres, conestables, & gardeins de la pees deinz lour gardes, eient poair affaire execucion de cest acord. Et q̄ les Justices assignez, a lour venu en pais, eient poair denquere coment tielx Ministres & seign's ont use lour office en ce, & de punir ceux qils trovunt, qi nount mie fait ce q̄ a lour office appent.

Et p'ce q̄ la pees ne poet mie estre bien garde sauntz bons ministres, come Viscountes, Baillifs, & Hundreders qi deivent faire execucion, auxbien des p'vetez le Roi come dautres choses tochantes le Roi & son poeple, acorde est & establi q̄ lestatut fait en temps le Roi Edward, piere le Roi qore est, a Nicole, contenant q̄ Viscontes, Hundreders & Baillifs soient de gentz eantz t̄res en meismes les Countes, ou baillies, soit garde en touz pointz solonc la forme dycel, & auxint q̄ les Viscountes & Baillifs de fee, facent garder meismes lour Countez & Baillies p gentz eantz t̄res en yceles.

Ensement la ou ordine est, p statut de Westmonst' le secund, q̄ ceux q̄ liv'er volent lour briefs as viscountes, les livent en plein Counte, ou en rerecounte, & q̄ visconte ou southvisconte facent sur ce bille; acorde est & establi q̄ a quele heure ou a queu lieu deinz le Counte home livre a viscountes, ou a southviscontes, briefs, qils les rescivvent & facent bille en la forme contenue en le dit estatut, & ce sanz rien p̄ndre; et sils refusent de faire bille, mettent autres lour sealx qi p̄ront p̄entz; et si le Visconte ou le Southvisconte ne retorne mie les briefs, soient puniz solonc la forme contenue en le dit estatut; & jadumeins cient les Justices as assises p̄ndre assignez poair denquer de ce a chescuny pleinte & de agarder damages, eant regard au delai, & a les p̄es & pils qi p'ront avenir.

Statutū apud Westm̄ in P'liamento in festo S'ci Hillarii anno regni
Regis E. t'cii vicesimo q'into tento, f'cm.                              In Margine
                                                                          Rotuli.

A STATUTE made at WESTMINSTER ;
In the Parliament holden in the Feast of Saint Hilary ;
In the Twenty-fifth Year of the Reign of K. EDWARD the Third.

---

*Ex magno Rot. Stat. in Turr. Land. m. 16.*

AU plement somonz a Westm̄, en la feste de Seint
Hiller lan du regne nr̄e Seign' le Roi Edward
Dengletr̄e vintieme quint, & de France douzisme,
nr̄e t'le Roi del assent des Prelatz, Ducs, Countees,
Barons, & de tout la comunalte de son Roialme
Dengletr̄e, au dit plement somons, al honr' de Dieu
& de Seinte Eglise, & en amendement de son dit Roi-
alme, ad ordeine & establi les choses soutzescriptes.

En p'mes, p'ce q̄ tresg'untz & tresout'geouses da-
mages & grevances sont faites au poeple p les pno's
& p'veo's des vitailles p' les hosteux nr̄e t' le Roi,
ma dame la Roigne, & de lo' enfantz, Si est acorde
& assentuz en le dit plement, q̄ les pno's & p'veio's
des bledz p' les ditz hosteux les p̄ignent p mesure
rase, selonc ceo q̄ hōme use pmy le Roialme. Et q̄
touz bledz, feyns, litere & bestaill, & touz aut's vi-
tailles & choses quecōqes, queles sont aprendre p' meis-
mes les hosteux, soient p̄'sez a la p̄roie value, p les
Conestables & aut's bons gentz des villes ou tieles
prises se feront, sanz ce q̄ p manaces, ou duresces
soient les preisours chacez a mettre autre pris q̄ lour
p̄lement ne voet, & come curt cōement en les p̄acheins
marchees : et q̄ entre les Purveours & ceux des queux
les biens p̄ront prises, en la p̄sence des Conestables &
preisours, soient tailles tantost faites, saunz ceo q̄ les
gentz des queux les biens p̄ront prises soient ailloures
traitz ou t'vaillez ; & mesmes les tailles ensealez des
seals les pnours des choses issint prises, p les queles
tailles gre soit fait as ceux des queux les choses p̄ront
issint prises : et si nul pnour ou p'veour p' les ditz
hosteux face p autre mañe, soit meintenanr arestu p
la villee ou la prise p̄ra faite, et mesne a la p̄acheine
gaole, et si de ceo soit atteint, soit la fait de lui come
de laron, si la quantite des biens le demand ; selonc
ceo qen un estatut fait en temps meisme nr̄e t' le Roi
lan de son regne quint, & en un autre estatut fait
en temps laid nr̄e Seign' le Roi s' tieles prises, est con-
tenuz plus au plein : et q̄ desore soit contenuz es
cōmissions des tieux P'veours et pnours, lentent et la
peine contenuz en cest estatut : et q̄ nule cōmission soit
faite forsq̄, soulement souz les g'nt ou prive sealx le
Roi ; ne q̄ nul hōme soit tenuz de obeier a autre cōmis-
sion nen autre mañe q̄ nest dit en avant ; et q̄ meisme
lestatut tiegne lieu en touz pointz dev's chescun
pnour & p'veour, de chescune mañe des vitailles en
chescune ptie du Roialme de quele condition qil soit.

Auxint p'ceo q̄ div's es opinions ount este einz ces
heures qeu cas, q'nt il avient doit estre dit treson, &
en quel cas noun, le Roi a la requeste des Seign's & de
la Cōe, ad fait declarissement q̄ ensuit, Cest assavoir ;

---

AT the Parliament summoned at Westminster in the
Feast of St. Hilary, the Year of the Reign of our
Lord King Edward the Third [after the Conquest,]
of England the Five and twentieth, and of France the
Twelfth ; our said Lord the King, by the assent of the
Prelates, Earls, Barons, and of all the Commonalty of
his Realm of England summoned to the Parliament, to
the honour of God and Holy Church, and in Amend-
ment of his said Realm. hath ordained and established
the Things underwritten.

FIRST, Forasmuch as great and outrageous damage      I.
and grievance hath been done to the People by the      Corn shall
Takers and Purveyors of Victuals, for the Houses of    be taken by
                                                        Purveyors
our Sovereign Lord the King, the Queen, and their      by Measure
Children ; It is accorded and assented in the said Parlia-  striked
ment, That the Takers (') of Corn for the said Houses  Things taken
shall take the same by Measure striked according as it  by Purveyors
is used through the Land.   And that such Corn, Hay,    shall be
Litter, Beastall and all other Victuals and Things, which  appraised
                                                        at the very
shall be taken for the said Houses, shall be [taken ']  Value.
by the very Value, by the Constable and other good
People of the Towns where such Taking shall be made,
without that that the Praisers by Menace or Duress
shall be driven to set any other Price than their Oath
will, and as commonly runneth in the next Markets.
And that betwixt the Purveyors and them whose Goods    Tallies of
shall be taken in the presence of the Constables and   the Goods
                                                        taken.
Praisers, Tallies be made incontinently, without that that
the People whose Goods shall be taken, shall be drawn
or travelled elsewhere, and the same Tallies sealed with
the Seals of the Takers of the Things so taken, by
which Tallies Gree shall be made to them whose Goods
shall be so taken ; and if any Purveyor or Taker for   Punishment
the said Houses, do in any other Manner, he shall be   for undue
                                                        Purveyance
[maintenant '] arrested by the Town where the Taking    as under Stat.
shall be made, and brought to the next Gaol ; and if    5 E. III. c. 2.
he be thereof attainted, it shall be done of him as of a
Thief, if the Quantity of the Goods the same require ;
according as in a Statute made in the Time of our So-
vereign Lord the King that now is, the Fifth Year of his
Reign, and in another Statute made in the Time of the
King's Grandfather upon such Takings, is contained
more at the full : and that from henceforth in the
Commissions of such Takers and Purveyors, the Intent
and Pain limited in this Statute shall be contained :
and that no Commission be made, but only under the     Purveyors'
King's great Seal or Privy Seal ; nor that no Man be   Commissions
                                                        shall be under
bound to obey [any such Commissions, other or in what   the Great or
Manner '] than is aforesaid ; and that the same Statute  Privy Seal.
take place in all Points against every Taker and Pur-
veyor of every Manner of Victual in every part of the
Realm, of what Condition soever he be.

ITEM, Whereas divers Opinions have been before        II.
                                                        Declaration
this Time [in what Case Treason shall be said, and in   what Offences
what not ; '] the King, at the Request of the Lords and  shall be
of the Commons, hath made a Declaration in the Man-     adjudged
                                                        Treason.
ner as hereafter followeth, that is to say ; When a Man

---

' *and Purveyors*
' *praysed*                        ' immediately
' any other Commyssions, or in other manner *MS. Tr.* 2.
' what case should be adjudged Treason, and what not ;

320　　　　　25° Edw. III. *Stat.* 5. c.2, 3.　　　　A.D.1351-2.

**Compassing the Death of the King, Queen, or their eldest Son; violating the Queen, or the King's eldest Daughter unmarried, or his eldest Son's Wife; levying War; adhering to the King's Enemies; counterfeiting the King's Seals, or Money; importing counterfeit Money; killing the Chancellor, Treasurer, or Judges in Execution of their Duty.**

**The King shall have the Forfeiture of all the Offenders' Lands.**

**Petit Treason. Forfeiture of the Lands to the Lords.**

**New Questions of Treasons shall be decided in Parliament.**

**Certain Offences not Treason.**

**In such Cases already happened, the Chief Lords shall have the Escheats.**

**Saving the King's Year and Waste.**

**Scire facias to Terre-tenants, &c.**

**III.**
**Challenge of an Indictor upon an Inquest.**

doth compass or imagine the Death of our Lord the King, or of our Lady his [Queen '] or of their eldest Son and Heir; or if a Man do violate the King's [Companion,'] or the King's eldest Daughter unmarried, or the Wife (') the King's eldest Son and Heir; or if a Man do levy War against our Lord the King in his Realm, or be adherent to the King's Enemies in his Realm, giving to them Aid and Comfort in the Realm, or elsewhere, and thereof be [probably '] attainted of open Deed by [the People '] of their Condition: And if a Man counterfeit the King's Great or Privy Seal, or his Money; and if a Man bring false Money into this Realm, counterfeit to the Money of England, as the Money called Lushburgh, or other, like to the said Money of England, knowing the Money to be false, to merchandise or make Payment in Deceit of our said Lord the King and of his People; and if a Man slea the Chancellor, Treasurer, or the King's Justices of the one Bench or the other, Justices in Eyre, or Justices of Assise, and all other Justices assigned to hear and determine, being in their Places, doing their Offices: And it is to be understood, that in the Cases above rehearsed, [that '] ought to be judged Treason which extends to our Lord the King, and his Royal Majesty: And of such Treason the Forfeiture of the Escheats pertaineth to our Sovereign Lord, as well of the Lands and Tenements holden of other, as of himself: And moreover there is another manner of Treason, that is to say, when a Servant slayeth his Master, or a Wife her Husband, or when a Man secular or Religious slayeth his Prelate, to whom he oweth Faith and Obedience; and [of such Treason the Escheats ought to pertain '] to every Lord of his own Fee: And because that many other like Cases of Treason may happen in Time to come, which a Man cannot think nor declare at this present Time; It is accorded, That if any other Case, supposed Treason, which is not above specified, doth happen (') before any Justices, the Justices shall tarry without any going to Judgement of the Treason, till the [Cause'] be shewed [and declared before the King and his Parliament,'] whether it ought to be judged Treason or [other''] Felony. And if percase any Man of this Realm ride armed [covertly''] or secretly with Men of Arms against any other, to slay him, or rob him, or take him, or retain him till he hath made Fine or Ransom for to have his Deliverance, it is not the Mind of the King nor his Council, that in such Case it shall be judged Treason, but shall be judged Felony or Trespass, according to the Laws of the Land of old Time used, and according as the Case requireth. And if in such Case, or other like, before this Time any Justices have judged Treason, and for this Cause the Lands and Tenements have come into the King's hands as Forfeit, the chief Lords of the Fee shall have the Escheats of the Tenements holden of them, whether that the same Tenements be in the King's hands, or in others, by Gift or in other Manner; Saving always to our Lord the King the Year, and the Waste, and the Forfeitures of Chattels, which pertain to him in the Cases above named; and that [the Writs''] of Scire facias be granted in such Case against the Land-tenants, without other Original, and without allowing [any Protection''] in the said Suit; and that of the Lands which be in the King's hands, Write be granted to the Sheriffs of the Counties where the Lands be, to deliver them out of the King's hands without Delay.

ITEM, It is accorded, That no Indictor shall be put in Inquests upon Deliverance of the Indictees of Felonies or Trespass, if he be challenged for that same cause by him which is so indicted.

' Wife
' provably *MS. Tr.* 2.
'' *such Manner of Treason giveth Forfeiture of Escheats*
' of new, *MS. Tr.* 2.
'' *before the King in his Parliament, and it be declared*
'' else
'' Writs

' of
' People　　　　' it
' Case
'' openly
'' the Protection of our Lord the King

q'nt hôme fait compasser ou ymaginer la mort nre Seign' le Roi, ma dame sa compaigne, ou de lour fitz primer & heir; ou si hôme violast la compaigne le Roi, ou leisnesce filt le Roi nient marie, ou la compaigne leisne fitz & heir du Roi; & si hôme leve de guerre contre nre dit Seign' le Roi en son Roialme, ou soit aherdant as enemys nre Seign' le Roi en le Roialme, donant a eux aid ou confort en son Roialme ou p aillours, & de ceo pvablement soit atteint de o̍ꝰt faite p gentz de lour condicion: et si hôme contreface [les g̍nt ou prive sealx le Roi,'] ou sa monoie, et si hôme apport faus monoie en ceste Roialme contrefaite a la monoie Denglet̍re, sicome la monoie appelle [Lucynburgh'] ou autre semblable a la dite monoie Denglet̍re, sachant la monoie estre faus, p' marchander, ou paiement faire en deceit nre dit Seign' le Roi & son poeple; et si hôme tuast Chanceller, Tresorer, ou Justice nre Seign' le Roi del un Baunk ou del autre, Justice en Eir & des assises & toutes aut̍s Justices assignez a oier & t̍miner esteiantz en leurs places en fesantz lours offices: et fait a entendre qen les cases suisnomez doit estre ajugge treson [q̍ sentent'] a nre Seign' le Roi & a sa roial majeste; et de tiele mat̍e de treson la forfait're des eschetes apptient a nre Seign' le Roi, si bien des t̍res & tenz̍ tenuz des aut̍s, come de lui meismes: et ovesq̍ ceo il yad autre mat̍e de treson, cest assavoir q'nt un s̍vant tue son meistre, une fême q̍ tue son baron, q'nt hôme seculer ou de religion tue son Prelat, a qi il doit foi & obedience; & tiele mat̍e de treson donn forfait'e des eschetes a chescun Seign' de son fee ppre: et p' ceo q̍ plusurs aut̍s cases de semblable treson p'ront escheer en temps a venir, queux hôme ne p'ra penser ne declarer en p̍sent, assentuz est q̍ si autre cas suppose treson q̍ nest especifie p amount aveigne de novel devant ascunes Justices, demoerge la Justice saunz aler au juggement de treson, tanq̍ p devant nre Seign' le Roi [en'] son plement soit le cas monstree & declarre le quel ceo doit estre ajugge treson ou autre felonie. Et si p cas ascun hôme de cest Roialme chivach arme descovert ou secrement od gentz armes contre ascun autre, p' lui tuer ou derober, ou p' lui p̍ndre & retenir tanq̍ face fyn ou raunceon p' sa deliv̍rance avoir, nest pas lentent du Roi & de son conseil q̍ en tiel cas soit ajugge treson, einz soit ajugge felonie ou t̍spas solonc la lei de la t̍re auncienement usee, & solonc ceo q̍ le cas demand: et si en tieu cas, ou autre semblable devant ces heures, ascune Justice eit ajugge treson, & p celle cause les t̍res & tenz̍ soient devenuz en la main nre Seign' le Roi come forfaita, eient les chiefs Seign's de fee lours eschetes des tenz̍ de eux tenuz, le quel q̍ les tenz̍ soient en la main nre Seign' le Roi, ou en la main des aut̍s, p donn ou en autre mat̍e; Sauvant totefoitz a nre Seign' le Roi lan & le wast, & aut̍s forfait'es des chateux q̍ a lui attenent en les cases suisnomez; et q̍ briefs de Scire fac̍ v̍s les t̍res tenantz soient g̍ntez en tieu cas, saunz autre originale & saunz allower la pteccion nre Seign' le Roi en la dite seute; et q̍ de les t̍res q̍ sont en la main le Roi, soit g̍nte brief as vicontes des Countees la ou les t̍res s̍ront de ostier la main le Roi saunz autre delaie.

Auxint acorde est, q̍ nul enditour soit mys en enquest s' la deliv̍rance del endite de t̍spas ou de felonie, sil soit chalange p tiele cause p celui qest endite.

' le grant seal le Roi, *Rot. Parl.* 25 *E.*3. *P. II. nu. vij.* (17.)
' Lusseburgh *Rot. Parl.* 　' q̍ ce estent *Rot. Parl.*
' & *Rot. Parl.*

Case 1:15-cv-00162-CKK   Document 46-2   Filed 02/18/16   Page 9 of 45

Estre ceo, come contenu soit en la g'nt Chre des
franchises Dengletre q̃ nul soit pris ne emprisone, ne
ouste de son frank teñ ne de ses franchises ne de
ses franches custumes, sil ne soit p lei de la fre;
Acorde est, assentu & establi, q̃ nul desore soit pris
p peticion ou suggescion faite a nre Seign' le Roi ou
a son conseill, sil ne soit p enditement ou p̃sente-
ment des bones & loialx du visnee ou tiele fait se
face, & en due mañe, ou pces fait sur brief origi-
nal a la cõe lei; ne q̃ nul soit ouste de ses fran-
chises ne de son frãkteñ sil ne soit mesne duement
en respons, & forjugge dyceles p voie de lei; et si
rien soit fait al encontr̃ soit redresse & tenue p' nul.

Ensement acorde est & establi, q̃ executours des
executours eient accion des dettes, acomptes, & des
biens emportez du primer testatour, & execucion des
estatutz marchantz & reconnisances faites en court
de record au p̃mer Testatour, en meisme la mañe
come le p̃mer testatour avoit sil fusset en vie, auxi-
bien daccions de temps passe, come de temps avenir,
en toutz cases ou juggementz ne sont pas renduz
uncore entre tieux executours des executours; mes
q̃ les juggementz a cont'ire en temps passe, estoisent
en lour force; et q̃ meismes les executours des execu-
tours respoignent as aut̃ de tant come ils averont
recoñ̃ des biens du p̃mer testatour, sicome les p̃mers
executours ferroient sils feussent en pleine vie.

Auxint acorde est & assentu, q̃ nul pnour de buche
ou de maerisme al oeps nre Seign' le Roi, p' oveyns
ne p' aut̃s choses faire, coupe, ne abate les arbres de
nully cressantz entõur ou dedeinz sa mansion; et si nul
face au cont'ire face gre a la ptie du damage au treble,
& eit la prisone dun an, & soit forjugge de son office.

Estre ceo est acorde & establi, q̃ nul Forester ne
Gardein des forestes, ou des chaces, ne nul autre
Ministre, ne face ne coille put̃e ne nul autre coil-
lect des virailles ne de nul autre chose, p colour de
son office contre nully volunte, deinz lour baillie
ne dehors, forspris ce q̃st due dauncien droit.

Auxint acorde est & assentu, q̃ nul hõme soit arte
de trover gentz darmes, hobellers narchers aut̃s q̃
ceux q̃ tiegnent p tiele s̃vice, sil ne soit de cõe assent
& g'nt fait en plement.     Ensement p'ce q̃ tresgrant
damage & desceit est fait au poeple, p tant q̃ plus's
marchantz usent dachater & poiser leines & aut̃s mar-
chandises p une pois qest appelle Aunsell, acorde est
& establi, q̃ celle pois appelle Aunsell entre achatour
et vendour soit del tout oste, & q̃ chescun vend &
achatte p balances, issint q̃ les balances soient owels &
les leines & aut̃s marchandises owelment poisez p droit
pois; et q̃ le sak de leine ne poise q̃ vint & sys peres, &
chescun pere poise quatorze livres, & q̃ lestater de la
balance ne encline ne a lune ptie, ne al autre, & q̃ le
pois soit acordant al estandard del Escheker: et si nul
achatour face al encontre, soit grevousement puny si
bien a la seute de ptie come a la seute nre Seign' le Roi.

Auxint come contenue soit en la g'nde Chr̃e q̃ une
mesure soit usee p̃my tout Englet̃re, la quele chartre
nad mie une tenu bien en ceo point avant ces heures;
si est acorde & assentu, q̃ touz les mesures cest asa-
voir bussel, di bussel, & peck, galon, potel & quart,
p toute Englet̃re deinz franchise & dehors soient acor-
dauntz al estandard nre Seign' le Roi; & contiegne
le quart̃ oet busselx p lestandard & nient pluis; & soit
chescune mesure de blee rase saunz comble, sauvez
les rentes & fermes des Seign's quteles soient mesurez
p tiele mesure come eles soleient avant ces heures:

de mensur̃
& pond.

ITEM, Whereas it is contained in the Great Charter
of the Franchises of England, that none shall be impri-
soned nor put out of his Freehold, nor of his Franchises
nor free Custom, unless it be by the Law of the Land;
It is accorded assented, and stablished, That from hence-
forth none shall be taken by Petition or Suggestion
made to our Lord the King, or to his Council, unless
it be by Inditement or Presentment of good and lawful
People of the same neighbourhood where such Deeds
be done, in due Manner, or by Process made by Writ
original at the Common Law; nor that none be out of
his Franchises, nor of his Freeholds, unless he be duly
brought into answer, and forejudged of the same by
the Course of the Law; and if any thing be done
against the same, it shall be redressed and holden
for none.

ITEM, It is accorded and stablished, That Executors
of Executors shall have Actions of Debts, Accompts,
and of Goods carried away of the first Testators, and
Execution of Statutes Merchants and Recognizances
made in Court of Record to the first Testator, in the
same Manner as the first Testator should have had if
he were in Life, as well of Actions of the Time past, as
of the Time to come, in all Cases where Judgement
is not yet given betwixt such Executors ('); but that
the Judgements given to the contrary to this Article in
Times past shall stand in their Force; and that the
same Executors of Executors shall answer to other of
as much as they have recovered of the Goods of the
first Testators, as the first Executors should do if they
were in full Life.

ITEM, It is accorded and stablished, That no Taker
of Wood nor of Timber to the King's Use for work,
nor for to make other thing, shall cut or cast down the
Trees of any Man growing about or within his House;
and if any do to the contrary, he shall make Gree to
the Party of his Treble Damage, and to have one year's
Prison and to be forejudged of his office.

MOREOVER It is accorded and stablished, That no
Forester, nor Keeper of Forest or Chase, nor any other
Minister, shall make or gather Sustenance, nor other
Gathering of Victuals, nor other Thing, by colour of
their Office, against any Man's Will, within their Baili-
wick nor without, but that which is due of old Right.

ITEM, It is accorded and assented, That no Man
shall be constrained to find Men of Arms, Hoblers, nor
Archers, other than those which hold by such Services,
if it be not by common Assent and Grant made in
Parliament.

ITEM, Whereas great Damage and Deceit is done to
the People, for that divers Merchants use to buy and
weigh Wools and other Merchandises, by a Weight
which is called Auncel; It is accorded and established,
That this Weight called Auncel betwixt Buyers and
Sellers, shall be wholly put out; and that every Person
do sell and buy by the Balance, so that the Balance be
even, and the Wools and other Merchandizes evenly
weighed by right Weight; so that the Sack of Wool
weigh no more but xxvi Stones, and every Stone to
weigh xiv l. and that the Beam of the Balance do not
bow more to the one part than to the other; and that
the Weight be according to the Standard of the Ex-
chequer: And if any Buyer do the contrary, he shall
be grievously punished, as well at the Suit of the Party,
as at the Suit of our Lord the King.

ITEM, Whereas it is contained in the Great Charter,
that one Measure shall be throughout England, which
Charter hath not been well kept and holden in this
point in Times past; It is accorded and assented, That
all the Measures, that is to say, Bushels, Half-bushels,
Peck, Gallon, Pottle, and Quart, throughout England,
within Franchises and without, shall be according to
the King's Standard; and the Quarter shall contain
Eight Bushels by the Standard, and no more; and every
Measure of Corn shall be stricken without Heap, saving
the Rents and Ferms of Lords, which shall be measured
by such Measures as they were wont in Times past.

` of Executors

IV.
None shall
be taken upon
Suggestion
without
lawful
Presentment ;

nor disfran-
chised, but
by Course
of Law.

V.
Executors
of Executors
shall have the
same Rights
and Duties
as the first
Executors.

VI.
Purveyors
shall not take
Trees about
the Mansion.

VII.
Keepers of
Forests shall
not exact
Future, &c.
by colour of
Office.

VIII.
No finding
of Men of
Arms, but
by Tenure,
or Grant in
Parliament.

IX.
Auncel
Weight
abolished.

Goods shall
be weighed
by Balance.

X.
Magna Carta,
chapter 25.
repealing
Measures
recited and
enforced.

322      25° EDW. III. *Stat.* 5. c. 10—17.      *A.D.* 1351-2.

**Justices shall inquire of and punish the Offenders.**

And the Purveyors of the King, of the Queen, and all other, shall make their Purveyances by the same Measure striked in the same manner; and at all Times that shall be needful, [and '] our Lord the King shall assign certain Justices in every County to inquire, hear, and determine upon the Points aforesaid, and upon the same to do Punishment according to the Trespass, as well at the Party's Suit as at the King's; so always, that all Manner of Franchises be saved to the Lords in all Points without Blemish to be made in any Manner.

**Saving of Franchises.**

**XI.**
**Aid to make the King's Son Knight, or to marry his Daughter.**

ITEM, It is assented, That reasonable Aid to make the King's eldest Son Knight, and to marry his eldest Daughter, shall be demanded and levied after the Form of the Statute thereof made, and not in other Manner, that is to say, of every (') Fee holden of the King without mean, Twenty Shillings and no more, and of every twenty pound of Land holden of the King without mean in Socage twenty Shillings and no more.

**XII.**
**None shall take Profit by Exchange of Gold or Silver.**

ITEM, It is accorded, That it shall be lawful for every Man to exchange Gold for Silver, [or Silver for Gold, or for Gold and Silver,'] so that no Man hold (the same as exchanged,'] nor take no Profit for making such Exchange, upon Pain of Forfeiture of the Money so exchanged; except the King's Exchangers, which take Profit of such Exchange, according to the Ordinance afore made.

**XIII.**
**The current Coin shall not be impaired.**

ITEM, It is accorded, That the Money of Gold and Silver which now runneth, shall not be impaired in Weight nor in Allay; but as soon as a good way may be found, the same be put in the antient State, as in the Sterling.

**XIV.**
**Process against Persons indicted of Felony.**

ITEM, It is accorded, That after any Man be indicted of Felony before the Justices in their Sessions to hear and determine, it shall be commanded to the Sheriff to attach his Body by-Writ or by Precept, which is called a Capias; and if the Sheriff return in the same Writ or Precept, that the Body is not found, another Writ or Precept of Capias shall be incontinently made, returnable at three weeks after; and in the same Writ or Precept it shall be comprised, that the Sheriff shall cause to be seised his Chattels, and safely to keep them till the Day of the Writ or Precept returned; and if the Sheriff return, that the Body is not found, and the Indictee cometh not, the Exigend shall be awarded, and the Chattels shall be forfeit, as the Law of the Crown ordaineth; but if he come and yield himself, or be taken by the Sheriff, or by other Minister, before the Return of the second Capias, then the Goods and Chattels shall be saved.

**XV.**
**The Penalty of Purveyors taking more Sheep before shearing Time than are wanted.**

ITEM, Forasmuch as the Takers and Buyers of the King's Prises, do take Sheep from the People betwixt Easter and the Feast of Saint John Baptist, with their Wools, and prise the same at a small Price, and after send them to their own Houses, and do them to be shorn to their own Profit, in deceit of the King, and great Oppression of the People; It is accorded, that no such Taker, Purveyor, nor Buyer, shall take any Sheep before the Time of shearing, but as much as may reasonably suffice till the Time of shearing ; and after that Time they shall take as many Sheep shorn, and not other, that may reasonably suffice them for the Time to come : And if any Taker, Purveyor, or Buyer of the Realm, do against the same, and be thereof attainted at the Suit of the King, or of the Party, it shall be done of him as of a Thief or a Robber ; and the pain shall be contained in every Commission of such Purveyors.

**XVI.**
**Exception of Nontenure of Parcel.**

ITEM, It is accorded, That by the Exception of Nontenure of Parcel no Writ shall be abated, but for Quantity of the Nontenure which is alledged.

**XVII.**
**Process of Exigent in Debt, Detinue, and Replevin.**

ITEM, It is accorded, That such Process shall be made in a Writ of Debt, and Detinue of Chattels, and taking of Beasts, by Writ of Capias, and by Process of Exigend [by '] the Sheriff's Return, as is used in a Writ of Accompt.

' Omit the Word.    ' *Knight's*
' or *for Gold, or Silver for Silver or for Gold,*    ' *upon*
' *a common Exchange*

et facent les p'veours le Roi, ma dame la Roigne, & toutz autres, lours p'veances p meismes les mesures rases, & en meisme la maňe; & a toutes les foitz ǭ mestier ěra, ňre Seign' le Roi assignera d'certeins Justices en chescune Countee, denquerr & doier & ř'miner s' les pointz suisditz, & de faire s' ce due punissement, solonc chescun ř'spas, si bien a la seute de ptie, come a la seute le Roi ; Issint totes foitz ǭ toutes maňes des franchises soient sauvez as Seign's en touz pointz saunz nul emblemissement fait faire en ǭcumǭ, maňe.

Estre ceo acorde est & assentu ǭ renable eid, p' faire leisne fitz le Roi Chivaler, & sa eisnesce fill marier, soit demande & leve solonc la forme del estatut ent fait, & nemie en autre maňe, cest assavoir de chescun fee (') tenue du Roi saunz meen, vint souldz & nient plus; & de chescun vint livree de ěre tenue du Roi saunz meen en sokage vint souldz & nient plus.

Ensement acorde est & establi, ǭ bien lise a chescun hôme de chaunger or p' argent ou p' or, argent p' argent ou p' or, issint ǭ nul hôme tiegne côe eschaunge, ne rien ǭigne de pfit p' tiel eschaunge faire, s' peine de forfait'e de la monoie issint chaungee, forprises les Chaungeours le Roi, les queux ǭignent pfit p' tiele eschaunge solonc lordenance avant faite.

Auxint acorde est & establi, ǭ la monoie dor & dargent qore coert, ne soit mie empire, en pois nen alai; mes au plus tost ǭ hôme pusse trover bone voie qele soit mys en launcien estat, come en esterling.

Et auxint est acorde & assentu, ǭ apřs ceo ǭ ascun hôme soit endite de felonie devant Justices en lour sessions doier & ř'miner, soit côamande au viscont dattach son corps, p brief ou ǭcept qest appelle Capias, & le viscount retourn en le dit brief ou ǭcept ǭ le corps soit mie trovee, meintenant soit autre brief ou ǭcept de Capias fait, retournable as trois symeignes apřs ; & en meisme le brief ou ǭcept soit compris ǭ le viscount face seisir les chateux & les sauvement garder tanǭ, a jour de brief ou ǭcept retournable ; et si le viscount respoigne ǭ le corps nest pas trovee, ne lendite vient point, soit lexigend agarde & soient les chateux forfaitz, sicome la lei de la corone demand ; Mes sil viegne & se rend ou soit pris p viscount ou p autre Ministre devant le retourň del sčde Capias, adonǭs soient les biens & les chateux sauvez.

Ensement p'ce ǭ les achatours & pnours des prises le Roi pnent berbitz du poeple, pentre la Pasch et la fest de Seint Johan od les leines, & les fount preiser a [mene'] pris, & puis les mandent a lours mesons demesne & les fount tounder a lour pfit demesne, en deceit du Roi & g'nt oppřssion du poeple, Si est acorde & assentuz, ǭ nul des tieux Purveours, pnours & achatours ne ǭigne nules berbitz devant la seisone du toundeson, forsǭ, a tantz ǭ p'ront suffire resonablement tantǭ, au temps du toundison, & apřs cel temps ǭigne il a tantz de berbitz tounduz & nemie autřs, come p'ront suffire resonablement p' le temps avenir ; et si nul P'veour, pnour ou achatour du Roialme, face al encontre, & de ceo soit atteint a la seute le Roi ou de ptie, soit fait de lui come de laron ou de robbour, & soit la peine contenue en chescune côimission des tieux p'veours.

Auxint acorde est & assentue, ǭ p excepcion de nounten'e de pcell null brief soit abatu forsǭ, p' la quantite de la nounten'e qest alegge. Ensement acorde est & assentue, ǭ auriele pces soit fait en brief de dette, detenu des chateux, & en prises des avers p brief de Capias, & p pces dexigend, p retourň de viscount, sicome est usee en brief dacompt.

' de Chivaler *Rot. Parl.* 25 *E. III. P. II.* nu. xix. (29.)
' petit *Printed Copies*—mesne *Rot. Parl.* xxxj. (41.)

Estre ceo acorde est & assentue, ql nient contre-esteant adjournement faite en Eire p brief de libtate pbanda p'chacee en favour des neifs, p' delaier las Seign's de lours acciona deVs tieux neifs, soient les Seign's receux dalegger excepcions de villenage contre lours vileins en toutz briefs le quel ql les ditz briefs de libtate pbanda soient p'chacez p deceit ou en autre maṅe, et ql les Seign's pussent seisir les corps de lours vileins, auxi bien come ils p'roient devant ꝗ tieux briefs de libtate pbanda feurent ordenez & p'chacez.

Auxint come nře Seign' le Roi eit avant ces heures fait pteccions as diVses gentz ꝗ lui estoient tenuz en aucuṅ maṅe des dettes, qils ne ẅront mie empledez des dettes queles ils deivent as auťs, tanq, ils eussent fait gre a nře Seign' le Roi de ceo ꝗ lui estoit due p eux p resoun de sa Progative, & issint durantes tieles ptec-cions nul hôme ad este osee templetẻr tieux dett's; acorde est & assentue, ꝗ nient contreesteant tieles pteccions les pties quont acciona a lours dettours, soient respoundnz en la Court le Roi p lours det-tours, et si juggement soit sur ceo rendu p' le pleintif ou demandant, soit lexecucion de cel juggement mys en suspenl tanq, gre soit fait au Roi de sa dette; et si les Creansours voillent empẻndre p' la dette le Roi, soient ils a ceo receuz, & outre eient execucion deVs lours dettours de dette a eux due, & auxint recovent deVs eux tant come ils pạieront p' eux au Roi.

Ensemeat accorde est & assentue, ꝗ les Moneours, & auťs gardeins & Ministres de la monoie, receivent plat dor & dargent p pois, & en meisme la maṅe deliVent les monoĩes q'nt eles ẅront faitẻ p pois, & nemie p nombre, saunz nully targer.    Estre ce, come avant ces heures les Botillers nře Seign' le Roi & lours deputees soleient pṅdř, & pnent de jour en autre, moult plus des vyns, p colour de lour office al oeps nře Seign' le Roi ꝗl ne bosoigneroit, des queux les plus fiebles ils deliVent al oeps nře ř' le Roi, & les meillours en g'nt nombre ils relegent deVs eux a vendre & a faire ent lour pfit, & alafoitz ils relessent as marchantz ceo qils ount pris de eaux, p' fines & donnes qils pẻignent de meismes les marchantz p extor-sion, en g'nt damage & empoVissement des ditz mar-chantz; si est acorde & establi ꝗ le Seneschal del Hostiel le Roi, & le Tresorer de la Garderobe, man-dent as touz les portz Dengleťe la ou vyns sont a pṅdř al oeps le Roi le ẻtein nombre ꝗ le Botiller pṅdra en chescun port, si ꝗ rien soit pris outre cel nombre; et ꝗ Meir & Baillifs des ditz ports Ɓil-fient les ditz Seneschal & Tresorer le nombre des toneux issint prises p le Botiller ou ses lieutenantz, souz les seals des ditz Meir & Baillifs, & p endenture faite entre eaux & les pnours des ditz vines; et en cas ꝗl soit trove ꝗ le Botiller ou ses lieu tenantz pẻignent plus ou pẻignent lower de nully ou delaie nully p colour de son office, come p arest, face gre de double a la ptie & soit ouste de son office, & eit la prison & soit reint a la volunte le Roi; et le Roi as-signera ses Justices q'nt lui plerra denquere sur cestes choses; & respoigne le Botiller sibien p' ses deputees come p' lui meismes, la ou ils ne sont mie sufficeantz.

Auxint p' ce ꝗ ascuns p'chacent a la Court de Rome pvisions, davoir Abbeies & Priories en Engleťre, en destruccion du Roialme & de seinte rcligion, acorde est & assentue ꝗ chescun ꝗ p'chace tieles pvisions dabbeie ou de priorie, ꝗ lui & ses executours & pcuratours ꝗ suent & fount execucion de tieles pvisious, soient hors de la pteccion nře Seign' le Roi; & ꝗ hôme pusse faire

---

ITEM, It is accorded and assented, that notwithstand-ing adjournment made in Eyre, by Writ of Libertate probanda, purchased in favour ofẻ Villaines to delay the Lords of their Actions of such Villaines, the same Lords shall be received to alledge the Exception of Villsinage against their Villaines in all Writs, whether that the said Writs of Libertate probanda were purchased by deceit or in other manner; and that the Lords may seise the Bodies of their Villaines, as well as they might before that the Writs of Libertate probanda were ordained or purchased.

ITEM, Forasmuch as our Lord the King hath made before this Time Protections to divers People, which were bounden to him in some manner of Debt, that they should not be impleaded of the Debts which they owed to other, till they had made Gree to our Lord the King of that which to him was due by them, by reason of his Prerogative; and so during such Protections no Man [hath used, nor'] durst implead such Debtors; It is accorded and assented, That notwithstanding such Protections, the Parties which have Actions against their Debtors, shall be answered in the King's Court by their Debtors; and if Judgement be thereupon given for the Plaintiff or Demandant, the Execution of the same Judgement shall be put in Suspence till Gree be made to the King of his Debt; and if the Creditors will undertake for the King's Debt, they shall be thereunto received, and shall have Execution against the Debtors of the Debt due [and adjudged'] to them, and also shall recover against them as much as they shall pay to the King for them.

ITEM, It is accorded and assented, That the Money-ors, and other Wardens and Ministers of the Money, shall receive Plate of Gold and Silver by the Weight; and in the same Manner shall deliver the Money when it shall be made, by Weight, and not by Number, with-out any tarrying.

ITEM, Whereas before this Time the King's Butlers and their Deputies were wont to take, and daily do take much more Wine, by Colour of their Office, to the King's Use, than they shall need, whereof the worst they deliver to the King's Use, and the best in great Number they retain to themselves, to sell and make thereof their Profit; and sometime they release to Mer-chants that which they have taken of them, for Fines and Gifts, which they take of the same Merchants by Extortion, to the great Damage and Impoverishment of the said Merchants; It is accorded, That the Steward of the King's House, and Treasurer of the Wardrobe, shall send to all the Ports of England, where Wines be to be taken to the King's Use, the certain number which the Butler shall take in every Port, so that nothing be taken over this Number; and that the Mayor and Bailiffs of the said Ports certify the said Steward and Treasurer of the Number of all the Tuns so taken by the Butler or his Lieutenant, under the Seal of the said Mayor and Bailiffs, by Indentures made betwixt them and the Takers of the said Wines; and in case that it be found, that the Butler or his Lieutenant take more, or take Reward of any, or delay any by Colour of his Office, as by arrest, he shall make Gree to the Party of the double, and shall be put out of his Office, and have Imprison-ment, and be ransomed at the King's Will; and the King shall assign his Justices when it shall please him, to enquire upon these Things; and the Butler shall answer as well for his Deputies as for himself, where they be not sufficient.

ITEM, Because that some do purchase in the Court of Rome Provisions, to have Abbies and Priories in England, in Destruction of the Realm, and of Holy Religion; It is accorded, That every Man that pur-chaseth such Provisions of Abbies or Priories, that he and his Executors and Procurators, which do sue and make Execution of such Provisions, shall be out of the King's Protection; and that a Man may do with them as of

˙]} Old Printed Copies omit these Words.

Enemies of our Sovereign Lord the King and his Realm; And he that offendeth against such Provisors in Body or in Goods, or in other Possessions, shall be excused against all People, and shall never be impeached nor grieved for the same at any Man's Suit.

**XXIII.** Companies of Lombards answerable for the Debts of their Fellows.

ITEM, Whereas much People of the Realm, which have made Contracts with Lombards, that be named of the Companies dwelling in the same Realm, which Lombards after that they have made their Obligations to their Creansours, have suddenly escaped out of the Realm without Agreement made to their said Creansours, in deceit and great damage of the People: It is accorded and assented, That if any Merchant of the Company, knowledge himself bound [by the Manner,'] that the Company shall answer of the Debt. So that another Merchant which is not of the Company, shall not be thereby grieved or impeached.

' in that manner,

Of the proclaiming the Statute.

The King to the Sheriff of Kent, Greeting. Certain Statutes passed in our Parliament assembled at Westminster in the Feast of St. Hilary last past, by Us, the Prelates, Dukes, Earls, Barons, and others of the Commonalty of our Realm of England, summoned to the said Parliament, We do send to you under our Seal; charging you to cause the said Statutes to be read in your full County Court, and the same to be strictly observed, and holden. Witness the King at Westminster, the sixth day of March.

Like Writs are directed to all the Sheriffs through England, under the same date.

A like Writ is directed to the Justice of Ireland, changing what ought to be changed, under the same date.

Like Writs are directed to the Persons under-written, under the same date; that is to say:

William de Shareshull and his Companions, Justices assigned to hold Pleas before the King himself:

John de Stonore and his Companions, Justices of the Common Bench:

The Treasurer and Barons of the Exchequer.

---

de lui come de enemy du Roi et du Roialme; et q̃ celui q̃ face contre tiels p̃visours en corps ou biens ou en aut̃s possessions, soit excuse deṽs touz gentz, & p̃ tant ne soit james greve nempeschee au seute de nully.

Auxint p̃ce q̃ plusurs gentz du Roialme, q̃ont fait contractes ove Lombardz q̃ sont nomez des compaignies demorantz en meisme le Roialme, queux Lombardz ap̃s q̃ils ount fait lours obligacions a lours Creansours, se sont sodeinement eschapez hors du Roialme, saunz gre faire a les ditz Creansours, en deceit & g̃nt damage du poeple; acorde est & assentuz q̃ si nul marchant de compaignie conue se oblige p̃ la mañe, q̃ la compaignie respoigne de la dette. Issint q̃ autre marchant q̃ nest mie de la compaignie ne soit p̃ tant grevez nempeschez.

Ŗ Viğ Kanğ, saltm. Quedam statuta, in p̃liamento nr̃o apud Westm̃ in festo añi Hillaȓ p̃x̃ p̃t̃ito convocato, p̃ nos Prelatos Duces Comites Barones & alios de cõitate regni nr̃i Angł ad dc̃m p̃liamentum sũmonitos, edita, tibi mittim̃ sub pede sigilli nr̃i, mandantes qd statuta p̃dc̃a in pleno Com̃ tuo legi & ea firmiȓ observari & teneri fac̃. T. R. apud Westm̃ vi. die Marğ.

Conn̄ b̃ria dirigun̄ singulis vicecomitib̃ p̃ Angł sub eadem data.

Conn̄ b̃re dirigiȓ Justiğ Hibñ mutatis mutand sub eadem data.

Conn̄ b̃ria diriguñ subscriptis sub eadem data videlt.

Will̃o de Shareshull & sociis suis Justiğ ad p̃lita coram rege tenend assign.

Joh de Stonore & sociis suis Justiğ de cõi Banco.

Thes̃ & Baronib̃ de scacc̃io.

D' p̃lamac̃õe Statuti.

---

## Ordinacio p' Clero
### fc'a apud Westm̃, anno r. R. E. t'cii vicesimo quinto.

## An ORDINANCE for the CLERGY,
Made at Westminster in the Twenty-fifth Year of the Reign of K. Edward III.

---

STATUTE THE SIXTH.*

OUR Lord the King, seeing and examining by good Deliberation the Petitions and Articles delivered to him in his Parliament holden at Westminster in the Feast of St. Hilary, the Year of his Reign of England the Five and twentieth, and of France the Twelfth, by the Honourable Father in God, Simon Archbishop of Canterbury, and other Bishops of his Province, upon and for certain Grievances, which they alledged to be done to Holy Church, and to the Clergy, against the Privileges of Holy Church; and then they prayed, that

*Ex magno Rot. Stat. in Turr. Lond. m. 16 d.*

Nr̃e Seignour le Roi, veues & examinez p̃ bone deliberacion les peticions & articles a lui bailliez en son plement, tenuz a Westmonster en la feste de seint Hillaȓ lan de son regne Dengleťre vintisme quint, & de France duzzisme, p̃ Lon̄able piere en Dieu Simon Erceveǫ, de Cant̃birs et aut̃s Eveſq̃s de sa p̃vince, s' & p̃ c̃teines grevances queles ils disoient estre faites a seinte eglise et a la clergie, encontre les privileges de seinte eglise, & dunk ils prierent q̃ cove-

to the manifest Destruction and Injury of the said People, and
against Justice and the Form of the Statute aforesaid : We
will and stedfastly command that our Justice of Ireland for
the Time being, in every County and Place through which
he shall pass, associating with him a Prelate of the Place, and
some Earl or other Noble-man or Knight of that Neighbour-
hood, concerning the aforesaid Deceits, Extortions, Oppres-
sions, Grievances, and Excesses, and all the Matters above-
said by those Farmers howsoever committed, and of all their
acts and doings in this Behalf, as well at the Suit of Us as
of any others whomsoever who shall complain thereof, as
well for the Time past as for the Time to come, shall make
Enquiry ; and against them shall proceed, and the Contempts,
Deceits, Extortions, Oppressions, Grievances, and Excesses,
and other the Matters aforesaid shall hear and determine, and
the Delinquents and Offenders when they shall be found such,
shall punish and chastise, according to the Law and Custom of
our Land of Ireland before mentioned ; and nevertheless to Us
and our Council in England, the Names of those so offending,
and the Deceits, Extortions, Oppressions, and Grievances and
other Matters aforesaid, under the Seals of him the said Jus-
tice and of the others associated with him, distinctly and
openly, from Time to Time, for good Cause shall certify.

In Witness whereof, &c. Witness the King at Westminster,
the Twenty-fifth Day of October.

By the King Himself and Council.

pjudiciū, & ipius populi destruccōem & injuriam
manifestas, ac cont' justiciam & formā statuti ṗdči :
Volum⁹ & firmit⁹ pcipim⁹ qd Justic nr Hibn qui p
tempe fūit, in singulis Com & pūib; p quos t'nsierit,
associatis sibi Prelato loci, & aliquo Comite seu alio
nobili vel Milite eaǯdem pcū vicinaꝑ, de ṗdčis falsita-
tibꝫ, extortionibꝫ, oppssionibꝫ, g'vaminibꝫ, & excessibꝫ,
& omibꝫ sup'dčis p ipos firmarios quomodolibet pe-
ꝰtis, & de ipoꝶ ſčis & gestibꝫ in hac pte, tam ad sec-
tam nram q'm alioꝶ quoꝶcūꝗ, inde conꝗueri volenciū
tam de tempe ṗ'tito q'm futuro inquirat, & ꝰsus eos
pcedat, & contemptus, falsitates, extorsiones, oppssiones,
g'vamina & excessus, ac alia ṗdča audiat & t'minet,
necnon delinꝗuentes & culpabiles cum tales inventi
fūint castiget & puniat, sčdm legem & consuetudinem
tre nre Hibn antedčas ; & nos & consiliū nrm in Angl
de nōibꝫ sic culpabiliū, ac de falsitatibꝫ, extorsionibꝫ,
oppssionibꝫ & g'vaminibꝫ & aliis ṗdčis sub sigillis
ipius Justič & sibi associatoꝶ, distincte & apte de tem-
pore in tempus nichilomin⁹ čtificet ex čta causa. [In
cujus, &c. T. R. apud Westm̄ xxv. die Octobr.
 p ipm Regem & Consl.']

<small>¹ In cujus rei testimoniū has tras nras fieri fecim⁹ patentes.
Teste me ipo apud Westm̄ vicesimo quinto die Octobr, anno
regni nri Angl t'cesimo p̄mo, regni ꝰo nri Franč decimo
octavo.

Nos autem Ordinacōes Voluntates & ꝓcepta ṗdča, ac omia
alia & singla in Iris ṗdčis cōtenta rata hentes & g'ta, ea p
nob & heredibꝫ nr̄is quantum in nob est, acceptam⁹ approba-
mus, ratificam⁹ & confirmam⁹, put lĩe pōce rationabilr testant'.
In cuj⁹, &c.   T. R. apd Westm̄ xxvj die Junii.
*Rot. Pat.* 17 Ric. II.</small>

---

## Anno 34° EDWARDI, III.   A.D. 1360-1.

### Statutū fc'm in P'liamēto tento apud Westm̄ ; anno xxxiiijᵗᵒ. <span style="float:right">In Margine Hisib.</span>

#### A STATUTE MADE IN THE PARLIAMENT HOLDEN AT WESTMINSTER ; IN THE THIRTY-FOURTH YEAR.

<small>*Ex magno Rot. Stat. in Turr. Lond. m.* 10.</small>

T HESE be the Things which our Lord the King,
the Prelates, Lords, and the Commons have or-
dained in this present Parliament, holden at Westminster,
the Sunday next before the Feast of the Conversion of
St. Paul, to be holden and published openly through
the Realm (¹)

**I.**
**Who shall be Justices of the Peace.**
**Their Jurisdiction over Offenders ;**
**Rioters ;**
**Barators ;**

FIRST, That in every County of England shall be
assigned for the keeping of the Peace, one Lord, and
with him three or four of the most worthy in the
County, with some learned in the Law, and they shall
have Power to restrain the Offenders, Rioters, and all
other Barators, and to pursue, arrest, take, and chastise
them according their Trespass or Offence ; and to
cause them to be imprisoned and duly punished accord-
ing to the Law and Customs of the Realm, and
according to that which to them shall seem best to do
by their Discretions and good Advisement ; and also to

**Vagabonds ;**

inform them, and to inquire of all those that have been
Pillors and Robbers in the Parts beyond the Sea, and be
now come again, and go wandering, and will not labour

**They may take Surety for good Behaviour ;**

as they were wont in Times past ; and to take and
arrest all those that they may find by Indictment, or by
Surpicion, and to put them in Prison ; and to take of all
them that be [not ¹] of good Fame, where they shall be
found, sufficient Surety and Mainprise of their good

<small>¹ *t that is in l. 3 ;*   ² All Translations read thus.</small>

<small>*Ex magno Rot. Stat. in Turr. Lond. m.* 10.</small>

CES sont les choses quelex nr̄e Seign' le Roi Prelatz
Seign'x & la cōmune ont ordinez en cest p̄sent
plement, tenuz a Westmuster le Dymenge p̄schein
devant la feste de la Conv̄sion de Seint Paul, a tenir
& publier oƺtement pmy le Roialme ; Cestassavoir :

Prim̄lemēt ꝗ en chescun Countee Denglet're soient
assignez, p' la garde de la peŭ, un Seign', & oveſꝗ,
lui trois ou quatre des meultz vauez du Countee, en-
semblement ove ascuns sages de la ley, & cient poer
de restreindre les mesfesours, riot̄rs, & touz aut's
baretto's, & de les p'suir, arester, p̄ndre, chastier, se-
lonc leur t'spas ou mespresion ; & de faire emprisoner,
& duement punir selonc la ley & custumes du Roialme,
& selonc ce qils ƺront mieltz affaire p lo' discrescions
& bon avisement ; & auxint de eux enformer & den-
querre de touz ceux qi ont este pilours & robeours es
pties de dela, & sont orce revenuz & vont vagantz, &
ne voillent t'vailler come ils soleient avant ces hours ;
& de p̄ndre & arester touz ceux qils p'ront trov̄ p
endictement, ou p suspecion & les mettre en prisone
& de p̄ndre de touz ceux [qi sont ¹] de bone fame,
ou ils ƺront trovez, soufisaunt seurete & meinprise de

<small>¹ ꝗi ne sont *Lib. Secs. Westm. IX ; MS. Cott. Nero C. I ; and the Old Printed Copies.*</small>

jo' bon port, deủ le Roi & son poeple, & les auťs duement punir; au fin q̃ le poeple ne soit p̃ tieux rioto's troble nendamage ne la pees enblemy, ne marchantz nauťs passantz p les hautes chemyns du Roialme destourbez ne abaiez du pil q̃ p'ra avenir de tieux messeso'urs: & auxint doier & p̃miner a la suite le Roi, tote maủe de felonies & t'spas faites en meisme le Countee, selonc les leys & custumes avantdites; & q̃ briefs doier & p̃miner soient g̃ntes selonc les estatuz ent faites, mes q̃ les Justices q̃ enserront assignez soient nomez p la Court, & nemie p la pie. Et le Roi voet q̃ trobles geủales enquerreres avant ces heures g̃ntez deinz seign'ies queconqes p' les meschiefs & opp̃ssions q̃ ont este faites au poeple p tieles enquerres, cessent outrie'ment & soient repellez: Et q̃ fins q̃ sont affaire devant Justices, p' t'spas fait p ascune psone, soient resonables & justes, eant regard au q̃ntite du t'spas & les causes p' queles eles sont faites.

Item accorde est q̃ p'ises denore ne soient faites p auťs q̃ p les p'veours le Roi, ma Dame la Roine & le Prince lour eisne filtz; & q̃ si Purveours des auťs facent tieu prises soit fait de eux come des gentz qi fount sanz garaunt, & lour fait jugge come chose faite contre la pees & la ley de la t're; & soient tieux qi se fount p'veours en tiu maủe duement puniz.

Item des p'veances faites al oeps la Royne & du Prince, du polaiřt & dautres menuz choses, soit paiement fait en poigne s' la prise; & des auťs grosses p'veances deinz le Mois ou sis simaignes en Countees ou ils ủront prises; & q̃ le nombre de tieux p'veours soit abregge, en tant come bonement p'ra p' eide & quiete du c̃mune poeple.

Item porce q̃ viscontes & auťs ministres sovent arraient lour panels en tote maủe denquestes des gentz pcurez & pluis lointifs du Countee, qi nont conissance du fet dount lenqueste ủra prise; Acorde est, q̃ tieu paneles soient faites des plus p̃scheins gentz, qi ne sont pas suspectes, ne pcurez; & q̃ les viscontes, Coroners & auťs ministres qi font alencontre soient puniz devant les Justices qi la dite enqueste p̃ndra, selonc la q̃ntite de leur t'spas, sibien deủs le Roi come deủs la pie, p' la q̃ntite du damage qil ad suffert en tiu maủe.

Item est accorde, q̃ ceux qi ủront assignez de garder la pees eient poair denquere des mesures & auxint des pois, selonc lestatut ent fait lan du regne nře Seign' le Roi vint & quint, en quel est contenu la forme q̃ sensuit. Porce q̃ t'g'nt damage & desceit est fait au poeple p tant q̃ pluscurs Marchantz usent dachater & poiser leincs & auťs marchandises p une pois qest appelle Aunsell; Acorde est & establi, q̃ celle pois appelle Aunsell entre achatour & vendour soit de tout ouste, & q̃ chescun vende & achate p balances; is·int q̃ les balances soient owels & les leins & auťs marchandises owelement poisez p droit pois, et q̃ le sac de leine ne poise q̃ vint & sis peres, & chescun pere poise quatorze livres, & q̃ lestater de la balance ne encline ne a lune p̃tie ne al autre, & q̃ le pois soit acordant al estandard del Eschuqer; et si nul Achatour face al encontre, soit greousement puny sibien a la suite de pie come a la suite nře Seign' le Roi.

Item come contenu soit en la g'nt Chře, q̃ une mesure soit use pmy tut Engleťre, la quele Chre nad mie este tenue bien en ce point avant ces heures; si est acorde & assentu, q̃ totes les mesures, cest assavoir bussel demy bussel & Peck, galon potel & quart, p tout Engleťre deinz franchise & dchors

Behaviour towards the King and his People, and the other duly to punish; to the Intent that the People be not by such Rioters or Rebels troubled nor endanaged, nor the Peace blemished, nor Merchants nor other passing by the Highways of the Realm disturbed, nor [put in the Peril which may happen *] of such Offenders: And also to hear and determine at the King's Suit all Manner of Felonies and Trespasses done in the same County according to the Laws and Customs aforesaid ; and that Writs of Oyer and Determiner be granted according to the Statutes thereof made, and that the Justices which shall be thereto assigned be named by the Court, and not by the Party.  And the King will, that all general Inquiries before this Time granted within any Seigniories, for the Mischiefs and Oppressions which have been done to the People by such Inquiries, shall cease utterly and be repealed : and that Fines, which are to be made before Justices for a Trespass done by any Person, be reasonable and just, having Regard to the Quantity of the Trespass, and the Causes for which they may be made.

ITEM, It is accorded, That [Taking *] shall not be from henceforth made by other than the Purveyors of the King, of the Queen, and of the Prince their eldest Son ; and that if any other Man's Purveyors make such Takings, it shall be done of them as of People which do without Warrant, and their Deed judged as a Thing done against the Peace and the Law of the Land ; and such as do make themselves Purveyors in such Manner shall be duly punished.

ITEM, Of Purveyances made to the Use of the Queen, and of the Prince, of Poultry and of other small Things, Payment shall be made in Hand upon the Taking ; and of other great Purveyances within the Month or Six Weeks, in the Counties where they shall be taken ; and that the Number of such Purveyors be abridged in as much as conveniently may, for the Aid and Quietness of the Common People.

ITEM, Because that the Sheriffs and other Ministers often do array their Panels in all Manner of Inquests, of People procured, and most far off [from *] the Counties, which have no Knowledge of the Deed whereof the Inquest shall be taken ; It is accorded, That such Panels shall be made of the next People, which shall not be suspect nor procured ; and that the Sheriffs, Coroners, and other Ministers which do against the same shall be punished before the Justices that take the said Inquest according to the Quantity of their Trespass, as well against the King as against the Party, for the Quantity of the Damage which he hath suffered in such Manner.

ITEM, It is accorded, That they which shall be assigned to keep the Peace shall have Power to inquire of Measures, and also of Weights, according to the Statute thereof made the five-and-twentieth Year of the Reign of our Lord the King, wherein is contained the Form that followeth ; " Whereas great Damage and Deceit is done to the People, for that divers Merchants use to buy and weigh Wools and other Merchandises, by a Weight which is called Auncel ; It is accorded and established, That this Weight called Auncel betwixt Buyers and Sellers, shall be wholly put out ; and that every Person do sell and buy by the Balance, so that the Balance be even, and the Wools and other Merchandizes evenly weighed by right Weight, so that the Sack of Wool weigh no more but xxvi. Stones, and every Stone to weigh xiij·l. and that the Beam of the Balance do not bow more to the one Part than to the other ; and that the Weight be according to the Standard of the Exchequer ; and if any Buyer do the contrary, he shall be grievously punished, as well at the Suit of the Party, as at the Suit of our Lord the King."

ITEM, Whereas it is contained in the Great Charter, that one Measure be used through the Realm, which Charter hath not been holden well in this Point before this Time ; It is accorded and assented, That all the Measures, that is to say, Bushel, Half Bushel, Peck, Gallon, Pottle, and Quart, through (*) England, within

* put in fest by peril which might happen
' Takings          ' of          ' all

**Application of the Forfeitures.**

be present, or of the Lords of the Fairs and Markets, and other Places where such Cloths shall be found defective, or of their Stewards or Bailiffs, or of the Constables of the Towns and Places aforesaid, by Indenture betwixt them duly to be made; which Indentures shall be every Year at the Feast of St. Michael delivered into the Exchequer, by them which so shall make the said Delivery, to the Intent there to charge the Aulnegers and Collectors aforesaid, by whom such Defaults ought to have been searched, corrected, and mended, and be not, but commonly maintained and concealed in all Parts; for which Third Part that pertaineth to the King as his Forfeiture by force of the Statutes made in Times past, the Aulnegers and Collectors aforesaid, in every County and Place where such Cloths defective shall be found, for the Pain against the said Offences and Concealment, shall make Gree of their own Money to our Lord the King in his Exchequer, of the Value of the same Third Part; so that as well of the same Third Part as of the Remnant of the said Cloth, the King shall be wholly answered at his said Exchequer.

**X.**
**Trial of Assise for Rent out of Lands lying in Two Counties.**

ITEM, it is ordained and assented, That an Assise of Novel Disseisin shall be from henceforth granted and made of Rent behind, due of Tenements being in divers Counties, to be holden in the Confine of the Counties, within which the Tenements be; and thereupon the Assise taken and tried by People of the said Counties in the same Manner as is done of a Common of Pasture being in one County, and appendant to Tenements in another County; and that as well of Disseisins done in Time past, as of Disseisins yet to be done; and that Writs thereupon at the Suit of the Plaintiffs be made from henceforth in the Chancery without any Manner of Contradiction, in a due Form.

**XI.**
**The Statutes 5 Ric. II. c. 4, 5. and 6 Ric. II. c. 7, 11, 12, concerning Fishmongers, Victuallers, and Vintners, repealed.**

ITEM, Whereas in divers Parliaments holden at Westminster, the Fifth and Sixth Years of our said Lord the King, divers Ordinances and Statutes of Fishers of London and other Victuallers were made, and also of Vintners, and of the Sale of Wines, and thereupon the same Ordinances and Statutes, with the Pains in them contained, were published and proclaimed throughout the Realm, as in the said Statutes and Ordinances more plainly may appear: Nevertheless for certain Causes, at the Requeſt of the Commons of England therefore specially made, It is assented and agreed, That the same Ordinances and Statutes of Fishers, Vintners, and Victuallers, made in the Years aforesaid, shall be wholly annulled and repealed, and shall lose their Effect and Strength: Nevertheless saving to the King all the Forfeitures of Wines for the Time past that to him pertaineth

**Victuallers of London shall be under the Rule of the Mayor and Aldermen.**

by virtue of the same Ordinances and Statutes : Provided always, that all the ['Vintners and '] Victuallers, as well Fishers as other coming with their Victuals to the City of London, shall be from henceforth under the Governance and Rule of the Mayor and Aldermen of the said City for the Time being, as in Time past it hath been used.

**XII.**
**Stat. 3 Ric. II. c. 3. recited.**

ITEM, Whereas late in the Parliament holden at Westminster, the Third Year of the Reign of our said Lord the King, at the Requeſt of the Commons, and by the Assent of the Lords Temporal, it was ordained and assented, and upon a grievous Pain prohibited, that no Subject of the King nor other Person, of what Estate or Condition he were, should take, neither receive from henceforth, within the Realm of England, Procuracy, Letter of Attorney, ne Ferm, nor any other Administration by Indenture, or in any other Manner, of any Person concerning any Benefice of Holy Church within the Realm, but only of the King's Subjects of the

**confirmed and extended to Aliens holding Benefices in England ;**

same Realm, without the especial Grace and express Licence of our said Lord the King, upon a certain Pain contained in the said Statute; It is assented and agreed by the same Lords, That the same Statute shall keep his

¹ *Wines, and the*

---

soient ꝑuentz ou des ꝑ's des feires & marchees, & auť's lieux ou tielx draps defectives ſront trovez, ou de lo's Seneschalx & Baillifs ou des Conestables des villes & lieux avantditz p endentures ent entre eux duement affaires; les queles endentures soient cheſcun an a le feste de Seint Michel liꝟez en eſcheqir p ceux qenai ferront la dite liꝟee, al effect de charger illoeꝗs les Alneours & coillours avantditz p queux tielx defautes duſſoient eſtre ꝟchez chaſtiez & amendez & ne sont my einz cōement maintenus ou concelez toutz ꝑtz; pur quele tierce ꝑtie qapptient au Roi come ſa forfaiture p force de leſtatutz devant ore faitz les alneo' & coillo' avantditz, en cheſcun Countee & lieu ou tielz draps defectives ſront trovez p' peine encontre lo's dit mal fait & concelement, facent gree de lo's ꝑpres deniers a nře dit ł' le Roi en son Eſcheqir de la value de celle tierce ꝑtie, iſint ꝗ ſiſſn de meſme la tierce ꝑtie come del remenant du dit draꝑ nře ł' le Roi soit entierement responduz a son Eſcheqir avantdit.

**x.**

Item est ordeignez & aſſentuz qaſſiſe de Novele Diſſeiſine soit deſore gͫnte & faite de rent aderiere, due des teñz eſteantz es diꝟſes Countees a tenir en la confyne des Countees deinz queux les teñz ſont, & ſur ce laſaiſe priſe & triee p gentz des ditz Countees en meſme la mañe come eſt fait du cōe de paſture eſteantz en un Countee & appendante au teñz en autre Countee, & ce auxi avant des diſſeiſines faites devant ceſte heure, come de diſſeiſines unqore affaire, & ꝗ briefs ſur ceo a la ꝑſuyte des pleiniffs soient deſore faitz en la Chauncellerie ſanz nulle mañe de cont'diccion en due forme.

**xj.**

Item combin ꝗ nadgairs en diꝟſes plementz tenuz a Weſtñ les ans du regne nře dit ł' le Roi quint & ſiſme, furent faitz diꝟſes ordinances, & eſtatutz des peſſoners de Londres & dauť's victaillers & auxint des vineters & la vente des vins, & ſur ce meſmes les ordinances & eſtatutz oveſq, les peynes en ycelles contenuz furent publiez & ꝓclamez pmy le Roialme ſicome en les ditz ordinances & eſtatutz pluis pleinement purra apparoir; Nientmeyns p' certein encheſons a la requeſte des Cōes Denglet're ſur ceo eſpecialment faite, eſt aſſentuz & accordez ꝗ meſmes les ordinances & eſtatutz des Peſſoners Vineters & Vitaillers, faitz en les ans deſuiſditz, soient de tout anientiz & repellez & pdent lour force & ꝟtue; Sauvez nientmeins a nře ł' le Roi touts les forfaitures des vins a lui apptenantes p ꝟtue de meſmes les ordinances & eſtatutz qantal temps paſſez. Purveuz touz foitz ꝗ toute les [vins '] & vitaillers ſiſſn Peſſoners come auť's ove leur vitailles venantz a la dͨe Citee de Londres, soient deſore deſouz le goꝟnaile [& reulle '] des Meir & Aldermannes de la Citee avandͨe p' le temps eſteantz come auncienement & ſoleient eſtre.

**M. 18.**

Item come nadgairs en plement tenuz a Weſtñ lan du regne nře ł' le Roi tierce, a la requeſte des Cōes & p aſſent des ꝑ's temporels, eſtoit ordeignez & aſſentuz & ſur grevouſe peyne defunduz ꝗ null liege le Roi nautre ꝑſone quelconꝗ de quel eſtat ou condicion qil fuiſt, ꝓndroit ne receivoit delors envant deinz le Roialme Denglet're ꝑcuracie, ře datto'ne, ne ferme, nautre adminiſtraciōn p endenture nen autre mañe quelconꝗ de nulle ꝑſone daſcun beneſice de Seinte Eſglise deinz le dit Roialme fors tantſoulement des lieges nře ł' le Roi de meſme le Roialme ſanz eſpeciale g'ce & exꝑſſe congie de nře ł' le Roi ſur ceſtine peine compriſe en leſtatut avantdit, aſſentuz eſt ore & accordez p meſmes les ꝑ's ꝗ meſme leſtatut tiegne ſes

¹ Vinters *Old Printed Copies.*
² Interlined on the Roll.

force & vtue en toutz points; et outre ceo est auxint assentuz q̃ si ascun alien eit purchacez ou desore purchace ascun benefice de Seinte Esglise Dignite ou autre & en propre persone p̃igne possession dicelle ou loccupie de fait, deinz mesme le Roialme, soit il a son oeps ppre, ou al oeps dautri sanz especiale congie du Roi, soit il compris en mesme lestatut, & outre ceo encourge en toutz pointz tielx peines & forfaiture come sont ordeignez p un autre estatut fait en lan xxv° del regne luy noble Roi E. aiel nr̃e e° le Roi qore est, contre ceux qi purchacent pvisions dabbeies ou Priories; et enoutre au p̃se q̃ tielx licences ne se facent desore enavant, le Roi voet & comande a toutz ses lieges & autres qils lour abstiegnent de cy enavant de luy prier dascuna tiela licences doner; et si voet auxi le Roi luy mesmes abstiegner de doner ascune tiele licence, durantes les guerres horspris au Cardinal de Naples ou a autre especiale peone a qi le Roi soit p especiale cause tenuz.

xiij.
Item est ordeignez & assentuz & le Roi defende q̃ desoremes null hõme chivache deinz le Roialme armez, encontre la forme de lestatut de Norhamptoñ sur ce fait, ne ovesq̃, lancegay deinz mesme le Roialme, les queux lancegayes soient de tout oustez deinz le dit Roialme come chose defendue p nr̃e e° le Roi, sur peine de forfaiture dicelx lancegaies armures & aut̃s herneys quelconqes es maynz & possession de celluy qi les port̃a desore deinz mesme le Roialme contre cestz estatut & ordinances sanz especiale congie du Roi nr̃e e°.

xiiij.
Item es briefs de p̃munire fac̃ est assentuz & accordez q̃ ceux ṽs queux tielx briefs sont portez, & qi sont de p̃sent hors de Roialme & sont de bone fame & aient faitz lo' geñalx atto'nes devant lo' deptir, q̃ le Chaunceller [Dengle t̃re] pur le temps esteant, p ladvis des Justices purra g'ntier q̃ mesmes les peones purront apparoir & respondre & faire & resceivre ce q̃ la ley demande, p lo' geñalx atto'nes avantdiz siavant come en autres cas & quereles; et ceux peones qi decy enavant passeront p licence nr̃e e° le Roi & soient auxint de bone fame, q̃ a lo' requeste le dit Chaunceller p ladvis des Justices lour purra g'ntier defaire lo' geñalx atto'nes en la Chancellerie p patent du Roi devant lo' passer, [a respondre'] sibn es ditz briefs de p̃munire fac̃, come en aut̃s quereles en quel cas toutes voies soit exp̃sse mencion [faite'] des briefs & quereles de p̃munire fac̃; et celle patente ensi faite, purront des lors les ditz atto'nes en absence de lo' Meistres, respondre p eux & aut̃s atto'nes desouz eux, devant quelconq̃, juge du Roialme & faire & resceivre el dit cas, siavant come en null autre cas nientcontresteant ascun estatut fait a contr̃ie avant ces choses.

Item sur la grevouse pleinte qest faite des meyntteno's des quereles & chaumpto's; est ordeignez & assentuz q̃ lestatutz ent faitz en les ans du regne le Roi Edward siel nr̃e dit e° le Roi primer & quart, et auxint en lan de nr̃e e° le Roi qore est primer, soient tenuz & gardez & duement executz en toutz pointz.

Item est assentuz & le Roi defende estroitement q̃ decy enavant nulle peone aliene ou denszein de quelconq̃, estat ou condicion qil soit amesne ou envoie ou face amesner ou envoier p f̃re ou p mer hors du Roialme Dengle t̃re ne ascunes pties Descoce en prive ne en appt ascune mañe darmure de blee de brees ne dautre vitaille ou dautre refressh̃ement quelconq̃, sur peine de forfaiture de mesmes les vitailles armures & des autres choses avantdites ensemble avec. les niefs vesseulx charettes & chivalx qi les portent ou amesment, ou de la ṽroie value dicelles, si ensi ne soit q̃ le

<sup>* * *</sup> Interlined on the Roll.

---

Force and Effect in all Points; and moreover it is assented, That if any Alien have purchased, or from henceforth shall purchase any Benefice of Holy Church, Dignity, or other Thing, and in his proper Person take Possession of the same, or occupy it himself within the Realm, whether it be to his own proper Use, or to the Use of another, without especial Licence of the King, he shall be comprised within the same Statute; and moreover shall incur all Pains and Forfeitures in all Points as is before ordained by another Statute made the Five and twentieth Year of the noble King Edward the Third, Grandfather to our Lord the King that now is, against them that purchase Provisions of Abbeys or Priories; and to the Intent that such Licences shall not be from henceforth made, the King willeth and commandeth to all his Subjects and other, that they shall abstain them from henceforth to pray him for any such Licence to be given; and also the King himself will refrain to give any such Licence during the Wars, except to the Cardinal of Naples, or to some other special Person to whom the King is beholden for a special Cause.

who shall also be liable to the Penalties of 25 Ed. III. st. 5. c. 22.

The King's Licence to the contrary shall not be asked for.

ITEM, It is ordained and assented, and also the King doth prohibit, That from henceforth no Man shall ride in Harness within the Realm, contrary to the Form of the Statute of Northampton thereupon made, neither with Launcegay within the Realm, the which Launcegays be clearly put out within the said Realm, as a Thing prohibited by our Lord the King, upon Pain of Forfeiture of the said Launcegays, Armours, and other Harness, in whose Hands or Possession they be found that bear them within the Realm, contrary to the Statutes and Ordinances aforesaid, without the King's special Licence.

XIII. No Man shall ride armed contrary to the Statute 2 Edw. III. chapter 3.

ITEM, In Writs of Præmunire facias, It is assented and agreed, That they against whom such Writs be sued, and who at this Time be out of the Realm, and be of good Fame, and have made their general Atturnies before their departing, that the Chancellor of England for the Time being, by the Advice of the Justices, may grant, that the same Persons may appear to answer, to do, and to receive that Thing which the Law demandeth, by their general Atturnies aforesaid, as well as in other Causes and Quarrels; and those Persons which from henceforth shall pass by the King's Licence, and be of good Fame, that at their Request the Chancellor, by the Advice of the Justices, may grant to them to make their general Atturnies in the Chancery by the King's Patent, before their Passage, to answer as well in the said Writs of Præmunire facias, as in other Writs and Plaints; in which Case express Mention shall be made at all Times of the Writs and Plaints of Præmunire facias; and this Patent so made, the said Atturnies from henceforth, in Absence of their Masters, may answer [for them, and make'] other Atturnies under them, before any Judge of the Realm, [to'] do and receive in the said Case as much as in any other Case or Matter, notwithstanding any Statute made to the contrary heretofore.

XIV. For enabling Parties out of the Realm to appoint Attornies in Writs of Premunire.

ITEM, For the grievous Complaint that is made of Maintainers of Quarrels and Champertors; it is ordained and assented, That the Statutes thereof made in the First and Fourth Years of King Edward, Grandfather to our Lord the King that now is, and also in the First Year of our Lord the King that now is, shall be holden and kept, and duly executed in all Points.

XV. Statutes 1 Edw. III. stat. 2. c. 14; 4 Ed III c.11; 1 Ric.II.c.4; against Maintenance, &c. confirmed.

ITEM, It is assented, and the King straitly defendeth, That from henceforth no Person, Alien nor Denizen, of whatsoever Estate or Condition that he be, shall carry nor send, nor do to be carried nor sent, by Land nor by Sea, out of the Realm of England, to any Parts of Scotland, privily nor apertly, any Manner of Armour, Corn, Malt, or other Victuals, or any other refreshing, upon Pain of Forfeiture of the same Victuals, Armours, and other Things aforesaid, together with the Ships, Vessels, Carts, and Horses which shall bring or carry the same, or of the very Value of the same, except so it be

XVI. No Armour or Victual shall be sent into Scotland without Licence of the King; on Pain of Forfeiture thereof.

<sup>'</sup> by themselves and     <sup>'</sup> and

that the King do give his special Licence to the contrary. And to the Intent that these Ordinances be duly kept and put in due Execution, It is also assented, that he which after Proclamation thereof made, espy and prove that any hath offended or forfeit in any Point against the Form of this Ordinance, shall have the Third Part of the said Forfeitures wholly to his own Use (¹).

**XVII.**
**When Mainpernors shall be liable in Damages by Delay.**

ITEM, It is assented and accorded, That in Writs of Debt, Trespass, and Account, and in all other Cases where Mainprise and Writs of Supersedeas be grantable, that if the Persons [comprised ²] come not before the Judges at a Day comprised in the same Mainprise, and by so much the Plaintiff is put to Delay and Loss, the said Mainpernors shall be answerable to the Plaintiffs of a certain Sum of Silver, to be limited by the Discretion and Advice of the said Judges, having Consideration to the Quality and Quantity of the Damages of the Parties, and of the Things in Demand. And this Ordinance of Mainpernors shall endure in Assay till the next Parliament only.

[² And therefore We command you that as well the said Statute of Winchester, four times in each Year from henceforth, in Manner as above is ordained, as the other Statutes and Ordinances above written, in all the Cities, Boroughs, Market Towns, and other notable laces within your Bailiwick, where it shall seem to you most expedient, within Franchise and without, you do cause to be proclaimed on our behalf, and to be published and duly kept and observed according to the Form and Effect of the same. Given under the Witness of our Great Seal at our Palace of Westminster the Twentysixth Day of November, in the Seventh Year of our Reign.²]

Like Commands of the King are directed to the several Sheriffs throughout England, under the same Date.

¹ *for his labour*   ² mainprised
² *Former Translations read only thus :*
And therefore We command you, &c. Dated, &c.

Roi n͞re f' nent donne sa licence especiale a cont'rie. Et au fyn q̃ ceste ordinance soit duement gardes & mys en bone execucioñ est auxint assentuz q̃ celluy qi ap̃s q̃ proclamacion ent soit faite purra espier & p̃ver qᵃecun eit mespris, ou forfait en ascun point contre la forme de ceste ordinance, eit la tierce ptie des dites forfaitures en͞ement a son p͞pre oeps p' son t'vaille.

Item est assentuz & accordez q̃en briefs de dette trespas & de accompte, & en toutz autres cas ou maynprise & brief de Supsedeas sont g͞ntables, si les p͞sones maunprisez ne viegnent mye devant les Juges au jo' compris en mesme la meynprise, & p t͞nt le pleintif soit mys en delay & pde, soient les ditz meinpenours respoignables as pleintifs dune c͞teine s͞ome, (¹) a limiter p la discrecion & advis des ditz Juges, eiantz consideracion a la qualitee & quantitee des damages du ptie & de la chose en demande. Et si durera ceste ordinance des mainpno's en assaie, tanq, al p͞chein plement tantsoulement.

Et purce vous mandons q̃ sib͞n le dit Estatut de Wyncestre quatre foitz chescun an decy enavant p mabe q̃ dessus est ordeignez, come les autres Estatutz & ordinances dessusescritz en toutz les Citees Burgh͞s villes marchees & autres lieux notables deinz v͞re baillie ou vous verrez q̃ mieutz soit affaire deinz franchise & dehors, facez pclamer dep nous & publier & duement garder & tenir selonc la forme & effect dicelles. Doñ p̃ temoignaunce de n͞re g͞nt Seal a n͞re Paleys de Westm͞ avantdit le xxvj^me jour de Novembre lan de n͞re regne septisme.

Consimilia mandata [B] dirigunt' singulis Vicecomitib; p Angl͞ sub eadem dat͞.

¹ dargent *Old Printed Copies.*

---

## Anno 8° RICARDI, II.    A.D. 1384.

### Statutū apud Westm anno octavo editū.

#### STATUTE MADE AT WESTMINSTER IN THE EIGHTH YEAR.

In Margine Rotuli.

TO the Honour of God, and at the Request of the Commonalty of the Realm of England made to our Lord the King in his Parliament holden at Westminster in the Morrow of St. Martin, the Eighth Year of his Reign ; the same our Lord the King of the Assent of the Prelates, Great Men, and Commons aforesaid, hath caused to be made in the same Parliament, a certain Statute for the common Profit of the said Realm, and especially for the good and just Governance, and due Execution of the Common Law, in the Form following.

**I.**
**Liberties of the Church, and Statutes confirmed.**

FIRST, It is [ordained and enacted,¹] that Holy Church have all her Liberties ; and that the Great Charter, and the Charter of the Forest, the Statutes of Purveyors and Labourers, and all other Statutes and Ordinances heretofore made and not repealed, shall be holden and observed, and put in due Execution according to the Form and Effect of the same.

**II.**
**No Lawyer shall be a Judge in his own Country.**

ITEM, It is [ordained and assented,¹] That no Man of Law shall be from henceforth Justice of Assises, or of the common Deliverance of Gaols in his own Country ; and that the Chief Justice of the Common Bench be assigned amongst other to take such Assises, and deliver Gaols ; but as to the Chief Justice of the King's Bench, it shall be as for the most part of an hundred Years last past was wont to be done.

¹ ¹ accorded and statuted *MS. Tr.* 2.

*Ex Rot. Stat. in Turr. Lond. ll. m.* 18.

AD honorem dei & requisic͞oem c͞oitatis regni Angl͞ stam d͞no Regi in pliamento suo tento apud Westm͞ in Crastino S͞ci Martini anno regni sui octavo, idem d͞ns Rex de assensu Prelato͠g Magnatū & C͞oitatis p̃d͞ce quoddam statutū in eodem pliamento p c͞oi utilitate d͞ci regni & p̃sertim p bona & justa gub͞nac͞oe ac debita execuc͞oe c͞ois legis h͞ri fecit in forma subsequenti :

In primis concordatū est & statutū q̃d s͞ca ecclia heat omes libtates suas, & q̃d Magna Carta & Carta de Foresta, Statuta de p̃visorib͠s & laboratorib͠s & omia alia statuta & ordinac͞oes ante hec t͞pora edita & minime revocata teneant' observent' & execuc͞oi debite demandent' juxta formam & effem eodem.

Item concordatū est & statutū q̃d nullus homo de lege sit decet͠o Justic͞ assisag vel c͞ois delibac͞ois gaola͠g in p͞pria p͞ria sua et q̃d capitalis Justic͞ de c͞oi Banco assignet' int' alios ad h͠ri assisas capiend & ad gaolas delib͞and set quoad capitalem Justic͞ de Banco Regis fiat sicut p majori pte Centū anno͠g p͠x p͞rito͠g fieri consuevit.

Ward of Farringdon-Within may elect an Alderman, wise, sufficient, and able to govern the said Ward Within, and to be named the Aldermen of the Ward of Farringdon-Within; and that between this and the said Feast of Saint Gregory the People of the Ward of Farringdon-Without may elect another Alderman, wise, sufficient, and able to govern the said Ward Without; and to be named the Alderman of the Ward of Farringdon-Without: And that the said Two Aldermen so elected may be established and not removed, except for Cause reasonable, as is ordained and granted by our said Lord the King in this Parliament, of the other Aldermen of the said City.

garde de Farndoñ dedeins puissent eslire un Alderman sage sufficeant & able p' govⁿer mesme la garde dedeins, & estre nome laldermañ de la garde de Farndoñ dedeins; et q pentre cy & le dit fest de Seint Gregoire les gentz de la garde de Farndoñ dehors puissent eslire un autre Aldirman sage sufficeant & able p' govⁿer mesme la garde dehors, & estre nomez lalderman de la garde de Farndoñ dehors. Et q les ditz deux Aldermans issint eslus puissent estre establitz & nemye remoez si noun p cause resonable, come ordeinez est & g'ntez p ñre dit s' le Roi en cest plement des aut's Aldermans du dite Citee.

---

For the proclaiming the Statute.

THE King to the Sheriff of Kent, Greeting. A certain Statute, in our last Parliament holden at Westminster, by Us with the Assent of the Great Men and Commons of our Realm of England there assisting Us, made, We do send to you in Form Patent; Commanding that the same Statute and all and singular the Articles in the same contained, in the Cities, Boroughs, Market Towns, and other Places within your Bailiwick, where you shall see it to be most expedient, you do cause to be publicly proclaimed, and as far as in you lieth, to be firmly and inviolably observed. Witness the King at Westminster, the first Day of June.

By the King Himself and Council.

Like Writs are directed to the several Sheriffs throughout England; and to John Duke of Aquitain and Lancaster, or to his Chancellor in the same Duchy of Lancaster, under the same Date.

Rẽ Viˀ Kanˀ, saltm. Quoddam statutum in ultimo pliamento ño apud Westm̃ tento p nos de assensu Magnatum & Cõitatis regni ñi Angˀ nobiscum ibidem tunc assistenciũ editũ tibi mittim⁹ in forma patenti; Mandantes qd Statutum illud & oñes & singulos articulos in eodem contentos, in Civitatibus Burgis Villis m̃catoriis & aliis locis infra balliv̄ tuam ubi melius expediri videris, publice pclamari & quantum ad te p̃tinet firmiˀ & inviolabiliˀ observari faˀ. T. Rẽ. apud Westm̃ primo die Junii.

D pclamacõe statuto̧ pclamand.

p ipm Regem & consilium.

Consimilia bña dirigunt' singulis Vicecomitibᵗ p Angˀ; ac Johi Duci Aquiˀ & Lancasˀ vel ejus Cancellario in eodem Ducatu Lancasˀ sub eadem data.

---

## Anno 20° RICARDI, II. A.D. 1396-7.

### Statutū de Anno vicesimo.

### STATUTE OF THE TWENTIETH YEAR.

In Margine Rotuli.

THE KING at his Parliament holden at Westminster in the Feast of Saint Vincent, the Twentieth Year of his Reign, by the Assent of the Prelates, Lords, and Commons of his Realm [of England,] assembled in the same present Parliament, for the Quietness and Tranquillity of his People, hath made certain Statutes and Ordinances in the Form which followeth:

Recital of St. 7 R. II. c. 13.

FIRST, Whereas in a Statute made the Seventh Year of the Reign of the King that now is, it is ordained and assented, That no Man shall ride armed within the Realm, against the Form of the Statute of Northampton thereupon made, nor with Launcegays within the same Realm; and that the said Launcegays shall be utterly put out within the said Realm, as a Thing prohibited by the King, upon Pain of Forfeiture of the same Launcegays, Armours, or any other Harness, in the Hands and Possession of them that bear them, from henceforth within the same Realm against the same Statutes and Ordinances, without the King's special Licence:

Ex Rot. Stat. in Turr. Lond. II. m. 4.

LE ROY en son parlement tenuz a Westm̃ en la feste de Seint Vincent lan de son roialme vintisme, del assent des Prelatz s's & Cõmunes de son roialme en mesme le parlement, pur quiete & t'nquillite de son poeple ad fait c̃teins estatutz & ordenances ensuivent.

Prim̃ement, come un estatut fait lan septisme du regne ñre Seignur le Roy soit ordeignez & assentuz q nutt hõme chivache deins le Roialme armez contre la fourme de lestatut de Norhamptoñ sur ce fait, ne oveoq launcegaye deins mesme le roialme, et q les ditz lancegayes soient de tout oustez deins le dit Roialme, come chose defendue par le Roy sur peyne de forfaiture dicelles lancegayes armures & aut's hernoys quelconques, es mayns & possessioñ dycelx qui les port̃a delors deinz mesme le Roialme encontre ycelles estatutz & ordenances sanz esp̃ale congie du Roy:

Nr̄e Seignur le Roy considerant le g̃nt clamour a luy fait en cest p̃sent plement de ce q̃ le dit estatut nest mye tenuz, Si ad ordeignez & establiz en mesme le plement q̃ les ditz estatutz soient pleinement tenuz & gardez & duement executz; et q̃ les ditz lancegayes soient tout out́ment oustez sur la peine contenue en le dit estatut de Northamptoñ & outre de fair fyn & ranceon au Roy. Et outre ce q̃ null é', Chivaler nautre petit ne g̃nt aille ne chivache p noet ne jour armez ne porte Palet ne chapelt de ferre nautre armure sur la peine susdı́te ; Sauvez & exceptz les offic̃s & Mi-nı́stres du Roy enfaisantz leur offices. Et outre ce le Roy voet & ad ordeignez q̃ lestatut fait lan de son regne prist́e de liúee des Chaperons soit tenuz & gardez sur la peine contenue en mesme lestatut & sur peine destre emprisonez & de fair fyn & ranceon au Roy.

Item q̃ Vadletz appellez Yomen ne null aut́ de meindre estat qesquier ne use ne porte null signe ne liúee appelle liúee de compaignie dascun é' deins le roialme, sil ne soit menial & familier ou officer conti-nuel de son dit é' et q̃ les Justices de la paix' aient poair denquer de ceux qi font a lencontre & de les punir selonc leur discrecion.

Item le Roy voet & defende q̃ null é' nautre du pais petit ne g̃nt ne soit seant en Bank ovesq̃ les Justices as assises p̃ndre en leur sessions es Countees Dengletr̃e sur grief forfaiture v́e le Roy; Et ad chargez ses ditz Justices qils ne soeffrent le contraire estre fait.

Item q̃ come il soit contenuz en un estatut de é' Edward nadgairs Roy Dengletr̃e Aiel a nr̄e é' le Roy qorest lan de son regne vynt & oetieme, q̃ nulle man̄e de nief q̃ soit frette dev́s Engletr̃e ou aillours soit artez de venir a nul port Dengletr̃e ne y dem'er contre le gree des Mestres & Mariña dicelle, ou des Marchantz as queux les biens sont, et si tielx niefs veignent de gree ou soient chacez p tempeste ou aut́ infortune ou meschief a ascun port Dengletr̃e & les Meistres & mariña ou Marchantz de mesmes les niefs voillent vendre & deliúer ṕtie de leur m̃chandises p loure bone voluntee, bien lise a chescuny tieles m̃chandises achatte franchement sanz empeschement en le port ou tieles niefs viendront, tout ne soient les m̃chandises mises a la t̃re par vendre ; Et q̃ les Meistres Mariña & Mar-chantz, aṕs ce qils av́ont issint venduz ce q̃ lour plerra de leur ditz biens & paie ent la custume, puissent f'unchement deptier & aler ove lour niefs & tout le remenant de lour biñs pla ou lour plerra sanz cus-tume ent paier : Nr̄e Seignur le Roy p' la quiete & ease de son poeple voet q̃ le dit estatut soit tenuz & gardez en toutz pointz & duement executez nient con-treesteant ascune ordeignance ou usage a cont'rie.

Item p̃r ce q̃ les Cōmunes cunt fait compleint q̃ plusours g̃ntz meschiefs extorsions & disease sont faitz p div́ses gentz de mauveis condicion q̃ de leure auc̃o-ritee demesne p̃gnont & font p̃ndre roialment chivalx & aut́s choses & bestes hors de leur charues charettes & mesons, disantz & imaginantz qils sont a chivaucher en hastifs messages ou bosoignes, la ou en v̄ite ils ne sont aucunement privez de nulle bosoigne ou message, mes soulement en deceite & subtilite p' p̃ndre chivalx

Our Lord the King, considering the great Clamour made to him in this present Parliament, because that the said Statute is not holden, hath ordained and esta-blished in the said Parliament, That the said Statutes shall be fully holden and kept, and duly executed ; and that the said Launcegayes shall be clear put out upon the Pain contained in the said Statute of Northampton, and also to make Fine and Ransom to the King. And moreover, that no Lord, Knight, nor other, little nor great, shall go nor ride by Night nor by Day armed, nor bear [Sallet'] nor Skull of Iron, nor [of*] other Armour, upon the Pain aforesaid ; save and except the King's Officers and Ministers in doing their Office. And Moreover, the King will and hath ordained, that the Statute made the First Year of his Reign, of Live-ries of Hats, shall be holden and kept upon the Pain contained in the same Statute, and upon Pain to be im-prisoned, and make Fine and Ransom to the King.

ITEM, That no Varlets called Yeomen, nor none other of less Estate than Esquire, shall use nor bear no [Sign of Livery'] called Livery of Company of any Lord within the Realm, unless he be menial and fami-liar or continual Officer of his said Lord. And that the Justices of the Peace shall have Power to enquire of them, which do to the contrary, and them to punish according to their Discretion.

ITEM, The King doth will and forbid, That no Lord, nor other of the Country, little nor great, shall sit upon the Bench with the Justices to take Assises, in their Sessions in the Counties of England, upon great Forfeiture to the King ; and hath charged his said Jus-tices, that they shall not suffer the contrary to be done.

ITEM, Whereas it is contained in a Statute of the late King Edward, Grandfather to the King that now is, the xxviij Year of his Reign, That no Manner of Ship, which is freighted toward England, or elsewhere, shall be compelled to come to any Port of England, nor there to tarry against the [Agreement*] of the Masters and Mariners of the same, or of the Merchants to whom the Goods be ; and if such Ships come of their own Good-will, or be driven by Tempest, [Casualty, or other Misfortune,'] to any Port of England, and the Masters or Mariners, or Merchants of the same Ships, will sell or deliver Part of their Merchandizes with their Good-will, it shall be lawful to every Person to buy such Mer-chandizes freely without Impeachment in the Port where such Ships shall come, albeit the Merchandizes be not [put to Sale to the Land ;*] And the Masters, Mariners, and Merchants, after that they have so sold so much as pleaseth them of their said Goods, and the Custom thereof paid, may freely depart and go with their Ships, and all the Remnant of their Goods, where it shall please them, without paying thereof Custom : Our said Lord the King, for the Quietness and Ease of his People, willeth, That the said Statute shall be holden and kept in all Points, and duly executed, notwithstanding any Ordinance or Usage to the contrary.

ITEM, Forasmuch as the Commons have made Com-plaint, that many great Mischiefs, Extortions, and Op-pressions be done by divers People of evil Condition, which of their own Authority take and cause to be taken royally Horses and other Things, and Beasts out of their Wains, Carts, and Houses, saying and devising that they be to ride on hasty Messages and Business, where of Truth they be in no wise privy of any Business or Message, but only in Deceit and Subtilty by such Colour

*Confirmation thereof.*

*No Man shall ride or go armed.*

*The Statute 1 Ric. II. c.7, touching giving of Liveries, confirmed.*

II.
*Liveries of Companies restrained.*

III.
*None shall sit upon the Bench with Justices of Assise.*

IV.
*Recital of St. 28 Edw. III. chapter 13, concerning Merchants Strangers.*

*Confirmation thereof.*

V.
*Penalty for taking Horses, &c. for the King's Service, with-out Warrant.*

' *P̃sentle*   * Omit this word.   ' *Badge or Livery*   * Will
' *or other Misfortune or Mischief,*   * put to land, to sell.

**1409.**

*Membrane 24d—cont.*

Jan. 20.
Westminster.

To the sheriffs of London. Writ of *supersedeas*, and order by mainprise of William Carneby, John Laweson, William Clifforde and Henry Cotes, each of London ' wever,' to set free Adam ' Jonesservant Boston cooke,' if taken at the several suits of Richard Meryot of London ' goldsmyth ' and Thomas Totenham averring threats.

Jan. 26.
Westminster.

John Bolyngbroke esquire to Master John Kyngton clerk, William Wilyngham parson of Ketilthorp and Simon Fouler. Recognisance for 40*l.*, to be levied etc. in Notynghamshire.

Feb. 7.
Westminster.

To the sheriff of York. Order upon sight etc. to cause proclamation to be made, that no man of whatsoever estate or condition shall under pain of forfeiture take over wool, corn or other merchandise in any places by the sea called ' crykes ' or any other places, known ports excepted, without special licence of the king.
Like writs to the sheriffs of the following counties etc. :

| | |
|---|---|
| Kent. | Devon. |
| Suthampton. | Cornwall. |
| Essex. | Somerset. |
| Norffolk and Suffolk. | Bristol. |
| Surrey and Sussex. | |

Also to the chancellor of the county palatine of Lancastre.

### *MEMBRANE 23d.*

Jan. 25.
Westminster.

To the sheriffs of Norwich. Writ of *supersedeas*, and order by mainprise of John Alderforde, William Champeneys, Thomas Dounham and William Folkys of Norffolk to set free Alan Buntrell of Norwich ' corsour,' if taken at suit of the king and Nicholas Castel esquire for leaving the service of Nicholas Castel before the term agreed.

Feb. 4.
Westminster.

To the sheriffs of London. Writ of *supersedeas*, by mainprise of John Jay, Robert Aby, William Skendelby and Thomas Leefe of Suthwerke co. Surrey, in favour of John Welles of Suthwerke ' whittawer ' at suit of John Fuller of London ' glover ' averring threats.

Jan. 30.
Westminster.

To the mayor and sheriffs of London. Order upon sight etc. to cause proclamation to be made, on the king's behalf forbidding any man of whatsoever estate or condition to go armed within the city and suburbs, or any except lords, knights and esquires with a sword, and the king's will is that one sword and no more be borne after each of these, under pain of forfeiting armour and swords, or there to make unlawful assemblies, disputes, affrays or riots, and order to arrest all whom they may find so doing after the proclamation, with their armour and swords, and commit them to the nearest prison, there to abide until the king shall take order for their deliverance ; as the king has information that great number of disputes etc. are made within the city by certain lieges gathering

1409.

### Membrane 23d—cont.

in such assemblies with hauberks, swords and other arms and armour contrary to divers statutes and other ordinances, and in these days more than were used to be in times past, in contempt of the king, to the terror and disturbance of the people and contrary to the peace, and his will is that peace be cherished there and elsewhere within the realm.                                  By K. and C.

Edmund Hamden, John Buktoft clerk, Walter Gayton, John Skrevan and John Kenwoldmerssh to Elizabeth la Vache late the wife of Philip la Vache knight. Grant that she shall not be troubled by them, their heirs or assigns for any waste now or hereafter made in the manor of Hognorton co. Oxford, whereof she is tenant for life with reversion to them, but shall be discharged of all action for waste therein.   Dated 1 January 10 Henry IV.
*Memorandum* of acknowledgment, 6 February.

Henry ate Grene, otherwise 'Leycestre heraude,' to Thomas Fereby clerk and John de Pokelynton, their heirs and assigns. Charter indented with warranty of the three messuages, lands, wool etc. in the town and county of Hertforde which he had by feoffment of Maud Blakwelle his mother, sometime wife of Robert Blakewelle, and the reversion thereof after the death of William Blakewelle and Joan his wife, reserving to the grantor and his assigns during his life, with remainder to the grantees, the chamber on the right hand side just within the gate of one of those messuages wherein his mother lately dwelt, and a stable to that chamber adjacent, also the chamber there between the kitchen and the garden, with free ingress and egress, under a condition for defeasance of this grant if John de Pokelynton, his heirs and assigns, pay not 30*l.* to the grantor or his attorney, namely 10*l.* at Easter next, 10*l.* at Michaelmas following and 10*l.* at the Purification following, any clause in this charter and any money paid notwithstanding.   Witnesses : Nicholas Schosse bailiff of Hertforde, Master Thomas Ferrour, John Carpenter, Henry Fuller, John Fleccher, William Lythyng.   Dated Hertforde, 2 February 1408, 10 Henry IV.
*Memorandum* of acknowledgment, 7 February.

Feb. 9.
Westminster.

To the treasurer and the barons of the exchequer.   Writ of *supersedeas omnino* in respect of any process against William Banastre, appointed with others, upon an information that John Kyghlay and John Kent banished Englishmen, Wybert Freton a banished Frenchman, the captain of Boulogne, John Burnet, William Ryncelyn and the captain of Normandy of France, and Uter Jonessone banished from Flanders committed and attempted at sea great number of robberies and misdeeds, contrary to the truce between England and France and to the appointment made at Lenlyngham by the ambassadors of England and France, whereby war might be like to arise, to arrest those robbers and evildoers, their accomplices and partisans and others of Seint

One Half of the Fines and Forfeitures to be unto Their Majesties, and the other Half to the Informer.

A N D further it is Enacted by the Authority aforesaid, That all Fines, Penalties, and Forfeitures arising by force and virtue of this Act, shall be, the one Half to Their Majesties, towards the Support of the Government of this Province, and the other Half to him or them that shall inform and sue for the same in any of Their Majesties Courts of Record within this Province.

Measurer of Salt, and Culler of Fish.

B E it further Enacted by the Authority aforesaid, That there be a Measurer of Salt, and Culler of Fish in every Sea-port Town within this Province, to be appointed, as aforesaid, who being likewise sworn for the faithful Discharge of that Office, shall cull all merchantable Fish, and measure all Salt that shall be imported and sold out of any Ship or other Vessel, and shall have Three-half Pence for every Hogshead of Salt by him so measured, to be paid, the one Half by the Buyer, the other Half by the Seller ; and One Peny *per* Quintal for every Quintal of merchantable Fish by him culled, to be paid, one Half by the Buyer, and the other Half by the Seller.

## An Act for the Punishing of Criminal Offenders.

Nᵒ 6.
Confirmed 22 Aug. 1695.

Cursing and Swearing.

B E it Enacted and Ordained by the Governor, Council, and Representatives, in General Court Assembled, by the Authority of the same, That if any Person or Persons shall prophanely Swear or Curse in the hearing of any Justice of the Peace, or shall be thereof convicted by the Oaths of Two Witnesses, or Confession of the Party, before any Justice or Justices of the Peace, every such Offender shall forfeit and pay unto the Use of the Poor of the Town where the Offence shall be committed, the Sum of Five Shillings ; and if the Offender be not able to pay the said Sum, then to be set

Presumption.

in the Stocks, not exceeding Two Hours : And if any Person shall utter more prophane Oaths or Curses at the same time, and in hearing of the same Person or Persons, he shall forfeit and pay to the Use aforesaid, the Sum of Twelve Pence for every Oath or Curse after the first, or be set in the Stocks Three Hours.

P R O V I D E D, That every Offence against this Law shall be complained of, and proved, as aforesaid, within Thirty Days next after the Offence committed.

Drunkenness.

F U R T H E R it is Enacted by the Authority aforesaid, That every Person convicted of Drunkenness by View of any Justice of Peace, Confession of the Party, or Oaths of Two Witnesses, such Person so convicted, shall forfeit and pay unto the Use of the Poor of the Town where such Offence is committed, the Sum of Five Shillings for every such Offence ; and if the Offender be unable to pay the said Sum, to be set in the Stocks, not exceeding Three Hours, at the Discretion of the Justice or Justices before whom the Conviction shall be : And upon a second Conviction of Drunkenness, every such Offender, over and above the Penalty aforesaid, shall be bound with Two Sureties in the Sum of Ten Pounds, with Condition for the good Behaviour ; and for want of such Sureties, shall be sent to the Common Goal until he find the same.

P R O V I D E D, That no Person shall be impeached or molested for any Offence against this Act, unless he shall be thereof Presented, Indicted, or Convicted, within Six Months after the Offence committed ; and the Justice or Justices before whom Conviction of any of the aforesaid Offences shall be, are hereby impowered and authorized to restrain or commit the Offender, until the Fine imposed for such Offence be satisfied ; or to cause the same to be levied by Distress and Sale of the Offender's Goods, by Warrant directed to the Constable,
returning

Case 1:15-cv-00162-CKK   Document 46-2   Filed 02/18/16   Page 22 of 45

Digitized from Best Copy Available

returning the Overplus ( if any be. ) All such Fines to be levied within One Week next after such Conviction, and delivered to the Select-men, or Overseers of the Poor, for the Use of the Poor, as aforesaid.

IT is further Enacted and Ordained by the Authority aforesaid, That whosoever shall steal or purloin any Money, Goods, or Chattels, being thereof convicted by Confession, or sufficient Witness upon Oath, every such Offender shall forfeit treble the Value of the Money, Goods, or Chattels so stoln or purloined, unto the Owner or Owners thereof; and be further punished, by Fine or Whipping, at the Discretion of the Court or Justices that have Cognizance of such Offence, not exceeding the Sum of Five Pounds, or Twenty Stripes : And if any such Offender be unable to make Restitution, or pay such Threefold Damages, such Offender shall be enjoyned to make Satisfaction by Service ; and the Prosecutor shall be, and hereby is impowered to dispose of the said Offender in Service to any of Their Majesties Subjects, for such Term as shall be assigned by the Court or Justices before whom the Prosecution was. And every Justice of the Peace in the County where such Offence is committed, or where the Thief shall be apprehended, is hereby authorized to hear and determine all Offences against this Law : Provided, that the Damage exceed not the Sum of Forty Shillings. And if any Person shall commit Burglary by breaking up any Dwelling-house, Ware-house, Shop, Mill, Malt-house, Barn, Out-house, or any Ship or other Vessel lying within the Body of the County, or shall rob any Person in the Field or High-ways, every Person so offending shall, upon Conviction, be branded on the Forehead with the Letter *B* ; and upon a second Conviction, shall be set upon the Gallows for the space of One Hour, with a Rope about his Neck, and one End thereof cast over the Gallows, and be severely Whipt, not exceeding Thirty nine Stripes ; and upon a third Conviction of the like Offence, shall suffer the Pains of Death, as being Incorrigible ; and shall likewise, upon the first and second Convictions, pay treble Damages to the Party injured, as is provided in case of Theft.

margin: Theft.

margin: Burglary and Robbery.

AND it is further Enacted by the Authority aforesaid, That if any Man commit Fornication with any single Woman, upon due Conviction thereof, they shall be fined unto Their Majesties, not exceeding the Sum of Five Pounds ; or be corporally punished by Whipping, not exceeding Ten Stripes apiece, at the Discretion of the Sessions of the Peace, who shall have Cognizance of the Offence. And he that is accused by any Woman to be the Father of a Bastard Child, begotten of her Body, she continuing constant in such Accusation, being examined upon Oath, and put upon the Discovery of the Truth in the time of her Travail, shall be adjudged the Reputed Father of such Child, notwithstanding his Denial, and stand charged with the Maintenance thereof, with the Assistance of the Mother, as the Justices in the Quarter-Sessions shall order ; and give Security to perform the said Order, and to save the Town or Place where such Child is born, free from Charge for its Maintenance ; and may be committed to Prison until he find Sureties for the same, unless the Pleas and Proofs made and produced on the behalf of the Man accused, and other Circumstances, be such as the Justices shall see reason to judge him innocent, and acquit him thereof, and otherwise dispose of the Child : And every Justice of the Peace, upon his Discretion, may bind to the next Quarter-Sessions him that is charged or suspected to have begotten a Bastard Child ; and if the Woman be not then delivered, the Sessions may order the Continuance or Renewal of his Bond, that he may be forth-coming when the Child is born.

margin: Fornication.

margin: Reputed Father of a Bastard.

FURTHER it is Enacted by the Authority aforesaid, That every Justice of the Peace in the County where the Offence is committed, may cause to be staid and arrested all Affrayers, Rioters, Disturbers, or Breakers of the Peace, and such as shall ride or go armed Offensively before any of Their Majesties Justices, or other Their Officers or Ministers doing their Office, or elsewhere,

margin: Power of the Justice of Peace.

by

Digitized from Best Copy Available

by Night or by Day, in Fear or Affray of Their Majesties Liege People ; and such others as shall utter any Menaces or Threatning Speeches ; and upon View of such Justice or Justices, Confeffion of the Party, or other legal Conviction of any such Offence, shall commit the Offender to Prison, until he find Sureties for the Peace and good Behaviour, and seize and take away his Armour or Weapons, and shall cause them to be apprized and answered to the King as forfeited : And may further punish the Breach of the Peace, in any Person that shall smite or strike another, by Fine to the King, not exceeding Twenty Shillings, and require Bond with Sureties for the Peace, or bind the Offender over to answer it at the next Sessions of the Peace, as the Nature or Circumstance of the Offence may be ; and may make Enquiry of forcible Entry and Detainer, and cause the same to be removed, and make out Hue and Cries after Runaway Servants, Thieves, and other Criminals.

**Breach of the Peace.**

**Forcible Entry and Detainer.**

A N D it is further Enacted by the Authority aforesaid, That if any Person or Persons of the Age of Discretion ( which is accounted Fourteen Years, or upwards ) shall wittingly and willingly make or publish any Lye or Libel, tending to the Defamation or Damage of any particular Person, make or spread any false News or Reports, with Intent to abuse and deceive others, every such Person or Persons offending in any of the Particulars before mentioned, and being duly convicted thereof before One or more Justices of the Peace, shall be fined according to the Degree of such Offence, not exceeding the Sum of Twenty Shillings for the first Conviction, and find Sureties for the good Behaviour : And if the Party be unable to pay the said Fine, then to be set in the Stocks, not exceeding Three Hours, or be corporally punished by Whipping, at the Discretion of the Justice or Justices before whom the Conviction shall be, according as the Circumstances or Nature of the Offence shall be ; and the said Justice or Justices may restrain and commit the Offender until he pay the said Fine, and find Sureties for the good Behaviour, or may cause the Fine to be levied by Distress and Sale of the Offender's Goods ; and the Party or Parties grieved or injured by reason of any of the Offences aforesaid, shall or may take his or their Suit against any such Offender or Offenders in any Court of Record.

**Lying and Libelling.**

I T is further Enacted by the Authority aforesaid, That if any Person or Persons, upon his or their own Head or Imagination, or by false Conspiracy and Fraud with others, shall wittingly, subtilly, and falsely forge or make, or subtilly cause, or wittingly assent to be forged or made, any false Deed, Conveyance, or Writing sealed, or the Will of any Person or Persons in Writing, to the Intent that the Estate of Free-hold or Inheritance, Right, Title, or Interest of any Person or Persons, of, in, or to any Lands, Tenements, or Hereditaments, shall or may be molested, troubled, defeated, recovered, or charged, or shall, as is aforesaid, forge, make, or cause or assent to be made or forged, any Obligation, or Bill Obligatory, Letter of Attorney, or any Acquittance, Release, or other Discharge of any Debt, Account, Action, Suit, Demand, or other Thing Personal ; or if any Person or Persons shall pronounce, publish, or shew forth in Evidence, any such false and forged Deed, Conveyance, Writing, Obligation, Bill Obligatory, Letter of Attorney, Acquittance, Release, or Discharge, as true, knowing the same to be false and forged, as is aforesaid, to the Intent above remembred, and shall be thereof convicted, either upon Action or Actions of Forger of false Deeds to be founded upon this Act at the Suit of the Party grieved, or otherwise according to the Order and due Course of Law, or upon Bill or Information, that then every such Offender shall pay unto the Party grieved his double Costs and Damages, to be found and assessed in such Court where the said Conviction shall be ; and also shall be set upon the Pillory in some Market-Town, or other open Place, and there to have One of his Ears cut off, and also shall have and suffer Imprisonment by the Space of One whole Year without Bail or Mainprize ; and the Party or Parties grieved by reason

**Forgery.**

Digitized from Best Copy Available

terpofition difarmed of her natural weapons, free argument and debate, errors ceafing to be dangerous when it is permitted freely to contradict them :

II.  BE it enacted by the General Affembly, That no man fhall be compelled to frequent or fupport any religious worfhip, place, or Miniftry whatfoever, nor fhall be enforced, reftrained, molefted, or burthened in his body or goods, nor fhall otherwife fuffer on account of his religious opinions or belief; but that all men fhall be free to profefs, and by argument to maintain, their opinions in matters of religion, and that the fame fhall in no wife diminifh, enlarge, or affect their civil capacities. *No man compelled to frequent or support any religious worship. All men free to profess, and by argument to maintain their religious opinions.*

III.  AND though we well know that this Affembly elected by the people for the ordinary purpofes of legiflation only, have no power to reftrain the Acts of fucceeding Affemblies, conftituted with powers equal to our own, and that therefore to declare this Act to be irrevocable, would be of no effect in law; yet we are free to declare, and do declare, that the rights hereby afferted, are of the natural rights of mankind, and that if any Act fhall be hereafter paffed to repeal the prefent, or to narrow its operation, fuch Act will be an infringement of natural right. *Declaration that the rights by this Act asserted, are of the natural rights of mankind.*

❖❖❖❖❖❖❖❖❖❖❖❖❖❖

# General Affembly, begun and held at the Public Buildings, in the City of *Richmond*, on *Monday*, the 16th Day of *October*, in the Year of our Lord, 1786.

## C H A P.  XXI.

### An Act forbidding and punifhing Affrays.

[Paffed the 27th of November, 1786.]

BE it enacted by the General Affembly, That no man, great nor fmall, of what condition foever he be, except the Minifters of Juftice in executing the precepts of the Courts of Juftice, or in executing of their office, and fuch as be in their company affifting them, be fo hardy to come before the Juftices of any Court, or other of their Minifters of Juftice, doing their office, with force and arms, on pain, to forfeit their armour to the Commonwealth, and their bodies to prifon, at the pleafure of a Court; nor go nor ride armed by night nor by day, in fairs or markets, or in other places, in terror of the Country, upon pain of being arrefted and committed to prifon by any Juftice on his own view, or proof by others, there to abide for fo long a time as a Jury, to be fworn for that purpofe by the faid Juftice, fhall direct, and in like manner to forfeit his armour to the Commonwealth; but no perfon fhall be imprifoned for fuch offence by a longer fpace of time than one month. *Punishment of persons going armed before Courts of Justice, or the Ministers of Justice, or in fairs or markets in terror of the Country.*

## C H A P.  XXII.

### An Act againft Confpirators.

[Paffed the 27th of November, 1786.]

BE it declared and enacted by the General Affembly, That Confpirators be they that do confederate and bind themfelves by oath, covenant, or other alliance, that every of them fhall aid and bear the other falfely and malicioufly, to move or caufe to be moved any indictment or information againft another on the part of the Commonwealth, and thofe who are convicted thereof at the fuit of the Commonwealth, fhall be punifhed by imprifonment and amercement, at the difcretion of a Jury. *Who fhall be deemed confpirators.*

24627
North Carolina. Laws, Statutes, etc., 1792.
A Collection of the Statutes of the Parliament of England
in Force in ... North Carolina.
Newbern, 1792. xxvi, 424, [3] pp.
AAS copy.



# A

# COLLECTION

## OF THE

# STATUTES

### OF THE PARLIAMENT O.

# ENGLAND.

#### IN FORCE IN THE STATE OF

# NORTH-CAROLINA.

PUBLISHED ACCORDING TO A RESOLVE OF THE GENERAL ASSEMBLY.

By FRANCOIS-XAVIER MARTIN, Esq.

COUNSELLOR AT LAW.

*NEWBERN:*

FROM THE EDITOR's PRESS.

*1792.*

( 60 )

## C H A P.   VIII.

*Nothing shall be taken for Beaupleader.*

ITEM, Whereas some of the realm have grievously complained, that they be grieved by Sheriffs, naming themselves the King's approvers, which take money by extortion for Beaupleader, the King will, that the statute of Marlebridge shall be observed and kept in this point.

## C H A P.   XIV.

*None shall commit Maintenance.*

ITEM, Because the King desireth that common right be administered to all persons, as well poor as rich, he commandeth and defendeth, that none of his Counsellors, nor of his house, nor none other of his Ministers, nor no great man of the realm by himself, nor by other, by sending of letters, nor otherwise, nor none other in this land, great nor small, shall take upon them to maintain quarrels nor parties in the country, to the let and disturbance of the common law.

Statutes made at Northampton, tribus Septimanis Pascha, in the Second Year of the Reign of Edward the Third, and in the Year of our Lord 1328.

## C H A P.   I.

*A Confirmation of the Great Charter and the Charter of the Forest.*

[*Unnecessary to be inserted.*]

## C H A P.   III.

*No Man shall come before the Justices, or go or ride armed.*

ITEM, It is enacted, that no man great nor small, of what condition soever he be, except the King's servants in his presence, and his Ministers in executing of the King's precepts, or of their office, and such as be in their company assisting them, and also upon a cry made for arms to keep the peace, and the same in such places where such acts happen, be so hardy to come before the King's Justices, or other of the King's

( 61 )

Ministers doing their office with force and arms, nor bring no force in an affray of peace, nor to go nor ride armed by night nor by day, in fairs, markets, nor in the presence of the King's Justices, or other ministers, nor in no part elsewhere, upon pain to forfeit their armour to the King, and their bodies to prison at the King's pleasure. And that the King's Justices in their presence, Sheriffs and other ministers, in their bailiwicks, Lords of Franchises, and their bailiffs in the same, and Mayors and Bailiffs of cities and boroughs, within the same cities and boroughs, and borough-holders, constables and wardens of the peace within their wards shall have power to execute this act. And that the Justices assigned, at their coming down into the country, shall have power to enquire how such officers and lords have exercised their offices in this case, and to punish them whom they find that have not done that which pertain to their office.

### C H A P. V.

*The Manner how Writs shall be delivered to the Sheriff to be executed.*

ITEM where it was ordained by the statute of Westminster the second, that they which will deliver their writs to the Sheriff shall deliver them in the full county, or in the rere county, and that the Sheriff or Under-Sheriff shall thereupon make a bill : it is accorded and established, that at what time or place in the county a man doth deliver any writ to the Sheriff or to the Under-Sheriff, that they shall receive the same writs, and make a bill after the form contained in the same statute, without taking any thing therefore. And if they refuse to make a bill, others that be present shall set to their seals, and if the Sheriff or Under-Sheriff do not return the said writs, they shall be punished after the form contained in the said statute. And also the Justices of Assize shall have power to enquire thereof at every man's complaint, and to award damages, as having respect to the delay, and to the loss and peril that might happen.

### C H A P. VI.

*Justices shall have Power to punish Breakers of the Peace.*

ITEM, as to the keeping of the peace in time to come, it is ordained and enacted that the statutes made in time past, with the statute of Winchester, shall be observed and kept in every point : and where it is contained in the end of said statute of Winchester, that the Justices assigned shall have power to enquire of defaults, and to report to the King in his next parliament, and the King to remedy it, which no man hath yet seen, the same Justices shall have power to punish the offenders and disobeyers.

O

*In the Year of our LORD, 1795.*

436             Criminal Offenders.

on faid fence, till it comes to the land improved by *George Sumner* ; then through faid land nearly the fame courfe, till it comes to the fouth-weft corner of faid *George Sumner*'s home meadow, fo called ; then turning and running eafterly in faid meadow, as the ditch which forms the fence is made, till it comes to the fouth end of *Benjamin Hawes*'s meadow ; then in the line between faid *Hawes*'s meadow, and the land of *William Richards* ; then in the line between faid *Richards*'s home lot, and the meadow lots, till it comes to *Cumming's* brook, fo called ; thence on faid brook, till it comes to the line between *Stoughton* and *Sharon* ; thence on faid line till it comes to *Neponfet river* ; thence wefterly on faid river, till it comes to *Traphole brook* ; thence on faid brook, till it comes to the bounds firft mentioned—fhall be confidered as *one Common and General Field* ; and that the proprietors of faid lands, their heirs and fucceffors be, and they hereby are incorporated and invefted with all the powers and privileges which the proprietors of Common and General Fields by Law are invefted with.

[This Act paffed *January* 22, 1795.]

CHAP. II.

An Act for repealing an Act, made and paffed in the year of our Lord, one Thoufand fix Hundred and Ninety-two, entitled, " An Act for punifhing Criminal Offenders," and for re-enacting certain Provifions therein.

Act repealed.

BE it enacted by the Senate and Houfe of Reprefentatives, in General Court affembled, and by the authority of the fame, That the faid Act be, and hereby is repealed, and made wholly null and void.

Juftices of the Peace empowered.

*And be it further enacted by the authority aforefaid,* That every Juftice of the Peace, within the county for which he may be commiffioned, may caufe to be ftaid and arrefted, all affrayers, rioters, difturbers, or breakers of the peace, and fuch as fhall ride or go armed offenfively, to the fear or terror of the good citizens of this Commonwealth, or fuch others as may utter any menaces or threatening fpeeches, and upon view of fuch Juftice, confeffion of the delinquent, or other legal conviction of any fuch offence, fhall require of the offender to find fureties for his keeping the Peace, and being of the good behaviour ; and in want thereof, to commit him to prifon until he fhall comply with fuch requifition : And may further punifh the breach of the Peace in any perfon that fhall affault or ftrike another, by fine to the Commonwealth, not exceeding *twenty fhillings,* and require fureties, as aforefaid, or bind the offender, to appear and anfwer for his offence, at the next Court of General Seffions of the Peace, as the nature or circumftances of the cafe may require.

[This Act paffed *January* 29, 1795.]

CHAP.

**1801.** co unty, shall proceed against such offender, in the same manner as is heretofore prescribed for vagrants.

Keepers of certain gaming tables deemed vagrants. 1811, c. 112, s. 1, 2.

3. *Be it enacted,* That all and every keeper or keepers, exhibitor or exhibitors, of either of the gaming tables commonly called A. B. C. or E. O. tables, or faro bank, or of any other gaming cloth table, or bank of the same, or like kind, under any denomination whatever, shall be deemed and treated as a vagrant, and moreover it shall be the duty of any judge or justice of the peace, by warrant under his hand, to order such gaming table or cloth to be seized and publicly burned or destroyed ; said warrant shall be directed to some one constable within the county, whose duty it shall be, forthwith to execute the same : *Provided,* That nothing herein contained, shall be so construed as to extend to billiard tables.

Penalty for harboring vagrants. April 1784, c. 34, s. 4.

4. *Be it enacted,* That it shall not be lawful for any house keeper to harbor any idle person of the character aforesaid, for any longer time than is heretofore specified, under the penalty of twenty dollars for every such offence, to be recovered by warrant before any justice of the peace of the county where the offence is committed.

Duty of the justices herein. Apl. 1784, c. 34. 1811, c. 112, s. 1, 2.

Penalty for failing.

5. *Be it enacted,* That it shall be the duty of each justice of the peace, on information being made on oath to him or them, that there is a person or persons of the aforesaid description, loitering in his or their county, then and in that case he or they shall issue his or their warrant against such person or persons agreeable to this act : *And provided,* he or they shall neglect or refuse so to do, it shall be deemed a misdemeanor in office, for which he or they shall be impeachable, and on conviction be removed from office.

Proceedings against persons going armed contrary to this act.

6. *Be it enacted,* That if any person or persons shall publicly ride or go armed to the terror of the people, or privately carry any dirk, large knife, pistol or any other dangerous weapon, to the fear or terror of any person, it shall be the duty of any judge or justice, on his own view, or upon the information of any other person on oath, to bind such person or persons to their good behaviour, and if he or they fail to find securities, commit him or them to jail, and if such person or persons shall continue so to offend, he or they shall not only forfeit their recognizance, but be liable to an indictment, and be punished as for a breach of the peace, or riot at common law.

Felony to maim or disfigure any person, &c. Dec. 1754, ch. 15. 1807, ch. 73, s. 13.

7. *Be it enacted,* That if any person or persons shall unlawfully cut out or disable the tongue, put out an eye, slit a nose, bite or cut off a nose, ear or lip, or cut off or disable any limb or member, or stab any person whatsoever, in doing so, to maim, wound or disfigure in any of the manners before mentioned, such person or persons so offending, their counsellors, aiders and abettors, knowing of, and privy to the offence, shall be and are hereby declared to be felons, and shall suffer as in case of felony : *Provided nevertheless,* he or they shall be entitled to benefit of clergy, and be further liable to an action of damages to the party injured.

## CHAPTER LXXVI.

#### An Act describing the power of Justices of the Peace in Civil and Criminal Cases.

SEC. 1. BE *it enacted by the Senate, and House of Repre-* General juris-
*sentatives, in Legislature assembled,* That it shall be within tices of the
the power, and be the duty of every Justice of the Peace Peace, and their
within his county, to punish by fine not exceeding five dol- al cases, in ar-
lars, all assaults and batteries that are not of a high and ag- recognizing and
gravated nature, and to examine into all homicides, mur- fenders.
ders, treasons, and felonies done and committed in his coun-
ty, and commit to prison all persons guilty, or suspected to be
guilty of manslaughter, murder, treason or other capital of-
fence ; and to cause to be staid and arrested, all affrayers, riot-
ers, disturbers or breakers of the peace, and such as shall
ride or go armed offensively, to the fear or terror of the good
citizens of this State, or such others as may utter any menaces
or threatening speeches; and upon view of such Justice,
confession of the delinquent, or other legal conviction of any
such offence, shall require of the offender to find sureties to
appear and answer for his offence, at the Supreme Judicial
Court, or Circuit Court of Common Pleas, next to be held
within or for the same county, at the discretion of the Justice,
and as the nature or circumstances of the case may require :
and for his keeping the peace, and being of the good behaviour,
until the sitting of the Court he is to appear before ; and to
hold to bail all persons guilty or suspected to be guilty of less-
er offences which are not cognizable by a Justice of the
Peace ; and require sureties for the good behaviour of dan-
gerous and disorderly persons ; and commit all such persons
as shall refuse so to recognize, and find such surety or sure-
ties as aforesaid ; and take cognizance of, or examine into all
other crimes, matters and offences, which by particular laws
are put within his jurisdiction.

SEC. 2. *Be it further enacted,* That all fines and forfeitures Breaches of the
accruing for the breach of any bye-law, in any town within towns may be
this State, may be prosecuted for, and recovered before any fore Justices of
Justice of the Peace in the town or county where the offence the Peace.
shall be committed, by complaint or information, in the same
way and manner other criminal offences are prosecuted be-
fore the Justices of the Peace within this State.

SEC. 3. *Be it further enacted,* That any person aggrieved Persons ag-
at the sentence given against him, by any justice of the Peace, appeal to the
may appeal therefrom to the next Circuit Court of Common Com. Pleas.
Pleas to be held within the same county, and shall, before his
appeal is granted, recognize to the State in such reasonable with sureties,
sum, not less than twenty dollars, as the Justice shall order,
with sufficient surety or sureties for his prosecuting his appeal ;
and shall be held to produce the copy of the whole process, and produce
and all writings filed before the Justice, at the Court appeal- at C. C. Com-

*Failing to prosecute his appeal, his default to be entered.* ed to. And if he shall not there prosecute his appeal, and produce the copies as aforesaid, the Court shall order his default to be noted upon their record. And the said Court may order the same case to be laid before the Grand Jury, or may issue an attachment against the body of such appellant, and cause him thereby to be brought before them, and when he is so in Court, shall affirm the sentence of the Justice against him, with all additional costs.

*Court may order such case to be laid before Grand Jury, or arrest appellant, and affirm sentence, &c.*

*Justices may command assistance of sheriff, deputies and constables at riots, affrays, &c.* SEC. 4. *Be it further enacted*, That each Justice shall have authority to command the assistance of every Sheriff, Deputy Sheriff, Constable, and all other persons present at any affray, riot, assault or battery, and may fine any person refusing such assistance, in a sum not exceeding six dollars; to be disposed of for the use of the town where the offence shall be committed; and levied by warrant of distress on the offender's goods and chattels, and for want thereof on his body.

*Justices may, on their own view, (in absence of sheriff, deputies or constables,) require any person to apprehend offenders.* SEC. 5. *Be it further enacted*, That any Justice of the Peace for the preservation thereof, or upon view of the breach thereof, or upon view of any other transgression of law, proper to his cognizance, done or committed by any person or persons whatever, shall have authority, (in the absence of the Sheriff, Deputy Sheriff or Constable,) to require any person or persons to apprehend and bring before him such offender or offenders. And every person so required, who shall refuse or neglect to obey the said Justice, shall be punished in the same manner as for refusing or neglecting to assist any Sheriff, Deputy Sheriff or Constable in the execution of his office as aforesaid. And no person who shall refuse or neglect to obey such Justice, to whom he shall be known, or declare himself to be a Justice of the Peace, shall be admitted to plead excuse on any pretence of ignorance of his office.

*Penalty for refusing to obey such Justice.*

*If the Justice be known or declared—plea of ignorance of his office not admissible.*

*Justices may grant subpœnas for witnesses in criminal cases:* SEC. 6. *Be it further enacted*, That Justices of the Peace within their respective counties, be, and they are hereby authorized and empowered to grant subpœnas for witnesses in all criminal causes pending before the Supreme Judicial Court and Circuit Court of Common Pleas, and before themselves or any other Justice: *Provided*, That no Justice of the Peace shall grant subpœnas for witnesses to appear in any Court, except before himself, to testify on behalf of the State, unless by the request of the Attorney General or County Attorney. And all Sheriffs, Constables and other officers are directed and empowered to serve any warrant issuing from a Justice of the Peace.

*But not on behalf of the State without consent of Attorney General, or County Attorney, except before himself.*

*Justices to account annually to State, County and Town Treasurers for all fines, &c.* SEC. 7. *Be it further enacted*, That the Justices of the Peace shall account annually with the Treasurer of the State, the Treasurer of their respective counties, and the town Treasurer, as the case may be, for all fines by them received or imposed, upon pain of forfeiting the sum of thirty dollars, to be sued for and recovered by the Treasurer of the State, the county or town Treasurer for the time being, to which the said fines may respectively belong.

*Penalty for neglect.*

Sec. 8. *Be it further enacted*, That all civil actions, where- *Justice's jurisdiction in civil actions, (where title to real estate is not in question,) to extend to 20 dollars.* in the debt or damage does not exceed twenty dollars, (and wherein the title of real estate is not in question, and specially pleaded by the defendant,) shall, and may be heard, tried, adjudged and determined by any Justice of the Peace within his county ; and the Justices are severally empowered to grant *Justices may issue summons, capias, attachment, &c.* summons, capias and attachment, at the request of any person applying for the same, directed to some proper officer within the same county, empowered by law to execute the same. And such summons or capias and attachment shall be *—to be served seven days before trial.* duly served by such officer, seven days at the least before the day therein set for trial, otherwise the party sued shall not be held to answer thereon ; and if after such process shall be *Proceedings before Justice.* duly served, the party sued, after being duly called, shall not appear to answer to the same suit, the charge against him in the declaration shall be taken to be true, and the Justice shall *Judgment, &c. if plaintiff prevail.* give judgment against him for such damages as he shall find the plaintiff to have sustained, with costs ; and if the person sued shall appear to defend the suit or oppose the same, the Justice shall award such damages as he shall find the plaintiff to have sustained : *Provided*, That no more damages than the *Damages not to exceed 20 dollars.* sum of twenty dollars shall be awarded in any action originally brought or tried before a Justice of the Peace ; but if the *Judgment in case defendant prevail.* plaintiff shall not support his action, shall fail to prosecute, or become nonsuit, the Justice shall award to the party sued, his reasonable costs, taxed as the law directs. And upon all *Execution.* judgments given by a Justice of the Peace in civil actions, he shall award execution thereon in form by law prescribed.

Sec. 9. *Be it further enacted*, That the amount of the sum *Justice to have jurisdiction where the ad damnum does not exceed 20 dollars.* or several sums, specified, expressed or supposed to be demanded by the plaintiff in his declaration, shall not be considered as any objection against the Justice's jurisdiction, provided the ad damnum, or damage is not laid or stated to exceed twenty dollars.

Sec. 10. *Be it further enacted*, That any party aggrieved *Party aggrieved may appeal to C. C. Common Pleas.* at the judgment of any Justice of the Peace, in a civil action, where both parties have appeared and plead, may appeal therefrom to the next Circuit Court of Common Pleas to be held within the same county ; and shall before his appeal is *—Must recognize to prosecute.* allowed, recognize with a surety or sureties, in such reasonable sum as the Justice shall order, not exceeding thirty dollars, to pay all intervening damages and costs, and to prosecute his appeal with effect ; and shall be held to produce a copy of the whole case, at the Court appealed to, and both *and produce copies at C. C. C. parties—Proceedings in that Court.* parties shall be allowed to offer any evidence upon the trial at the Circuit Court of Common Pleas, in the same manner as if the cause had been originally commenced there. And no *No further appeal.* other appeal shall be had on such action after one trial at the Circuit Court of Common Pleas. And the Circuit Court of *Defendant in trespass failing to bring for-* Common Pleas, when any person recognized as before men-

288                        POWER OF JUSTICES.

ward the action according to his recognizance.—Plaintiff to have his damages.

tioned to bring forward an action of trespass, doth neglect to do it, upon complaint thereof made in writing by the plaintiff, shall give judgment for such sum in damages, as the plaintiff hath declared for, together with all reasonable costs which accrued both in the same Court and before the Justice. And

Appellant failing to prosecute, on complaint judgment may be affirmed.

the Circuit Court of Common Pleas shall, when any appellant thereto shall fail to prosecute his appeal, or if he shall neglect to produce a copy of the case, affirm the former judgment upon the appellee's complaint, and award such additional damages as shall have arisen in consequence of the said appeal, and cost.

In action of trespass when defendant *pleads title to real estate—*mode of proceeding before Justice.

SEC. 11. *Be it further enacted*, That when an action of trespass shall be brought before any Justice of the Peace, and the defendant shall plead the general issue, he shall not be allowed to offer any evidence that may bring the title of real estate in question. And when the defendant in any such action shall plead the title of himself or any other person in justification, the Justice upon having such plea plead, shall order the defendant to recognize to the adverse party in a reasonable sum, with sufficient surety or sureties to enter the said action at the next Circuit Court of Common Pleas to be holden within the same county, and to prosecute the same in the same manner as upon an appeal from a Justice's judgment; and if such pleader shall refuse so to recognize, the Justice shall render judgment against him, in the same manner as if he had refused to make answer to the same suit. And either

Appeal allowed in such cases from C. C. C. Pleas to S. J. Court.

party in such cause, shall be allowed to appeal from the judgment of the Circuit Court of Common Pleas, in the same manner as if the suit had been originally commenced there.

General issue may be plead in all actions before Justices and special matter given in evidence except where *title* to real estate is relied on by defendant.

SEC. 12. *Be it further enacted*, That in all civil actions triable before a Justice of the Peace, except such actions of trespass wherein the defendant means to avail himself, by pleading the title of himself or any other person under whom he claims in justification of the trespass or trespasses alleged to be committed on real estate; the defendant shall be entitled to all evidence, under the general issue, which by law he might avail himself of under any special plea in excuse or justification, any law, usage or custom to the contrary notwithstanding.

Justices may grant subpœnas in *all* civil actions.

SEC. 13. *Be it further enacted*, That each Justice of the Peace may grant subpœnas for witnesses in all civil actions and causes pending before the Supreme Judicial Court, Circuit Court of Common Pleas, Court of Sessions, and before him or any other Justices, and in all civil actions and causes

May adjourn their Courts by proclamation:

pending before arbitrators or referees. And every Justice of the Peace shall have power by public proclamation to adjourn the trial of any action brought before him, from time to time,

No Justice to be of counsel in any suit before himself.

when equity may require it; but he shall not be of counsel to either party, or undertake to advise or assist any party in suit before him.

SEC. 14. *Be it further enacted,* That when an executor or administrator shall be guilty of committing waste, whereby he is rendered unable to pay the judgment recovered before any Justice of the.Peace, against the goods and estate of the deceased in his hands, out of the same, the Justice may proceed against the proper goods and estate of such executor or administrator, in the same manner as the Circuit Court of Common Pleas are empowered to do. *[marginal: In case of waste by executor or administrator, Justice may proceed as C. C. C. Pleas may in such cases.]*

SEC. 15. *Be it further enacted,* That each Justice of the Peace shall keep a fair record of. all his proceedings; and when any Justice of .the Peace shall die before a judgment given by him is paid and satisfied, it shall be in the power of any Justice of the Peace in the same county to grant a scire facias upon the same judgment, to the party against whom such judgment was rendered up, for him to show cause if any he hath, why execution should not be issued against him. And although the costs and debt awarded by the deceased Justice when added together, shall amount to more than twenty dollars, it shall be no bar upon such scire facias, but judgment shall be given thereon for the whole debt and cost, together with the cost arising upon the scire facias. *Provided always,* That either party may appeal from the judgment as in other personal actions, where judgment is given by a Justice of the Peace. And every Justice of the Peace who shall have complaint made to him, that a judgment given by a Justice of the same county then deceased, remains unsatisfied, shall issue his summons to the person in whose possession the record of the same judgment is, directing him to bring and to produce to him the same record ; and if such person shall contemptuously refuse to produce the same record, or shall refuse to be examined respecting the same, upon oath, the Justice may punish the contempt by imprisonment, until he shall produce the same, or until he submits to be examined as aforesaid; and when the Justice is possessed of such record, he shall transcribe the same upon his own book of records, before he shall issue his scire facias ; and shall deliver the original back again to the person who shall have produced it, and a copy of such transcription, attested by the transcribing Justice, shall be allowed in evidence in all cases, where an authenticated copy of the orignal might be received. *[marginal: Justice to keep record of his proceedings. When Justice shall die before a judgment given by him is satisfied what proceedings to be had. Appeal allowed to either party. Justice to whom complaint is made in such cases may summon the person possessing the record to produce it. Punishment for refusal so to do. Duty of the Justice when the record is produced, to transcribe it into his own records. Copy of such transcript to be evidence.]*

SEC. 16. *Be it further enacted,* That all Justices of the Peace before whom actions may be commenced under former commissions, and such commissions shall expire before judgment shall be rendered thereon, or judgment being rendered, the same remains in whole or in part unsatisfied, such Justices of the Peace who shall hereafter have their said commissions seasonably renewed, and being duly qualified agreeably to the Constitution of this State, to act under such commissions, be and they hereby are authorized and empowered to render judgment, and issue execution on all such ac- *[marginal: Justices, whose commissions expire before judgment or satisfaction, may proceed, under a new commission, seasonably obtained. to render judgment, &c.]*

37

RECOVERY OF DEBTS.

tions, commenced as aforesaid, in the same manner as if the commissions under which such actions may be commenced, were in full force.

[Approved March 15, 1821.]

————— :oo: —————

## CHAPTER LXXVII.

An Act providing a speedy Method of recovering Debts, and for preventing unnecessary costs attending the same.

*Justices may take recogniz- ances for debts.* SEC. 1. BE it enacted by the Senate and House of Representatives, in Legislature assembled, That every Justice of the Peace in this State shall have power within his county to take recognizances for the payment of debts of any person who shall come before him for that purpose: which recognizance may be in substance as follows:—

*Form of recognizance.* Know all men, that I, A. B. of       , in the County of       , do owe unto C. D. of       , the sum of       , to be paid to the said C. D. on the       day of       ; and if I shall fail of the payment of the debt aforesaid, by the time aforesaid, I will and grant that the said debt shall be levied of my goods and chattels, lands and tenements, and in want thereof of my body. Dated at       , this       day of       , in the year of our Lord       . Witness, my hand and seal       A. B.

ss. Acknowledged the day and year last abovesaid. Before E. F. Justice of the Peace.

*To be recorded by the Justice.* SEC. 2. Be it further enacted, That every Justice of the Peace taking any such recognizance, shall immediately record the same at large in a book to be kept by him for that purpose; and after the same is recorded, may deliver it to the Conusee; and upon the Conusee's lodging the same with *Execution may issue thereon within 3 years.* the said Justice, at any time within three years from the time when the same is payable, and requesting a writ of execution, it shall be the duty of such Justice to issue a writ of execution thereon for such sum as shall appear to be due on the same; which writ of execution shall be in substance as follows:

State of Maine.

(SEAL.) To the Sheriff of the County of       , or his deputy, or either of the Constables of the town of       , in said County,                                           Greeting.

*Form of execution.* Because A. B. of       , in the County of       , on the day of       , in the year of our Lord       before E. F. Esq. one of the Justices of the Peace for the said County of       , acknowledged that he was indebted to C. D. of       , in the county of       in the sum of       which he ought to have paid on the       day of       , and       remains unpaid as it is said : We command you therefore, that of the goods, chattels or real estate of the said A. B. within your precinct, you cause to be paid and satisfied unto the said C. D. at the value

Case 1:15-cv-00162-CKK   Document 46-2   Filed 02/18/16   Page 38 of 45

# TITLE FIFTEENTH.

## Of Justices of the Peace.

CHAPTER 97.   General powers, duties and jurisdiction of justices in criminal cases.

         98.   Jurisdiction in bastardy cases.

         99.   Justices' jurisdiction in civil cases of debt.

       100.   Justices' jurisdiction in trespass cases.

       101.   Justices' jurisdiction in cases of forcible entry and detainer; and of holding over.

---

## CHAPTER 97.

### GENERAL POWERS, DUTIES AND JURISDICTION OF JUSTICES IN CRIMINAL CASES.

| | |
|---|---|
| SEC. 1. Number in the several counties. | SEC. 21. To indorse the names of witnesses. |
| 2. Power to issue process. | 22. To arrest persons complained against. |
| 3. To keep records. Adjournments. | 23. Warrant may be executed in any county. |
| 4. To issue subpoenas. | 24. Bail for appearance; how taken; by whom. |
| 5. To administer oaths. |       Commitment in default of bail. |
| 6. To punish contempts. | 25. How discharged from prison on bail. |
| 7. To arrest without warrant. | 26. Capital cases; when bail may be taken |
|      To commit or bind to appear. | 27. Bail in other cases; how determined. |
|      Form of commitment. | 28. How taken by sheriff. &c. |
|      Form of binding TO KEEP THE PEACE. | 29. SEARCH WARRANTS, when and how to be issued. |
| 8. Power to punish assaults and batteries. |       Complaint must be in writing. |
|      Form of binding to ANSWER CHARGE. |       Warrant; how directed. |
|      Binding witnesses to appear. |       When it may be executed at night. |
| 9. To permit parties to settle cases of assault and battery. | 30. Power of justice to try certain offences by slaves. |
| 10. Not to receive fine or costs. | 31. Power of two justices to try slaves. |
|      To put it in charge of a constable. |       Order on master to pay restitution, &c. |
| 11. To certify fines to the auditor. Penalty. |       Service of notice on master; verification. |
| 12. Power to BIND OVER FOR THREATS. | 32. Power to punish Sabbath breaking. |
| 13. To cause arrests of peace breakers, &c., &c. | 33. Duty of representatives of a deceased justice to deliver records; penalty. |
| 14. To fine drunkards and swearers. | 34. Duty of justice to give transcripts, copies, &c.; penalty. |
| 15. To punish those who resist authority. |       Originals may be required by the court. |
| 16. Mode of proceeding in criminal cases. | 35. Duty to attend elections; penalty. |
| 17. After arrest. | |
| 18. The examination. | |
| 19. The commitment or binding to appear. | |
|      Binding witnesses. | |
| 20. To deliver recognizances to clerk of the peace. Fee. | |

### Number.

**2003**
**Number.**

SEC. 1. The number of justices of the peace now allowed by the constitution and laws, shall, two-thirds of each house of the legislature concurring, continue to be in the several counties, as follows:

**New Castle.** in New Castle county twenty, of whom one shall reside in Red Lion hundred, within one mile of Delaware City, one in the town of St. Georges, and one in Christiana hundred; in Kent county eighteen;

**Kent.**
**Sussex.** and in Sussex county twenty, one of whom shall reside within two miles of Cannon's Ferry.

### General powers and duties.

**2004**
**May issue process.**

SEC. 2. Justices of the peace may issue all writs, warrants and process proper to carry into effect the powers granted to them; and

**Forms.** when no form is prescribed by statute, they shall frame one in con-

formity with the law, in substance; and, when substantially right, such process shall not be invalid for any defect in form. All sheriffs, deputy-sheriffs, coroners and constables are required duly to serve all legal writs, warrants and process to them directed by any justice of the peace.

SEC. 3. Each justice of the peace shall keep a record of all his judicial proceedings in criminal as well as civil cases.

*2005 Records.*

He shall have power to adjourn cases on trial before him, taking security for the appearance of the party complained against.

*2006 Adjournments.*

SEC. 4. He may issue summonses for witnesses in all cases pending before himself, and in all civil cases pending before any magistrates, referees, arbitrators, or other persons authorized to examine witnesses.

*2007 Subpoenas.*

SEC. 5. He may administer oaths in all cases where an oath is required by law.

*2008 Oaths.*

SEC. 6. Every justice of the peace may punish such disorderly conduct as shall interrupt any judicial proceedings before him, or before referees appointed by him, or which shall be a contempt of his authority, by fine not exceeding ten dollars, or by imprisonment in the jail of the county not exceeding ten days.

*2009 Power to punish contempts.*

SEC. 7. Every justice of the peace may, as a conservator of the peace, upon view of any affray, riot, assault, or battery, within his county, without any warrant in writing command the assistance of any sheriff, deputy-sheriff, coroner, or constable, and of all other persons present, for suppressing the same, and arresting all who are concerned therein, and may commit or bind them to surety of the peace and for their appearance at the proper court.

*2010 Power to arrest without warrant.*

A commitment may be in this form:—

*2011 Commitment.*

——— *County, ss.   The State of Delaware:   To A. B., constable, and to the keeper of the jail of said county: this is to command you the said constable forthwith to convey and deliver into the custody of the keeper of said jail the body of C. D. charged, before E. F. a justice of the peace for said county, on oath by G. H. with* (here state the offence), *and you the said keeper of the jail are hereby required to receive the said C. D. into your custody in said jail, and him there safely keep until he be thence delivered by due course of law.*

{ L. S. }   *Given under my hand and seal this ——— day of ———*
*A. D., 18—.*                                              *J. P.*

Binding to *keep the peace* and for appearance at court may be in this form:

*2012 Binding TO KEEP THE PEACE.*

——— *County, ss.   State of Delaware.   BE IT REMEMBERED, that C. D., of ——— hundred, and R. S. and T. W., of ——— hundred, in said county, personally appeared before E. F., a justice of the peace for said county, and acknowledged to owe the State of Delaware the sum of ——— dollars, to be levied on their goods and chattels, lands and tenements respectively, for the use of the said State: UPON CONDITION, that if the above bound C. D. be and appear before the next Court of General Sessions of the Peace and Jail Delivery, to be held*

at ——, *for the county aforesaid, there to answer such matters as shall be objected against him by G. H., and shall in the mean time keep the peace and be of good behavior towards all the people of this State, and especially towards the said G. H., and shall not depart the court without leave thereof, then this recognizance to be void, otherwise to be in full force and virtue.*

*Taken, signed and acknowledged before E. F., a justice of the peace for said county, the —— day of ——, A. D., 18—.*

**2013**
**Power to punish assaults and batteries.**

SEC. 8. Every justice of the peace may punish by fine, not exceeding ten dollars, all assaults and batteries, and other breaches of the peace punishable by any law of the State, when the offence is not of a high or aggravated nature: *provided,* that the defendant shall, in writing, submit to his decision: *and provided also,* that after hearing, he shall consider that the case ought not to be submitted to a higher jurisdiction; otherwise he shall commit, or bind, the defendant for his appearance at the proper court to answer the charge, and shall also bind the witnesses for their appearance and may require surety of them, if necessary. He may also punish, by such fine, any offence against an authorized ordinance of a city, or town.

**2014**
**Binding to ANSWER CHARGE.**

Binding for appearance *to answer* may be thus:—

—— *county, ss. The State of Delaware.* BE IT REMEMBERED, *that C. D., of —— hundred, and R. S. and T. W., of —— hundred, in said county, personally appeared before E. F., a justice of the peace for said county, and acknowledged to owe the State of Delaware the sum of —— dollars, to be levied on their goods and chattels, lands and tenements respectively for the use of the said State:* UPON CONDITION, *that if the above bound C. D., be and appear before the next Court of General Sessions of the Peace and Jail Delivery, to be held at ——, for the county aforesaid, there to answer such matters and things as shall be objected against him, and particularly touching a charge* (here state the offence charged) *said to have been committed by the said C. D., at —— hundred, in said county, on the —— day of ——, and shall not depart the court without leave thereof; then this recognizance to be void, otherwise to be in full force and virtue.*

*Taken, signed and acknowledged before E. F., a justice of the peace for said county, the —— day of———, A. D., 18—.*

**2015**
**Binding a witness to appear.**

Binding a *witness* for appearance may be in the same form, substituting for the words "there to answer such matters," &c., down to "and shall not depart the court," the words "*as a witness for the State.*" A recognizance, when taken by a justice of the peace, or a judge out of court, shall be signed by the parties bound.

**2016**
**Parties may settle assaults and batteries.**

SEC. 9. In every case of assault and battery the justice may permit the parties to settle the matter; and either discontinue the proceedings or annul any recognizance, on payment of costs.

**2017**
**Not to receive fines.**

SEC. 10. He shall, in no case, receive a fine, or costs, imposed by him; but upon imposing any fine, he shall charge a constable present with the defendant, and enter the constable's name on his docket,

and if the fine and costs be not paid, the constable shall convey said defendant to jail, for which a copy of the judgment shall be a sufficient warrant.

SEC. 11. Every justice of the peace shall transmit to the auditor of accounts, by mail, on the first Tuesday of April and October in each year, a duly certified list of the cases in which any fine, or forfeiture, has been imposed by him before that time; stating the party, the fine, and the name and place of residence of the constable chargeable. Any neglect of this duty shall be deemed a misdemeanor, and shall be punished by fine not exceeding one hundred dollars; and the court shall, on conviction of such justice, transmit a copy of the record to the general assembly.

*2018*
*To certify fines to auditor.*

*Penalty.*

SEC. 12. Whoever shall threaten to kill, or wound, another, or to injure him in person, or estate, shall, on proof of such threats, before a justice of the peace, either by the oath of the party threatened, or otherwise, and on affidavit, by the said party, that he believes, from such threatening, he is in danger to be hurt in body, or estate, be bound to surety of the peace, and for his appearance at the next Court of General Sessions for the county.

*2019*
*Power to bind over for THREATS*

SEC. 13. Any justice of the peace may also cause to be arrested and bind to surety of the peace all affrayers, rioters, breakers and disturbers of the peace, and all who go armed offensively to the terror of the people, or are otherwise disorderly and dangerous.

*2020*
*To cause arrests.*

SEC. 14. He may also cause to be arrested any drunken person, or any person who, in his hearing, shall profanely swear by the name of God, Christ Jesus, or the Holy Spirit; and such person, being thereof convicted by view of the justice, or other proof, shall be fined by him fifty cents for every such profane oath, and fifty cents for every such offence of being drunk.

*2021*
*Drunkards; swearers.*

SEC. 15. If any person, arrested by warrant, or order, of any court of justice, magistrate, or justice of the peace, shall use abusive, railing, or threatening speeches against such court, magistrate, or justice, or shall resist, or assault, any person executing, or aiding in the execution of any such warrant, or order, he shall be fined by such court, magistrate, or justice, any sum not exceeding fifteen dollars.

*2022*
*To punish those who resist authority.*

SEC. 16. When complaint is made in due form to a justice, alleging that an offence has been committed, the justice shall carefully examine the complainant on oath, or affirmation, and if he considers there is probable ground for the accusation, he shall issue his warrant.

*2023*
*Proceedings in criminal cases; complaint.*

A warrant of arrest may be in this form:

*2024*
*Warrant of arrest.*

———— *County, ss.* *The State of Delaware,*
    *To any constable of said county, greeting:*

*Whereas G. H. of* ———— *hath upon oath* (or affirmation) *before me, a justice of the peace of said county declared that on the* ———— *day of* ———— *at* ———— (state the offence charged) *and that he hath just cause to suspect and doth suspect C. D. of* ———— *hundred, of committing the said offence: You are therefore hereby commanded to take the said*

334                                LAWS OF THE

C. D. and bring him before me, or some other justice of the peace of
the county, forthwith, to answer said charge.

{ L. S. }  Witness the hand and seal of the said justice, the ———
         day of ——— A. D. 18—.

**2025**
**How di-**
**rected.**
In case of emergency, the warrant may be directed to the sheriff,
or coroner, or to any person the justice may name.

**2026**
**Proceeding**
**on arrest.**
SEC. 17. Upon the arrest of any person so charged, the justice,
before whom he is brought in the county where the offence was com-
mitted, shall try the case so far as to determine whether the defend-
ant ought to be discharged, or bound for his appearance at court,
or held to answer finally before the justice; in which last case, the
justice shall proceed to hear fully and to determine the case. But
if the matter be not properly cognizable before the justice for final
decision, he shall commit, or bind the party for his appearance at
the court having cognizance of the case.

**2027**
**Examina-**
**tion.**
**Voluntary**
**declarations**
SEC. 18. He shall examine the party accused, taking his volun-
tary declarations, without threats, or promises, and shall also ex-
amine the witnesses in the presence of the accused.

**2028**
**In felonies**
**to be in wri-**
**ting.**
If the offence is a felony, he shall reduce the examination of the
accused to writing, and read it to him, and offer it for his signature.
The justice shall sign it.

**2029**
**Testimony**
**in writing.**
He shall also reduce to writing the testimony of each witness, if
material, read it to him in the presence of the accused, sign it, and
require the witness to sign it. In case of the death of the witness,
it shall be evidence on the trial.

**2030**
**Commit-**
**ment; or**
**binding to**
**appear.**
SEC. 19. If he considers there is probable ground for the accusa-
tion, he shall, in case of a capital crime, commit the accused for
trial, and in any other case bind him, with sufficient surety, for his
appearance at the next Court of General Sessions of the Peace and
Jail Delivery for the county where the offence is alleged to have
been committed; and, if he do not give such surety, shall commit
him for trial. But when the accused is carried before a justice in
another county than that wherein the warrant was issued, he shall
be held to surety for his appearance, of course.

**2031**
**Binding the**
**witnesses.**
He shall also bind material witnesses for their appearance, with-
out surety, unless he believes the witness will not appear, and that
the loss of his testimony ought not to be risked; in which case, he
may require surety and may commit the witness if it be not given.

**2032**
**[2014, &c.]**
Such binding of the accused, and of the witnesses, shall be by re-
cognizance, as provided in section 8.

**2033**
**To deliver**
**recognizan-**
**ces, &c.**
SEC. 20. Each justice of the peace shall deliver every recogni-
zance, examination and deposition, by him taken, touching any of-
fence, to the clerk of the peace of his county ten days before the
next Court of General Sessions, if the court do not sit sooner; and
if so, then at the session of the court. For this service, he shall
**Fee.**
receive one dollar from the county if the service be rendered ten
days before the court.

**2034**
**Names of**
**witnesses to**
**be indorsed.**
SEC. 21. He shall indorse on the recognizance the names of the
material witnesses, and the clerk shall issue subpœnas for their ap-

pearance on the first day of the court, or otherwise as the attorney general may direct.

SEC. 22. Every justice shall cause to be arrested, on proper complaint, all persons found within his county charged with any offence; and all persons who, after committing any offence in such county, shall escape out of the same.

*2035 Duty to arrest persons complained against.*

SEC. 23. A warrant of arrest, issued by a justice in one county, may be executed in any county of the State; and the constable, or officer, having it in hand, may command aid as in his own county; but he shall, upon request, carry the defendant before some justice of the county, where he is arrested, to be bailed, if he offer sufficient bail and the offence is bailable; otherwise he shall convey him from the county in execution of his warrant.

*2036 Warrant, where executed.*

SEC. 24. In criminal cases, bail for the appearance of the accused, except when taken by the sheriff, or officer to whom process is directed, and security for the appearance of a witness, shall be given by recognizance. Each judge of the Superior Court, and every justice of the peace shall have authority to take such recognizance; and when so taken out of court, the recognizance shall be signed by the recognizors. When a person is committed for want of bail, or security, the sum required shall be set down on the commitment.

*2037 Bail for appearance, how taken.*

*By whom.*

*Commitment.*

SEC. 25. A person, so committed, shall be discharged upon giving sufficient bail, or security; and any judge, or justice, may require such person to be brought before him for that purpose.

*2038 How discharged.*

SEC. 26. A capital offence shall not be bailable; but the Court of General Sessions of the Peace and Jail Delivery, when in session, or any judge thereof in vacation, may admit to bail a person accused of such offence before indictment found, if, upon full inquiry, it appears that there is good ground to doubt the truth of the accusation. On such inquiry, the justice, or officer who committed the accused, shall be summoned, and care shall be taken to hear the proper witnesses.

*2039 Capital cases.*

*When bail may be taken.*

SEC. 27. When a person arrested by virtue of process issued upon an indictment, or presentment, except for a capital crime, and except process returnable forthwith, offers sufficient bail, it shall be taken, and the person discharged. The court awarding the process, or any judge thereof, or the attorney general, may determine the sum in which bail shall be taken, and set it down on the process; or if no sum be so determined, the officer issuing the process shall set down what sum he deems reasonable for bail.

*2040 Bail in other cases.*

*How determined*

SEC. 28. Bail shall be taken by the sheriff, or officer to whom the process is directed, by a joint and several bond executed, by the accused and his bail, to the State, in the sum set down for bail upon the process, with condition, in substance, *that if the accused shall appear in the court, mentioned in the process, at the place and time of the return thereof, to answer as expressed therein, and shall not depart the court without leave, the said bond shall be void.* Bond so taken, shall be returned with the process, and, if default be made, it shall be recorded thereon in the same manner as in the case of a recognizance.

*2041 How taken by sheriff.*

336

LAWS OF THE

**2042**
Search warrants, when and how to be issued.

SEC. 29. Any justice of the peace, or other magistrate authorized to issue warrants in criminal cases, may, within the limits of his jurisdiction, issue his warrant to search any house, or place, for property stolen, or concealed, or for forged, or counterfeited coins, bank bills, or other writings, or for any instrument, or materials, for making the same, and in other cases and for persons when such search is authorized by law, in the manner prescribed by this section and not otherwise, namely:

**2043**
Complaint in writing.

The application, or complaint, shall be in writing, signed by the complainant and verified by his oath, or affirmation. It shall designate the house, or place, to be searched, and the owner, or occupant thereof (if any), and shall describe the things, or persons sought, as particularly as may be, and shall substantially allege the offence committed by, or in relation to such person, or thing, or the cause for which said search is made, and that the complainant has probable cause to suspect, and does suspect that the same is concealed in the house, or place, designated.

**2044**
How directed.

The warrant may be directed to any proper officer, or to any other person by name, for service; it shall recite the essential facts alleged in the complaint, and may be made returnable before the magistrate, or justice, issuing it, or before any other magistrate, or justice, before whom it shall also direct to be brought the person, or thing, searched for, if found, and the person in whose custody, or possession, the same may be found, to be dealt with according to law.

**2045**
When it may be executed at night.

A search warrant shall not authorize the person executing it to search any dwelling-house in the night time, unless the magistrate, or justice, shall be satisfied that it is necessary in order to prevent the escape, or removal, of the person, or things, to be searched for; and then the authority shall be expressly given in the warrant.

**2046**
Power to try offences by SLAVES.

SEC. 30. Justices of the peace shall severally have jurisdiction to try and punish any slave who shall join, or be wilfully present at any riot, rout, or unlawful assembly, or who shall commit an assault and battery on any person, or who shall, without the special permission of his master, go armed with any dangerous weapon. In every case of conviction under this section, the justice shall give judgment

Judgment for costs.

against the master for the costs of the prosecution, and may issue execution thereon as upon a judgment for debt.

**2047**
Power of two justices to try offences by SLAVES.

SEC. 31. Any two justices of the peace for the county shall have jurisdiction to try and punish any slave for the offence of stealing, taking and carrying away any goods, chattels effects, bank note, money, bill, promissory note, check, order, bond, or written contract for the payment of money, or delivery of goods, or of receiving, or concealing, any such stolen property knowing it to be stolen, or taken by robbery.

**2048**
Order on master to pay costs, &c.

The justices, on conviction of such slave, shall assess the value of the property, so stolen or concealed, unless it shall have been restored, and tax the costs; and shall make an order that the master pay the same, and shall commit the slave until payment, or sale, as

[1577.] provided in chapter 80.

App. 41

They shall indorse on any process for the arrest of a slave under <span>2049<br>Service on<br>master.</span> this section, an order that the constable shall serve a copy of such process on the master as provided in respect to an original sum- <span>[2006]</span> mons.

The trial shall not proceed, without the appearance of the master, <span>2050<br>To be veri-<br>fied.</span> until the return of the service of such copy is duly verified.

SEC. 32. Justices of the peace shall severally have jurisdiction of <span>2051</span> the several offences mentioned in section 4, of chapter 131, being <span>[2902, &c.]</span> violations of the Sabbath day; and may proceed therein upon their own view, or on other competent evidence.

SEC. 33. Upon the death of a justice, or expiration of his term of <span>2052<br>Duty of ex-<br>ecutors of a<br>justice in<br>respect to<br>his records.</span> office, and the appointment of another, it shall be the duty of such justice, or his executors, or administrators, to deliver all his dockets and records, within three months, to his successor in office, if ap- pointed within that time; and if not, then with one of the nearest justices of the same county. The neglect of this duty shall be a misdemeanor punishable by fine of fifty dollars; and the Superior <span>Penalty.</span> Court may name the justice to whom the delivery shall be made, and enforce an order for such delivery by fine and imprisonment.

SEC. 34. It is the duty of a justice of the peace, upon request <span>2053<br>Duty of jus-<br>tice to give<br>TRANSCRIPT.</span> and payment, or tender, of the legal fee, to make and certify, un- der his hand and seal, a true transcript of all the docket entries in any cause before him, or upon any record in his possession, or if specially required, a full and true copy of all the records, entries, <span>Or full<br>copies.</span> process and papers in or touching such cause; and such transcript, or copy, shall be received in evidence in any court.

Upon an appeal, a transcript shall be sufficient, unless a full copy <span>2054<br>On appeals.</span> be specially requested. Upon a certiorari, the justice shall make a <span>On certiora-<br>ri.</span> full copy of the entire record and proceedings.

If any justice of the peace shall, upon such request and payment, <span>2055<br>Penalties.</span> or tender, of the lawful fees, refuse or neglect to perform the duty above required, or shall falsely certify any such transcript, or full copy, or shall use any fraud, falsehood, or deceit, in making the same, he shall be deemed guilty of a misdemeanor, and shall be fined not exceeding one hundred dollars, and shall be liable to the party aggrieved in double damages.

The Superior Court may, in a proper case, supported by affidavit, <span>2056<br>Originals<br>may be re-<br>quired.</span> require the production of the original record.

SEC. 35. Every justice of the peace shall attend, at the place of <span>2057<br>Duty to at-<br>tend elec-<br>tions.</span> election in his hundred, on the day of every general election, or special election, from the opening to the closing of the poll, and shall take care that the peace shall be kept, and that the election shall not be interrupted, or disturbed.

If any justice shall refuse, or wilfully neglect, to perform this <span>2058<br>Penalty.</span> duty, or to obey the lawful commands of the inspector of such elec- tion, he shall be deemed guilty of a misdemeanor and shall be fined one hundred dollars.