# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BRIAN WRENN, et al.

*Plaintiffs*,

v.

DISTRICT OF COLUMBIA, et al.

*Defendants*.

Civil Action No. 15-162-CKK

## [PROPOSED] ORDER GRANTING MOTION OF EVERYTOWN FOR GUN SAFETY FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANTS

It is hereby ORDERED that the motion of Everytown for Gun Safety for leave to file an *amicus curiae* brief in support of the defendants, filed with this Court on February 18, 2016, is GRANTED; and it is further

ORDERED that the Brief of *Amicus Curiae* Everytown for Gun Safety in Support of Defendants is deemed filed in the above-captioned proceeding.

IT IS SO ORDERED.

Dated:

                                                  The Honorable Colleen Kollar-Kotelly
                                                  United States District Judge

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 18, 2016, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the District of Columbia by using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.

                                                    */s/ Deepak Gupta*
                                                    Deepak Gupta