**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRIAN WRENN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.,* <br><br> Defendants. | Civ. Action No. 15-cv-00162 (CKK) |

**ORDER**

Upon consideration of the Plaintiffs' Motion for Preliminary Injunction, the Memoranda of Points and Authorities in Support thereof and the Defendants' Opposition thereto, the entire record herein, and it appearing that the relief should be denied, it is hereby:

ORDERED, that Plaintiffs' Motion for Preliminary Injunction is hereby DENIED.

SO ORDERED.

DATE: _____       _____
                                                                            Colleen Kollar-Kotelly
                                                                            United States District Judge