UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN WRENN, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | Civ. Action No. 15-cv-00162 (CKK) |

**DEFENDANTS' NOTICE REGARDING THE STATUS OF
PLAINTIFFS' CONCEALED-CARRY LICENSES**

On May 18, 2015, Judge Fredrick J. Scullin, Jr. granted plaintiffs' motion for preliminary injunction and issued an order enjoining the Defendants from enforcing the "good reason" requirement against plaintiffs Brian Wrenn, Joshua Akery, and Tyler Whidby. *See* Doc. No. 6. In May and early-June 2015, before the D.C. Circuit entered a stay of the preliminary injunction, the District of Columbia Metropolitan Police Department (MPD) issued concealed-carry licenses to the three named plaintiffs in accordance with the Court's May 18, 2015 Order. *See* Doc. No. 18. On January 28, 2016, the D.C. Circuit issued the mandate vacating that injunction. Doc. No. 37. Because there is now no legal basis for those licenses, MPD has begun the process of revoking them.

DATE: February 23, 2016.            Respectfully submitted,

                        KARL A. RACINE
                        Attorney General for the District of Columbia

                        ELIZABETH SARAH GERE
                        Deputy Attorney General
                        Public Interest Division

/s/ Toni Michelle Jackson
TONI MICHELLE JACKSON (#453765)
Chief, Equity Section

/s/ Andrew J. Saindon
ANDREW J.SAINDON (#456987)
Senior Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 730-1470
Email: andy.saindon@dc.gov

/s/ Chad A. Naso
CHAD A. NASO (#1001694)
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 724-7854
Facsimile: (202) 741-8951
chad.naso@dc.gov

*Counsel for the District of Columbia*