IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN WRENN, et al., ) | Case No. 15-CV-162-CKK |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiffs Brian Wrenn, Joshua Akery, Tyler Whidby, and Second Amendment Foundation, Inc., hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Court's memorandum and order entered March 7, 2016, denying Plaintiffs' motion for a preliminary injunction [ECF 54].

Dated: March 7, 2016                        Respectfully submitted,

                                                      Alan Gura (D.C. Bar No. 453449)
                                                    Gura & Possessky, PLLC
                                                    916 Prince Street, Suite 107
                                                    Alexandria, VA 22314
                                                    703.835.9085/Fax 703.997.7665

                                    By:  /s/ Alan Gura
                                                  Alan Gura
                                                 Attorney for Plaintiffs