IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN WRENN, et al., ) | Case No. 15-CV-162-CKK |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

CONSENT MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE

Plaintiffs Brian Wrenn, Joshua Akery, Tyler Whidby, and the Second Amendment Foundation, Inc., by and through undersigned counsel, respectfully move to continue the initial scheduling conference currently set for April 22, 2016.

The parties have met and conferred over this motion, to which Defendants consent.

In support of this motion, undersigned counsel avers:

1. April 22 is the first night of Passover. Plaintiffs' counsel has significant family commitments that day that would be challenging in light of a morning court appearance.

2. Plaintiffs' counsel may already be required to attend a status conference set for the previous afternoon in Baton Rouge, Louisiana, in *Lee v. Lynch*, U.S. Dist. Ct. M.D. La. No. 3:16-CV-00089. The conference may yet come off calendar, but if turns out counsel's attendance is required in Louisiana that day, a similar motion will be filed in that case.

3. Counsel for both sides are available for an initial scheduling conference in this matter on almost any subsequent Friday: April 29, May 6, May 20, and May 27. Counsel would also be available on various days that are not Fridays.

Wherefore, Plaintiffs respectfully ask that the initial scheduling conference be continued to April 29, May 6, May 20, or May 27; or to some other date agreeable to the Court and to both sides.

Dated: March 9, 2016                    Respectfully submitted,

                                                 Alan Gura (D.C. Bar No. 453449)
                                                 Gura & Possessky, PLLC
                                                 916 Prince Street, Suite 107
                                                 Alexandria, VA 22314
                                                 703.835.9085/Fax 703.997.7665

                       By:   /s/ Alan Gura
                                 Alan Gura
                                 Attorney for Plaintiffs