IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN WRENN, et al.,              )<br>                                                     )<br>    Plaintiffs,                         )<br>                                                     )<br>    v.                                      )<br>                                                     )<br>DISTRICT OF COLUMBIA, et al.,  )<br>                                                     )<br>    Defendants.                       )<br>_____ ) | Case No. 15-CV-162-CKK |

[PROPOSED] ORDER

This matter came before the Court on Plaintiffs' consent motion to continue the initial scheduling conference.

For good reason, the motion is granted.

The initial scheduling conference is continued to _____, 2016, at ____ in Courtroom ____.

SO ORDERED.

This the ___ day of March, 2016

_____
The Hon. Colleen Kollar-Kotelly
United States District Judge