IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN WRENN, et al., ) | Case No. 15-CV-162-CKK |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

PLAINTIFFS' MOTION TO STAY PROCEEDINGS

Plaintiffs Brian Wrenn, Joshua Akery, Tyler Whidby, and the Second Amendment Foundation, Inc., by and through undersigned counsel, move to stay the proceedings in this case pending the outcome of their ongoing appeal, *Wrenn* v. *District of Columbia*, D.C. Cir. No. 16-7025.

Counsel have met and conferred regarding this motion pursuant to Local Rule 7(m). Defendants oppose the motion.

Dated: March 18, 2016               Respectfully submitted,

                                    Alan Gura (D.C. Bar No. 453449)
                                    Gura & Possessky, PLLC
                                    916 Prince Street, Suite 107
                                    Alexandria, VA 22314
                                    703.835.9085/Fax 703.997.7665

                              By:   /s/ Alan Gura
                                    Alan Gura
                                    Attorney for Plaintiffs