IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRIAN WRENN, et al., | ) | Case No. 15-CV-162-CKK |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

[PROPOSED] ORDER

This matter came before the Court on Plaintiffs' motion to stay the proceedings.

For good cause shown, the motion is GRANTED.

This case is stayed pending the issuance of the D.C. Circuit's mandate in Plaintiffs' interlocutory appeal, No. 16-7025.

SO ORDERED.

This the \_\_\_ day of _____, 2016.

_____
The Hon. Colleen Kollar-Kotelly
United States District Judge