**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRIAN WRENN, *et al.*,  Plaintiffs,  v.  DISTRICT OF COLUMBIA, *et al.*,  Defendants. | Civ. Action No. 15-cv-00162 (CKK) |

## **ORDER**

Upon consideration of the Plaintiffs' Motion to Stay Proceedings, the Defendants' Opposition thereto, the entire record, and it appearing that the requested relief should be denied, it is:

ORDERED, that Plaintiffs' Motion to Stay Proceedings is DENIED.

SO ORDERED.

DATE: _____     _____
                                                                  Colleen Kollar-Kotelly
                                                                  United States District Judge