UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN WRENN, *et al.*,<br><br>　Plaintiffs,<br><br>　v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>　Defendants. | Civil Action No. 15- 00162 (APM) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant Attorney General Matthew R. Blecher as counsel in the above-captioned matter for defendants the District of Columbia and Cathy Lanier.

DATED: May 6, 2016.　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　KARL A. RACINE
　　　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　　　ELIZABETH SARAH GERE
　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　Public Interest Division

　　　　　　　　　　　　　　　　　　TONI MICHELLE JACKSON
　　　　　　　　　　　　　　　　　　Chief, Equity Section

　　　　　　　　　　　　　　　　　　/s/ Matthew R. Blecher
　　　　　　　　　　　　　　　　　　MATTHEW R. BLECHER [1012957]
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　441 Fourth Street, N.W., Suite 600S
　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　Phone: (202) 442-9774
　　　　　　　　　　　　　　　　　　Fax:  (202) 730-0586
　　　　　　　　　　　　　　　　　　Email: matthew.blecher@dc.gov

　　　　　　　　　　　　　　　　　　**Counsel for Defendants**