UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRIAN WRENN, *et al.*,  )<br>  )<br>　　　　　Plaintiffs,  )<br>  )<br>　v.　　　　　　　　　　  )<br>  )<br>DISTRICT OF COLUMBIA, *et al.*,  )<br>  )<br>　　　　　Defendants.  )<br>  ) | Civil Action No. 15-cv-00162 (CKK) |

## JOINT STIPULATION

Pursuant to Fed. R. Civ. P. 26(a)(1)(A), the parties here stipulate to waive the initial disclosures otherwise required by Fed. R. Civ. P. 26(a)(1).

Dated: May 9, 2016                                    Respectfully submitted,

KARL A. RACINE                                         /s/ Alan Gura
Attorney General for the District of Columbia          ALAN GURA (#453449)
                                                       Gura & Possessky, PLLC
ELIZABETH SARAH GERE                                   916 Prince Street, Suite 107
Deputy Attorney General                                Alexandria, VA 22314
Public Interest Division                               703.835.9085/Fax 703.997.7665
                                                       alan@gurapossessky.com
/s/ Toni Michelle Jackson
TONI MICHELLE JACKSON (#453765)
Chief, Equity Section

/s/ Andrew J. Saindon
ANDREW J.SAINDON (#456987)
Senior Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 730-1470
Email: andy.saindon@dc.gov

/s/ Chad A. Naso
CHAD A. NASO (#1001694)

Assistant Attorney General
Telephone: (202) 724-7854
Facsimile: (202) 741-8951
chad.naso@dc.gov

/s/ Matthew R. Blecher
MATTHEW R. BLECHER (#1012957)
Phone: (202) 442-9774
Fax:  (202) 730-0586
Email: matthew.blecher@dc.gov