### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN WRENN, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.,*<br><br>　　　　　Defendants. | Civ. Action No. 15-cv-00162 (CKK) |

### NOTICE OF WITHDRAWAL

　　The Clerk shall please note the withdrawal of Assistant Attorney General Chad A. Naso as counsel for the defendants in the above-captioned matter.

DATE: May 19, 2016.　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　KARL A. RACINE
　　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　　ELIZABETH SARAH GERE
　　　　　　　　　　　　　　　　　Deputy Attorney General

　　　　　　　　　　　　　　　　　/s/ Toni Michelle Jackson
　　　　　　　　　　　　　　　　　TONI MICHELLE JACKSON, Bar No. 453765
　　　　　　　　　　　　　　　　　Chief, Equity Section

　　　　　　　　　　　　　　　　　/s/ Andrew J. Saindon
　　　　　　　　　　　　　　　　　ANDREW J.SAINDON, Bar No. 456987
　　　　　　　　　　　　　　　　　Senior Assistant Attorney General
　　　　　　　　　　　　　　　　　441 Fourth Street, N.W., Sixth Floor South
　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　Telephone: (202) 724-6643
　　　　　　　　　　　　　　　　　Facsimile: (202) 730-1470
　　　　　　　　　　　　　　　　　Email: andy.saindon@dc.gov

　　　　　　　　　　　　　　　　　/s/ Chad A. Naso
　　　　　　　　　　　　　　　　　CHAD A. NASO, Bar No. 1001694
　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　441 Fourth Street, N.W., Sixth Floor South
　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　Telephone: (202) 724-7854

Facsimile: (202) 741-8951
chad.naso@dc.gov

*Counsel for Defendants*