CO-1509 Rev. 3/16

## ADDRESS and/or NAME CHANGE REQUEST

✔ Attorney                              ___ Pro Se

Bar ID No: ___495451___                 Prisoner ID No: _____

___ Firm moved to new address           ___ Attorney/Pro Se moved to new address

✔ Firm name change/correction           ___ Attorney/Pro Se name change/correction


**NAME:** Deepak Gupta _____

**New Name** (Include copy of marriage certificate, if applicable): _____


**OLD ADDRESS:**

Office: Gupta Beck PLLC _____

Unit: _____

Address: _____

_____

City: _____   State: _____   Zip: _____

Telephone: _____   Fax: _____

Email: _____


**NEW ADDRESS:**

Office: Gupta Wessler PLLC _____

Unit: _____

Address: _____

_____

City: _____   State: _____   Zip: _____

Telephone: _____   Fax: _____

Email: _____

COMMENTS: The firm's name is Gupta Wessler. All other address information remains the same. _____

_____

Return to:      Clerk's Office
                U.S. District Court
                333 Constitution Avenue, NW
                Washington, DC 20001