# ADDRESS and/or NAME CHANGE REQUEST

✔ Attorney                              ___ Pro Se

Bar ID No: 453,449                      Prisoner ID No: _____

___ Firm moved to new address           ___ Attorney/Pro Se moved to new address

✔ Firm name change/correction           ___ Attorney/Pro Se name change/correction

**NAME:** Alan Gura

**New Name** (Include copy of marriage certificate, if applicable): _____

**OLD ADDRESS:**

Office: Gura & Possessky, PLLC

Unit: _____

Address: _____

City: _____          State: _____     Zip: _____

Telephone: _____     Fax: _____

Email: alan@gurapossessky.com

**NEW ADDRESS:**

Office: Gura PLLC

Unit: _____

Address: _____

City: _____          State: _____     Zip: _____

Telephone: _____     Fax: _____

Email: alan@gurapllc.com

COMMENTS: Please note change in firm name and email address. All other information remains.

Return to:     Clerk's Office
               U.S. District Court
               333 Constitution Avenue, NW
               Washington, DC 20001