IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN WRENN, et al., ) | Case No. 15-CV-162-CKK |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

STIPULATION OF DISMISSAL AS TO JOSHUA AKERY

The parties hereby stipulate to Plaintiff Joshua Akery's voluntary dismissal of his claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The claims of the other plaintiffs are unaffected.

Dated: August 17, 2016                                            Respectfully submitted,


KARL A. RACINE                                                    /s/ Alan Gura
Attorney General for the District of Columbia                     ALAN GURA (#453449)
                                                                  Gura PLLC
ELIZABETH SARAH GERE                                              916 Prince Street, Suite 107
Deputy Attorney General                                           Alexandria, VA 22314
Public Interest Division                                          703.835.9085/Fax 703.997.7665
                                                                  alan@gurapllc.com
TONI MICHELLE JACKSON (#453765)
Chief, Equity Section

/s/ Matthew R. Blecher
MATTHEW R. BLECHER (#1012957)
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 442-9774
Facsimile: (202) 730-0586
Email: matthew.blecher@dc.gov