IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN WRENN, TYLER WHIDBY, and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, and CATHY LANIER, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 15-CV-162-CKK |

### NOTICE OF ACKNOWLEDGEMENT BY DAVID G, SIGALE OF TERMS OF *PRO HAC VICE* ADMISSION

I, David G. Sigale, do declare and swear as follows:

1. I am an attorney licensed to practice in Illinois (Atty. ID# 6238103) and the owner of Law Firm of David G. Sigale, P.C., 799 Roosevelt Road, Suite 207, Glen Ellyn, IL 60137, 630.452.4547; Fax 630.596.4445; e-mail: dsigale@siglalelaw.com.

2. I have been admitted to practice in the District of the District of Columbia *pro hac vice* in this matter, pursuant to Order of Court dated September 27, 2016, and contingent on compliance with the terms of said Order.

3. Pursuant to said Order, I hereby certify, under penalty of perjury pursuant to F.RCiv.P. 11, that I have reviewed, and am familiar with, the Local Rules of this Court.

4. I have registered for this Court's CM/ECF system.

Dated: October 3, 2016.

_____
David G. Sigale


David G. Sigale (Atty. ID# 6238103 (IL))
LAW FIRM OF DAVID G. SIGALE, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
630.452.4547
dsigale@sigalelaw.com