AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

BRIAN WRENN, et al )
*Plaintiff* )
v. )   Case No.   1:15-cv-162-CKK
DISTRICT OF COLUMBIA, et al )
*Defendant* )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BRIAN WRENN, TYLER WHIDBY, and SECOND AMENDMENT FOUNDATION, INC.

Date:   10/03/2016

/s/ David G. Sigale
*Attorney's signature*

David G. Sigale (ID# 6238103 (IL))
*Printed name and bar number*

Law Firm of David G. Sigale, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
*Address*

dsigale@sigalelaw.com
*E-mail address*

(630) 452-4547
*Telephone number*

(630) 596-4445
*FAX number*