**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRIAN WRENN, *et al.*,<br>Plaintiffs<br>v.<br>DISTRICT OF COLUMBIA, *et al.*,<br>Defendants | Civil Action No. 15-162 (CKK) |

**ORDER**
(November 30, 2016)

Upon consideration of the parties' [76] Joint Motion to Modify the Scheduling Order, and the entire record, it is hereby:

**ORDERED** that the Joint Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the [67] Scheduling Order is modified such that all discovery shall be completed, and all discovery-related motions shall be filed, on or before **December 23, 2016**; and it is

**FURTHER ORDERED** that the forthcoming December 9, 2016, Status Conference is **VACATED**, as the Court finds it appropriate, although the parties have not requested the postponement, to hold the Status Conference after discovery and discover-related motions have been completed. The Status Conference shall instead be held on **January 12, 2017, at 10:00 AM**.

SO ORDERED.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge