UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN WRENN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, et al., <br><br> Defendants. | Civil Action No. 15- 00162 (CKK) |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

The Parties, Brian Wrenn, Tyler Whidby, Joshua Akery, and the Second Amendment Foundation (SAF) and the District of Columbia and Chief of Police Peter Newsham stipulate and agree that all remaining claims in the above-captioned action against the defendants, for attorney fees and costs, have settled and are voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:  December 15, 2017.	SO STIPULATED BY:

KARL A. RACINE
Attorney General for the District of Columbia

ELIZABETH SARAH GERE
Deputy Attorney General
Public Interest Division

/s/ Toni Michelle Jackson
TONI MICHELLE JACKSON [453765]
Chief, Equity Section

/s/ Andrew J. Saindon
ANDREW J. SAINDON (#456987)
Senior Assistant Attorney General
441 Fourth Street, N.W., 6th Fl. South
Washington, D.C. 20001
Telephone: (202) 724-6643
Email: andy.saindon@dc.gov

*Counsel for Defendants*

/s/ Alan Gura
ALAN GURA (#453449)
Gura PLLC
916 Prince Street, Suite 107
Alexandria, VA 22314
703.835.9085
Alan@gurapllc.com

*Counsel for Plaintiffs*