UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN WRENN, *et al.*,<br>　　　Plaintiffs,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br>　　　Defendants. | Civil Action No. 15-162 (CKK) |

## ORDER
(December 15, 2017)

In light of the parties' [83] Stipulation of Voluntary Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is, this 15th day of December, 2017, hereby

**ORDERED** that this case is **DISMISSED**.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　United States District Judge